IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| AARON MALDONADO ET AL., | § § § | |
| *Plaintiffs*, | § § § | |
| v. | § § | Case No. SA-21-CV-00085-OLG |
| MAMMOTH ENERGY SERVICES, INC. ET AL., | § § § § § | |
| *Defendants*. | § | |

**JOINT ADR REPORT**

Pursuant to this Court's September 28, 2023 Scheduling Order (Docket No. 26) and Local Rule CV-88(a), Plaintiffs Aaron Maldonado, et al. and Defendants Mammoth Energy Services Inc., et al. (collectively, "the Parties") hereby confirm that they have conferred on the subject of Alternative Dispute Resolution ("ADR") and submit this Joint ADR Report informing the Court as follows:

**1.    Method of ADR**:

The Parties have agreed to mediate their claims before an agreed upon mediator.

**2.    ADR Provider**:

The Parties have agreed upon the following mediator:

Larry J. Simmons
Principal
Germer PLLC
2929 Allen Parkway
Suite 2900
Houston, TX 77019
Phone: (713) 650-1313

15040219

**3.     Method of Compensating ADR Provider:**

The Parties anticipate that the agreed mediator will charge his customary fees for mediating the claims in this case and that the Parties will equally share in compensating the mediator for such fees.

**4.     Date for Completing ADR:**

The Parties will complete ADR on or before June 12, 2024, in accordance with the Court's Scheduling Order.

Dated: December 1, 2023                                                  Respectfully submitted,

                                                                                                     /s/
                                                           Douglas B. Welmaker
State Bar No. 00788641
Moreland Verrett, PC
700 West Summit Drive
Wimberley, TX 78676
Telephone: 512-782-0567
Facsimile: 512-782-0605
doug@morelandlaw.com

**ATTORNEY-IN-CHARGE FOR PLAINTIFFS**

**- AND -**

**OF COUNSEL:**                                                                   **PORTER HEDGES LLP**

Laura A. Alaniz                                                                      /s/
Texas Bar No. 00796110                                                 William R. Stukenberg
**PORTER HEDGES LLP**                                                  Texas Bar No. 24051397
1000 Main Street, 36th Floor                                        1000 Main Street, 36th Floor
Houston, Texas 77002                                                   Houston, Texas 77002
Telephone: (713) 226-6647                                          Telephone: (713) 226-6611
Facsimile: (713) 226-6247                                           Facsimile: (713) 226-6211
lalaniz@porterhedges.com                                         wstukenberg@porterhedges.com

                                                                              **ATTORNEY-IN-CHARGE FOR DEFENDANTS**

M. Harris Stamey
Texas Bar No. 24060650
**PORTER HEDGES LLP**
1000 Main Street, 36th Floor
Houston, Texas 77002
Telephone: (713) 226-6619
Facsimile: (713) 226-6219
hstamey@porterhedges.com

Jamie L. Houston
Texas Bar No. 24097847
**PORTER HEDGES LLP**
1000 Main Street, 36th Floor
Houston, Texas 77002
Telephone: (713) 226-6602
Facsimile: (713) 228-1331
jhouston@porterhedges.com

**ATTORNEYS FOR DEFENDANTS**

## CERTIFICATE OF SERVICE

I certify that I filed the foregoing in accordance with the protocols for e-filing through the CM/ECF system in the United States District Court for the Western District of Texas, San Antonio Division on December 1, 2023, and that it therefore has been served upon all counsel of record in accordance with such e-filing protocols.

                                         */s/*
                                         Jamie L. Houston