# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# SAN ANTONIO DIVISION

| | |
|---|---|
| AARON MALDONADO, *et al.*, § <br> § <br> *Plaintiffs*, § <br> § <br> v. § <br> § <br> MAMMOTH ENERGY SERVICES, § <br> INC., COBRA ACQUISITIONS, LLC, § <br> HIGHER POWER ELECTRICAL, LLC, § <br> and 5 STAR ELECTRIC, LLC, § <br> § <br> *Defendants*. § | Case No. 5:21-cv-00085-OLG |

## DEFENDANTS' MOTION TO WITHDRAW ATTORNEY APPEARANCES

Defendants Mammoth Energy Services, Inc. d/b/a Cobra Energy, Cobra Acquisitions, LLC, Higher Power Electrical, LLC, and 5 Star Electric LLC (collectively "Defendants") respectfully move the Court for an order permitting the withdrawal of Alison P. Henderson and Erin C. Villaseñor as its attorneys of record.

Defendants will continue to be represented by William R. Stukenberg as lead attorney. The request made in this motion is not for the purposes of delay and no party will be prejudiced by the withdrawal of Alison P. Henderson's and Erin C. Villaseñor's appearances on behalf of Defendants. Plaintiffs are unopposed to this Motion.

Defendants pray that the Court grant this Motion and enter an order withdrawing Alison P. Henderson and Erin C. Villaseñor.

Respectfully submitted,

**PORTER HEDGES LLP**

 */s/ William R. Stukenberg*
William R. Stukenberg
Texas Bar No. 24051397
Federal I.D. No. 55792
1000 Main Street, 36th Floor

1

Houston, Texas 77002  
Telephone: (713) 226-6611  
Facsimile: (713) 226-6211  
wstukenberg@porterhedges.com  

**ATTORNEY-IN-CHARGE FOR DEFENDANTS**

Of Counsel:

M. Harris Stamey  
State Bar No. 24060650  
Porter Hedges LLP  
1000 Main Street, 36th Floor  
Houston, Texas 77002  
Telephone: (713) 226-6619  
Facsimile: (713) 226-6219  
hstamey@porterhedges.com

Jamie L. Houston  
State Bar No. 24097847  
Porter Hedges LLP  
1000 Main Street, 36th Floor  
Houston, Texas 77002  
Telephone: (713) 226-6608  
Facsimile: (713) 226-6208  
jhouston@porterhedges.com

**Attorneys For Defendants**

## CERTIFICATE OF CONFERENCE

I certify that I conferred with counsel for Plaintiffs and Plaintiffs are unopposed to the relief requested herein.

<i>/s/ Jamie L. Houston</i>  
Jamie L. Houston

## CERTIFICATE OF SERVICE

I certify that I filed the foregoing document in accordance with the protocols for e-filing through the CM/ECF system in the United States District Court for the Western District of Texas, San Antonio Division, on December 4, 2023, and therefore has been served upon all counsel of record in accordance with such e-filing protocols.

<i>/s/ Jamie L. Houston</i>  
Jamie L. Houston