IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| AARON MALDONADO, *et al.*, | § |
| | § |
| *Plaintiffs*, | § |
| | § |
| v. | § Case No. 5:21-cv-85 |
| | § |
| MAMMOTH ENERGY SERVICES, INC., COBRA ACQUISITIONS, LLC, HIGHER POWER ELECTRICAL, LLC, and 5 STAR ELECTRIC, LLC, | § |
| | § |
| *Defendants*. | § |

**ORDER GRANTING MOTION TO WITHDRAW ATTORNEY APPEARANCE**

This matter came before the Court on Defendants Mammoth Energy Services, Inc. d/b/a Cobra Energy and Higher Power Electrical, LLC's Motion to Withdraw Attorney Appearances of Alison P. Henderson and Erin C. Villaseñor. The Motion seeks to permit Alison P. Henderson and Erin C. Villaseñor to withdraw as counsel for Defendants and allow William R. Stukenberg to continue as lead counsel for Defendants in this case.

THEREFORE, IT IS HEREBY ORDERED this _____ day of _____, 2023 that Defendants' Motion to Withdraw Attorney Appearances of Alison P. Henderson and Erin C. Villaseñor is GRANTED.

_____
**ORLANDO L. GARCIA**
**UNITED STATES DISTRICT JUDGE**

15046040v1