**UNITED STATES FEDERAL COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| **AARON MALDONADO,** *et al*, | § | |
| | § | |
| **Plaintiffs,** | § | |
| | § | |
| **v.** | § | **Case No. 5:21-cv-85-OLG** |
| | § | |
| **MAMMOTH ENERGY SERVICES, INC.,** | § | |
| **COBRA ACQUISITIONS, LLC, HIGHER** | § | |
| **POWER ELECTRICAL, LLC AND 5** | § | |
| **STAR ELECTRIC, LLC** | § | |
| | § | |
| **Defendants.** | § | |

## JOINT MOTION TO MODIFY SCHEDULING ORDER

The Parties jointly moved to extend by 60 days the discovery deadline and the dispositive motion deadlines in this matter, and to extend by 30 days the mediation deadline in this matter. The parties seek this extension as Plaintiff's counsel has been dealing with the declining health of a family member, which has caused a delay in taking depositions. Defense counsel has graciously accommodated Plaintiffs' counsel in this regard.

Pursuant to this Court's Scheduling Order dated September 28, 2023 (Dkt. 26), the current discovery deadline is Tuesday, April 30, 2024. Under the Parties' proposal, this deadline would be extended 60 days to Friday, June 28, 2024.

The current dispositive motions deadline is Monday, May 20, 2024. Under the Parties' proposal, this deadline would be extended 60 days to Friday, July 19, 2024.

The current mediation deadline is Wednesday, June 12, 2024. Under the Parties' proposal, this deadline would be extended 60 days to Monday, August 12, 2024.

The current setting for the pretrial conference, Wednesday, September 4, 2024, at 10:30 a.m. Under the Parties' proposal, this deadline would be extended 60 days to Monday, November 4, 2024 at 10:30 a.m.

The current setting for the bench trial is Monday, September 16, 2024, at 9:30 a.m.  Under the Parties' proposal, this deadline would be extended slightly less than 60 days, to November 11, 2024 at 10:30 a.m.

The Parties do not seek these modifications for purposes of delay, but so that justice may be done.

Respectfully submitted,

/s/  Douglas B. Welmaker
Douglas B. Welmaker
Attorney-in-Charge
State Bar No. 00788641
Welmaker Law, PLLC
409 N. Fredonia, Suite 118
Longview, Texas 75601
Phone: (512) 799-2048
Email: doug@welmakerlaw.com

**ATTORNEY-IN-CHARGE FOR PLAINTIFFS**

**PORTER HEDGES LLP**

/s/ William R. Stukenberg
William R. Stukenberg
Texas Bar No. 24051397
1000 Main Street, 36th Floor
Houston, Texas 77002
Telephone: (713) 226-6611
Facsimile: (713) 226-6211
wstukenberg@porterhedges.com

**ATTORNEY-IN-CHARGE FOR DEFENDANTS**