UNITED STATES FEDERAL COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| AARON MALDONADO, *et al*, § § <br> Plaintiffs, § § <br> v. § § <br> MAMMOTH ENERGY SERVICES, INC., § <br> COBRA ACQUISITIONS, LLC, HIGHER § <br> POWER ELECTRICAL, LLC AND 5 § <br> STAR ELECTRIC, LLC § § <br> Defendants. § | Case No. 5:21-cv-85-OLG |

### PROPOSED ORDER ON JOINT MOTION TO MODIFY SCHEDULING ORDER

Before the Court is the Parties' Joint Motion to Modify Scheduling Order. Having considered the same, and the evidence and argument presented, if any, it is the opinion of this Honorable Court that said Motion should be in all things granted. Accordingly, the new deadlines governing this case are as follows:

The revised discovery deadline is Friday, June 28, 2024.

The revised dispositive motions deadline is Friday, July 19, 2024.

The revised mediation deadline is Monday, August 12, 2024.

The revised pretrial conference is set for November 4, 2024 at 10:30 a.m.

The revised bench trial is November 11, 2024 at 10:30 a.m.

SIGNED this the _____ day of _____, 2024.

_____
UNITED STATES DISTRICT JUDGE