|  |  |
|---|---|
| UNITED STATES FEDERAL COURT<br>WESTERN DISTRICT OF TEXAS<br>SAN ANTONIO DIVISION | **FILED**<br>April 09, 2024<br>CLERK, U.S. DISTRICT COURT<br>WESTERN DISTRICT OF TEXAS<br>BY: _____NM_____<br>DEPUTY |

AARON MALDONADO, *et al*, §
§
Plaintiffs, §
§
v. § Case No. 5:21-cv-00085-OLG
§
MAMMOTH ENERGY SERVICES, INC., §
COBRA ACQUISITIONS, LLC, HIGHER §
POWER ELECTRICAL, LLC AND 5 §
STAR ELECTRIC, LLC §
§
Defendants. §

## ORDER ON JOINT MOTION TO MODIFY SCHEDULING ORDER

Before the Court is the Parties' Joint Motion to Modify Scheduling Order. Having considered the same, and the evidence and argument presented, if any, it is the opinion of this Honorable Court that said Motion should be in all things granted. Accordingly, the new deadlines governing this case are as follows:

The revised discovery deadline is Friday, June 28, 2024.

The revised dispositive motions deadline is Friday, July 19, 2024.

The revised mediation deadline is Monday, August 12, 2024.

The revised pretrial conference is set for December 11, 2024 at 10:30 a.m.

The revised bench trial is December 16, 2024 at 9:30 a.m.

SIGNED this the __9th__ day of April, 2024.

_____
ORLANDO L. GARCIA
UNITED STATES DISTRICT JUDGE