**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION**

| | |
|---|---|
| AARON MALDONADO, *et al.*, § § § *Plaintiffs*, § § v. § § MAMMOTH ENERGY SERVICES, § INC., COBRA ACQUISITIONS, LLC, § HIGHER POWER ELECTRICAL, LLC, § and 5 STAR ELECTRIC, LLC, § § *Defendants*. § | Case No. 5:21-cv-85 |

## NOTICE OF APPEARANCE

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

This is notice that the following counsel Emil M. Sadykhov is appearing in this case on behalf of Defendants Mammoth Energy Services Inc., Cobra Acquisitions, LLC, Higher Power Electrical, LLC, and 5 Star Electric, LLC (collectively, "Defendants"). Emil M. Sadykhov will appear as additional counsel-of-record. William R. Stukenberg will remain lead counsel for Defendants. Mr. Sadykhov's contact information is as follows:

    Emil M. Sadykhov
    State Bar No. 24110316
    PORTER HEDGES LLP
    1000 Main Street, 36th Floor
    Houston, Texas 77002
    Telephone: (713) 226-6720
    Facsimile: (713) 226-6320
    esadykhov@porterhedges.com

Dated: May 3, 2024.

                        Respectfully submitted,

**PORTER HEDGES LLP**

                        */s/ William R. Stukenberg*
William R. Stukenberg
Texas Bar No. 24051397
1000 Main Street, 36th Floor
Houston, Texas 77002
Telephone: (713) 226-6611
Facsimile: (713) 226-6211
wstukenberg@porterhedges.com

**ATTORNEY-IN-CHARGE FOR DEFENDANTS**

**OF COUNSEL FOR DEFENDANTS:**

M. Harris Stamey
Texas Bar No. 24060650
**PORTER HEDGES LLP**
1000 Main Street, 36th Floor
Houston, Texas 77002
Telephone: (713) 226-6619
Facsimile: (713) 226-6219
hstamey@porterhedges.com

Emil M. Sadykhov
Texas Bar No. 24110316
**PORTER HEDGES LLP**
1000 Main Street, 36th Floor
Houston, Texas 77002
Telephone: (713) 226-6720
Facsimile: (713) 226-6320
evillasenor@porterhedges.com

**ATTORNEYS FOR DEFENDANTS**

15353495v1

**CERTIFICATE OF SERVICE**

      I certify that I filed the foregoing in accordance with the protocols for e-filing through the CM/ECF system in the United States District Court for the Western District of Texas, San Antonio Division on May 3, 2024, and that it therefore has been served upon all counsel of record in accordance with such e-filing protocols.

                                                */s/*  Emil M. Sadykhov
                                                    Emil M. Sadykhov

15353495v1