IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| AARON MALDONADO, *et al.*, | § |
| | § |
| *Plaintiffs*, | § |
| | § |
| v. | § Case No. 5:21-cv-00085-OLG |
| | § |
| MAMMOTH ENERGY SERVICES, INC., COBRA ACQUISITIONS, LLC, HIGHER POWER ELECTRICAL, LLC, and 5 STAR ELECTRIC, LLC, | § |
| | § |
| *Defendants*. | § |

**DEFENDANTS' UNOPPOSED
MOTION TO WITHDRAW AND SUBSTITUTE COUNSEL**

Defendants Mammoth Energy Services, Inc., Cobra Acquisitions, LLC, Higher Power Electrical, LLC, and 5 Star Electric, LLC (collectively "Defendants") respectfully move the Court for an order granting their Unopposed Motion to Withdraw and Substitute Counsel ("Motion") pursuant to Local Court Rule AT-3 of the Western District of Texas. In support of their Motion, Defendants state as follows:

Defendants request that the Court (1) permit Laura A. Alaniz to withdraw as Defendants' counsel of record; and (2) substitute Eugene M. Nettles, Kelly R. Ferrell, and Mary Anna Rutledge in Ms. Alaniz's place as additional counsel of record for Defendants. Defendants will continue to be represented by William R. Stukenberg as lead attorney, and by M. Harris Stamey, Jamie L. Houston, and Emil M. Sadykhov as attorneys to be noticed.

The substituted attorneys' contact information is as follows:

1

1. Mr. Nettles may be contacted at:

    Porter Hedges LLP
    1000 Main Street, 36th Floor
    Houston, Texas 77002
    Telephone: (713) 226-6609
    Facsimile: (713) 226-6209
    enettles@porterhedges.com

2. Ms. Ferrell may be contacted at:

    Porter Hedges LLP
    1000 Main Street, 36th Floor
    Houston, Texas 77002
    Telephone: (713) 226-6739
    Facsimile: (713) 226-6239
    kferrell@porterhedges.com

3. Ms. Rutledge may be contacted at:

    Porter Hedges LLP
    1000 Main Street, 36th Floor
    Houston, Texas 77002
    Telephone: (713) 226-6658
    Facsimile: (713) 226-6258
    mrutledge@porterhedges.com

The request made in this Motion is not for the purposes of delay, and no party will be prejudiced by Ms. Alaniz's withdrawal nor Mr. Nettles, Ms. Ferrell, and Ms. Rutledge's substitution in her place as counsel of record for Defendants. Plaintiffs are unopposed to this Motion.

Defendants respectfully pray that the Court grant this Motion, enter an order withdrawing Laura A. Alaniz as their counsel of record, and substitute Eugene M. Nettles, Kelly R. Ferrell, and Mary Anna Rutledge as Defendants' counsel of record.

| | |
|---|---|
| Dated: June 14, 2024 | Respectfully submitted,<br><br>**PORTER HEDGES LLP**<br><br> */s/ William R. Stukenberg*<br>William R. Stukenberg<br>Texas Bar No. 24051397<br>Federal I.D. No. 55792<br>1000 Main Street, 36th Floor<br>Houston, Texas 77002<br>Telephone: (713) 226-6611<br>Facsimile: (713) 226-6211<br>wstukenberg@porterhedges.com<br><br>**ATTORNEY-IN-CHARGE FOR DEFENDANTS** |

Of Counsel:

M. Harris Stamey
State Bar No. 24060650
Porter Hedges LLP
1000 Main Street, 36th Floor
Houston, Texas 77002
Telephone: (713) 226-6619
Facsimile: (713) 226-6219
hstamey@porterhedges.com

Jamie L. Houston
State Bar No. 24097847
Porter Hedges LLP
1000 Main Street, 36th Floor
Houston, Texas 77002
Telephone: (713) 226-6608
Facsimile: (713) 226-6208
jhouston@porterhedges.com

Emil M. Sadykhov
State Bar No. 24110316
Porter Hedges LLP
1000 Main Street, 36th Floor
Houston, Texas 77002
Telephone: (713) 226-6720
Facsimile: (713) 226-6320
esadykhov@porterhedges.com

Attorneys For Defendants

## **CERTIFICATE OF CONFERENCE**

I certify that I conferred with counsel for Plaintiffs and Plaintiffs are unopposed to the relief requested herein.

                                                   */s/ Emil M. Sadykhov*
                                                   Emil M. Sadykhov

## **CERTIFICATE OF SERVICE**

I certify that I filed the foregoing document in accordance with the protocols for e-filing through the CM/ECF system in the United States District Court for the Western District of Texas, San Antonio Division, on June 14, 2024, and therefore has been served upon all counsel of record in accordance with such e-filing protocols.

                                                   */s/ Emil M. Sadykhov*
                                                   Emil M. Sadykhov