IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| AARON MALDONADO, *et al.*, | § |
| | § |
| *Plaintiffs*, | § |
| | § |
| v. | § Case No. 5:21-cv-85 |
| | § |
| MAMMOTH ENERGY SERVICES, INC., COBRA ACQUISITIONS, LLC, HIGHER POWER ELECTRICAL, LLC, and 5 STAR ELECTRIC, LLC, | § |
| | § |
| *Defendants*. | § |

### ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION TO WITHDRAW AND SUBSTITUTE COUNSEL

This matter came before the Court on Defendants Mammoth Energy Services, Inc. d/b/a Cobra Energy, Cobra Acquisitions, LLC, Higher Power Electrical, LLC, and 5 Star Electric LLC's ("Defendants") Unopposed Motion to Withdraw and Substitute Counsel ("Motion"). The Motion requests that the Court permit Laura A. Alaniz to withdraw as counsel for Defendants, and for Eugene M. Nettles, Kelly R. Ferrell, and Mary Anna Rutledge to appear and be substituted in Ms. Alaniz's place as Defendants' counsel of record. Having considered the Motion, and noting that it is unopposed, the Court hereby GRANTS the Motion.

THEREFORE, IT IS HEREBY ORDERED on this _____ day of June, 2024, that Defendants' Motion is GRANTED, and that Laura A. Alaniz is WITHDRAWN as Defendants' counsel of record and substituted with Eugene M. Nettles, Kelly R. Ferrell, and Mary Anna Rutledge as Defendants' additional counsel of record.

_____
**ORLANDO L. GARCIA**
**UNITED STATES DISTRICT JUDGE**