IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| AARON MALDONADO, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> MAMMOTH ENERGY SERVICES, INC., COBRA ACQUISITIONS, LLC, HIGHER POWER ELECTRICAL, LLC, and 5 STAR ELECTRIC, LLC, <br><br> *Defendants*. | § § § § § § § § § § § § § § § § Case No. 5:21-cv-85 |

ORDER GRANTING UNOPPOSED MOTION TO DISMISS
PLAINTIFFS ROY WAYNE BAILEY AND PATRICK WALKER

Before the Court is the Unopposed Motion to Dismiss Plaintiffs Roy Wayne Bailey's and Patrick Walker's Claims (the "Motion") of Defendants Mammoth Energy Services Inc., Cobra Acquisitions, LLC, Higher Power Electrical, LLC, and 5 Star Electric, LLC. Having considered the Motion, the Court finds that the Motion has merit and should be **GRANTED**.

It is **ORDERED** that, for the reasons set forth therein, the Motion is **GRANTED**.

It is **FURTHER ORDERED** that all claims asserted against Defendants in Plaintiffs' Complaint [Dkt. No. 1] by Plaintiffs Roy Wayne Bailey and Patrick Walker are **DISMISSED WITH PREJUDICE**.

It is **FURTHER ORDERED** that this Court shall retain jurisdiction to resolve any and all disputes arising from this Order.

Dated:_____

_____
UNITED STATES DISTRICT JUDGE

15425741