IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| AARON MALDONADO, *et al.*, § § *Plaintiffs*, § § v. § Case No. 5:21-cv-85 § MAMMOTH ENERGY SERVICES, § INC., COBRA ACQUISITIONS, LLC, § HIGHER POWER ELECTRICAL, LLC, § and 5 STAR ELECTRIC, LLC, § § *Defendants*. § | |

**JOINT AND AGREED MOTION FOR ENTRY OF PROTECTIVE ORDER**

Plaintiffs Aaron Maldonado, et al. and Defendants Mammoth Energy Services Inc., Cobra Acquisitions, LLC, Higher Power Electrical LLC, and 5 Star Electrical, LLC, (collectively, "Defendants") hereby move this Court to enter the Confidentiality and Protective Order previously filed (Docket No. 32). In support thereof the Parties respectfully show the Court as follows:

## I.   BACKGROUND

1. On February 2, 2021, Plaintiffs brought this litigation against Defendants alleging claims for failure to pay overtime wages under the Fair Labor Standard Act, 29 U.S.C. § 201, *et. seq.*, as amended.  Complaint (Docket No. 1).

2. On March 16, 2021, Defendants filed an Answer and Defenses to Plaintiffs' Original Collective Action Complaint (Docket No. 5) subject to and without waiving Defendants' Motion to Compel Arbitration.

3. On November 29, 2021, (Docket No. 14) the parties filed a Joint Motion to Dismiss Certain Plaintiffs' Claims and to Stay Proceedings as to the Remaining Plaintiffs' Claims. On November 30, 2021 (Docket No. 15) the Court signed an Order granting such Motion.

1

4. On April 10, 2023 (Docket No. 17) the stay was lifted by the Court.

5. Parties have agreed to the terms of the Confidentiality and Protective Order (Docket No. 32), previously filed with this court on June 12, 2024.

## II.     CONCLUSION

Accordingly, Plaintiffs and Defendants respectfully request that the Court grant this Agreed Motion and enter the Confidentiality and Protective Order (Docket no. 32) previously filed in this matter.

Dated: June 18, 2024

Respectfully submitted,

 /s/ William R. Stukenberg
William R. Stukenberg
Texas Bar No. 24051397
**PORTER HEDGES LLP**
1000 Main Street, 36th Floor
Houston, Texas 77002
Telephone: (713) 226-6611
Facsimile: (713) 226-6211
wstukenberg@porterhedges.com
**ATTORNEY-IN-CHARGE FOR DEFENDANTS**

-AND-

 /s/ Douglas B. Welmaker
Douglas B. Welmaker
State Bar No. 00788641
Moreland Verrett, PC
700 West Summit Drive
Wimberley, Texas 78676
Telephone: (512) 782-0567
Facsimile: (512) 782-0605
doug@morelandlaw.com
**ATTORNEY-IN-CHARGE FOR PLAINTIFFS**

**OF COUNSEL FOR DEFENDANTS:**
M. Harris Stamey
Texas Bar No. 24060650
**PORTER HEDGES LLP**
1000 Main Street, 36th Floor
Houston, Texas 77002
Telephone: (713) 226-6619
Facsimile: (713) 226-6219
hstamey@porterhedges.com

15430196

## **CERTIFICATE OF SERVICE**

      I certify that I filed the foregoing in accordance with the protocols for e-filing through the CM/ECF system in the United States District Court for the Western District of Texas, San Antonio Division on June 18, 2024, and that it therefore has been served upon all counsel of record in accordance with such e-filing protocols.

                                                   */s/ William R. Stukenberg*
                                                      William R. Stukenberg

15430196