**FILED**

June 17, 2024

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS

BY: _____NM_____
DEPUTY

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

AARON MALDONADO, *et al.*, §
§
*Plaintiffs*, §
§
§
v. §   **Case No. 5:21-CV-00085-OLG**
§
MAMMOTH ENERGY SERVICES, §
INC., COBRA ACQUISITIONS, LLC, §
HIGHER POWER ELECTRICAL, LLC, §
and 5 STAR ELECTRIC, LLC, §
§
*Defendants*. §

**ORDER GRANTING UNOPPOSED MOTION TO DISMISS**
**PLAINTIFFS ROY WAYNE BAILEY AND PATRICK WALKER**

Before the Court is the Unopposed Motion to Dismiss Plaintiffs Roy Wayne Bailey's and Patrick Walker's Claims (the "Motion") of Defendants Mammoth Energy Services Inc., Cobra Acquisitions, LLC, Higher Power Electrical, LLC, and 5 Star Electric, LLC. Upon review, the Court finds that the Motion should be granted.

It is **ORDERED** that, for the reasons set forth therein, the Motion (Dkt. No. 34) is **GRANTED**.

It is **FURTHER ORDERED** that all claims asserted against Defendants in Plaintiffs' Complaint by Plaintiffs Roy Wayne Bailey and Patrick Walker are **DISMISSED WITH PREJUDICE**.

It is **FURTHER ORDERED** that this Court shall retain jurisdiction to resolve any and all disputes arising from this Order.

**SIGNED** this 17th day of June, 2024.

_____
ORLANDO L. GARCIA
UNITED STATES DISTRICT JUDGE