# EXHIBIT 3

### IN THE UNITED STATES DISTRICT COURT
### FOR THE WESTERN DISTRICT OF TEXAS
### SAN ANTONIO DIVISION

| | |
|---|---|
| **AARON MALDONADO,** *et al.*, | § |
| *Plaintiffs*, | § |
| v. | § Case No. 5:21-cv-85 |
| **MAMMOTH ENERGY SERVICES, INC., COBRA ACQUISITIONS, LLC, HIGHER POWER ELECTRICAL, LLC, and 5 STAR ELECTRIC, LLC,** | § |
| *Defendants*. | § |

### NOTICE OF INTENTION TO TAKE ORAL DEPOSITION OF
### JIMMIE MOORE, JR.

TO: Plaintiff Donald Roberts by and through their attorney of record, Douglas B. Welmaker, Welmaker Law, PLLC, 409 N. Fredonia, Suite 118, Longview, Texas 75601.

PLEASE TAKE NOTICE that, pursuant to the Federal Rules of Civil Procedure, the undersigned intends to take the oral deposition of Plaintiff Jimmie Moore, Jr., on Friday, June 21, 2024, beginning at 9:30 AM Central Standard Time. The deposition will be conducted via Zoom. The deposition will be recorded stenographically. All parties are invited to attend and cross-examine.

**Dated: June 17, 2024**

Respectfully submitted,

**PORTER HEDGES LLP**

**OF COUNSEL:**

 */s/ William R. Stukenberg*
William R. Stukenberg
Texas Bar No. 24051397
Federal I.D. No. 55792
1000 Main Street, 36th Floor
Houston, Texas 77002
Telephone: (713) 226-6611
Facsimile: (713) 226-6211
wstukenberg@porterhedges.com

**ATTORNEY-IN-CHARGE FOR DEFENDANTS**

M. Harris Stamey
State Bar No. 24060650
PORTER HEDGES LLP
Telephone: (713) 226-6619
hstamey@porterhedges.com

Eugene M. Nettles
State Bar No. 14927300
PORTER HEDGES LLP
1000 Main Street, 36th Floor
Houston, Texas 77002
Telephone: (713) 226-6609
Facsimile: (713) 226-6609
enettles@porterhedges.com

Kelly R. Ferrell
State Bar No. 24093434
PORTER HEDGES LLP
1000 Main Street, 36th Floor
Houston, Texas 77002
Telephone: (713) 226-6739
Facsimile: (713) 226-6339
kferrell@porterhedges.com

Jamie L. Houston
State Bar No. 24097847
1000 Main Street, 36th Floor
Houston, Texas 77002
Telephone: (713) 226-6608
Facsimile: (713) 226-6208
jhouston@porterhedges.com

Emil M. Sadykhov
State Bar No. 24110316
PORTER HEDGES LLP
1000 Main Street, 36th Floor
Houston, Texas 77002
Telephone: (713) 226-6720
Facsimile: (713) 226-6320
esadykhov@porterhedges.com

Mary Anna Rutledge
State Bar No. 24096149
Federal I.D. No. 3399718
Porter Hedges, LLP
Telephone: (713) 226-6658
mrutledge@porterhedges.com
**ATTORNEYS FOR DEFENDANTS**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing was electronically served upon counsel of record on this 17th day of June 2024, as follows:

Douglas Welmaker
WELMAKER LAW, PLLC
409 N. Fredonia, Suite 118
Longview, Texas 75601
doug@welmakerlaw.com

*/s/ Eugene M. Nettles*
Eugene M. Nettles