UNITED STATES FEDERAL COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| **AARON MALDONADO**, *et al*, | § § § | |
| **Plaintiffs,** | § § | |
| v. | § § | Case No. 5:21-cv-85-OLG |
| **MAMMOTH ENERGY SERVICES, INC.,** **COBRA ACQUISITIONS, LLC, HIGHER POWER ELECTRICAL, LLC AND 5 STAR ELECTRIC, LLC** | § § § § § | |
| **Defendants.** | § | |

## JOINT MOTION TO MODIFY DISPOSITIVE MOTIONS DEADLINE

The Parties jointly move to extend the dispositive motions deadline in this matter by 14 days, from July 19, 2024 to August 2, 2024. The parties do not seek to modify any other deadlines, and seek this extension only because deposition scheduling took longer than anticipated, as both parties had to push back previously scheduled depositions due to unforeseen circumstances.

The current dispositive motions deadline is Friday, July 19, 2024. Under the Parties' proposal, this deadline would be extended 14 days to Friday, August 2, 2024.

The Parties do not seek these modifications for purposes of delay, but so that justice may be done.

Respectfully submitted,

/s/  Douglas B. Welmaker
Douglas B. Welmaker
Attorney-in-Charge
State Bar No. 00788641
Welmaker Law, PLLC
409 N. Fredonia, Suite 118
Longview, Texas 75601
Phone: (512) 799-2048
Email: doug@welmakerlaw.com

**ATTORNEY FOR PLAINTIFFS**

**PORTER HEDGES LLP**

/s/ William R. Stukenberg
William R. Stukenberg
Texas Bar No. 24051397
1000 Main Street, 36th Floor
Houston, Texas 77002
Telephone: (713) 226-6611
Facsimile: (713) 226-6211
wstukenberg@porterhedges.com

**ATTORNEY FOR DEFENDANTS**