UNITED STATES FEDERAL COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| **AARON MALDONADO**, *et al*, § | | |
| § | | |
| **Plaintiffs,** § | | |
| § | | |
| v. § | Case No. 5:21-cv-85-OLG | |
| § | | |
| **MAMMOTH ENERGY SERVICES, INC.,** § | | |
| **COBRA ACQUISITIONS, LLC, HIGHER** § | | |
| **POWER ELECTRICAL, LLC AND 5** § | | |
| **STAR ELECTRIC, LLC** § | | |
| § | | |
| **Defendants.** § | | |

**ORDER ON JOINT MOTION TO MODIFY DISPOSITIVE MOTIONS DEADLINE**

On July 10, 2024, the Parties jointly moved to extend the Dispositive Motions deadline in this matter by 14 days, from July 19, 2024 to August 2, 2024.

Having considered the Parties' Motion, and the evidence and argument presented, if any, it is the opinion of this Honorable Court that said Motion should be in all things granted.

Accordingly, it is hereby ORDERED that the new Dispositive Motions Deadline is August 2, 2024; all other dates remain the same.

SIGNED this the _____ day of _____, 2024.

_____
HONORABLE ORLANDO L. GARCIA