UNITED STATES FEDERAL COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| **AARON MALDONADO**, *et al*, § § **Plaintiffs,** § § v. § § **MAMMOTH ENERGY SERVICES, INC., COBRA ACQUISITIONS, LLC, HIGHER POWER ELECTRICAL, LLC AND 5 STAR ELECTRIC, LLC** § § § § § § **Defendants.** § | Case No. 5:21-cv-85-OLG |

## PLAINTIFFS' UNOPPOSED MOTION FOR LEAVE TO EXCEED PAGE LIMITS

Plaintiffs submit the following Unopposed Motion for Leave to file Plaintiff's Motion for Partial Summary Judgment in excess of the page limit permitted by Local Rule CV-7(c)(2) which limits Motions to 20 pages. Not accounting for the style of the case or the signature block, Plaintiffs' Motion is 28.25 pages. Because this litigation has been going on for several years, and thousands of documents have been exchanged between the parties, Plaintiffs Request for Leave is not without justification, as there is an extremely large amount of data to sort through and present in Plaintiffs' Motion.

The parties conferred on August 1, 2024 regarding the filing of this Motion, which Defendants do not oppose.

WHEREFORE, based on the foregoing, Plaintiffs respectfully request leave to exceed the page limit of Local Rule CV-7(c)(2) and file their Motion for Partial Summary Judgment exceeding the page limit by 8.25 pages.

Respectfully Submitted,

**WELMAKER LAW, PLLC**

/s/  Douglas B. Welmaker
Douglas B. Welmaker
State Bar No. 00788641
Welmaker Law, PLLC
409 N. Fredonia, Suite 118
Longview, Texas 75601
Phone: (512) 799-2048
Email: doug@welmakerlaw.com

**ATTORNEY FOR PLAINTIFFS**

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing  has been electronically served on all counsel of record via Notice of Electronic Filing on a known Filing User through the CM/ECF system on August 2, 2024.

/s/ Douglas B. Welmaker
Douglas B. Welmaker

**CERTIFICATE OF CONFERENCE**

I certify that I conferred with counsel for Defendants about the contents of this Motion and he informed me that he does not oppose this Motion.

/s/  Douglas B. Welmaker
Douglas B. Welmaker