UNITED STATES FEDERAL COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| AARON MALDONADO, *et al*,<br><br>Plaintiffs,<br><br>v.<br><br>MAMMOTH ENERGY SERVICES, INC., COBRA ACQUISITIONS, LLC, HIGHER POWER ELECTRICAL, LLC AND 5 STAR ELECTRIC, LLC<br><br>Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§     Case No. 5:21-cv-85-OLG |

## ORDER

Before the Court is Plaintiffs' Motion for Leave to Exceed Page Limits with respect to Plaintiffs' Motion for Partial Summary Judgment. Having considered the same, and the evidence and argument presented, if any, it is the opinion of this Honorable Court that said Motion should be in all things be granted.

Accordingly, it is hereby ORDERED that Plaintiffs' Motion for Leave to Exceed Page Limits is GRANTED.

SIGNED this the _____ day of _____, 2024.

_____
HONORABLE ORLANDO GARCIA