| | |
|---|---|
| **From:** | Shaun Merrell <shaunmerrell@gmail.com> |
| **To:** | Missy Davis |
| **Sent:** | 10/23/2017 4:49:54 PM |
| **Subject:** | Re: [External] Interested in going to Puerto Rico |

Hi Missy,

Thank you for the detailed email. How many days a week are guys working? Is the day rate paid 7 days or just days worked?

Are there medical and retirement benefits?

Sent from my iPhone

> On Oct 23, 2017, at 10:58 AM, Missy Davis <missy.davis@5-starelectricllc.com> wrote:
>
> Below is the payscale for Puerto Rico. We will be working no more than 12 hour days because that's all they will allow. Your daily pay is the same no matter what the hours are. All expenses, meals and lodging are covered. We are also providing immunizations before you go. I've attached an application. Get it back to me ASAP with your driver's license, uniform sizes and glove/sleeve sizes.
>
> 120 day minimum contract and 40 day rotations available. Leaving on Nov. 3rd from New Orleans, having an orientation that is still being determined as of now, details may change, but that's what we are aiming for. Thanks,
>
> Foremen- $1,250.00 per day
> Journeymen Linemen- $1000 per day
> A class - $900
> B class - $800
> Hot apprentice $700
> Apprentice / Groundman- $600
>
> Missy Davis
> Human Resources Manager
>
> 175 State Route 109N
> Clay, KY 42404
> Office: (270) 664-3011
> Cell: (270) 871-3519
> Fax: (270) 664-3015
> missy.davis@5-starelectricllc.com
>
>
> CONFIDENTIALITY NOTICE: This e-mail message, including any attachments, is
> for the sole use of the intended recipient(s) and may contain confidential
> and privileged information or may otherwise be protected by law. Any
> unauthorized review, use, disclosure or distribution is prohibited. If you
> are not the intended recipient, please contact the sender by reply e-mail
> and destroy all copies of the original message and any attachment thereto.
>
>
>
> -----Original Message-----
> From: Shaun Merrell [mailto:shaunmerrell@gmail.com]
> Sent: Friday, October 20, 2017 10:32 AM
> To: Missy Davis <missy.davis@5-starelectricllc.com>
> Subject: Re: [External] Interested in going to Puerto Rico
>
> Thank you for the extremely fast response I am still interested go ahead and contact me

CONFIDENTIAL

MAMMOTH SAN ANTONIO-000002216
MAMMOTH-MALDONADO-FED002216

```
when you guys have more information greatly appreciated have a wonderful day!
>
> Sent from my iPhone
>
>> On Oct 20, 2017, at 8:18 AM, Missy Davis <missy.davis@5-starelectricllc.com> wrote:
>>
>> Information for Puerto Rico Storm Work
>>
>> What We KNOW: We have a guaranteed contract for 250 men for 120 days. We look to do 45 day rotations and the pay scale varies based on classification. We are finalizing all pay scales today and getting some clarification on that and can get back with you on that.
>>
>> We are NOT a union company. THIS IS A NON UNION CONTRACT.
>>
>> All expenses will be paid. First round of guys leaves in 2 weeks.
>> Please send me your phone# if you are still interested and we can call you when we have finalized the pay scale.
>> Continued employment after the 120 days is possible, but unfortunately, not guaranteed.
>>
>> Missy Davis
>> Human Resources Manager
>>
>> 175 State Route 109N
>> Clay, KY 42404
>> Office: (270) 664-3011
>> Cell: (270) 871-3519
>> Fax: (270) 664-3015
>> missy.davis@5-starelectricllc.com
>>
>>
>> CONFIDENTIALITY NOTICE: This e-mail message, including any
>> attachments, is for the sole use of the intended recipient(s) and may
>> contain confidential and privileged information or may otherwise be
>> protected by law. Any unauthorized review, use, disclosure or
>> distribution is prohibited. If you are not the intended recipient,
>> please contact the sender by reply e-mail and destroy all copies of the original message and any attachment thereto.
>>
>>
>>
>> -----Original Message-----
>> From: Shaun Merrell [mailto:shaunmerrell@gmail.com]
>> Sent: Friday, October 20, 2017 10:15 AM
>> To: Missy Davis <missy.davis@5-starelectricllc.com>
>> Subject: [External] Interested in going to Puerto Rico
>>
>> Good morning my name is Shaun Merrell my phone number is area code
>> 509-607-4506, I'm a groundman out of IBEW 77 In Seattle Washington!
>> shaunmerrell@gmail.com
>>
>> Sent from my iPhone
> <5 Star Employment SHORT Application.pdf>
```

CONFIDENTIAL

MAMMOTH SAN ANTONIO-000002217
MAMMOTH-MALDONADO-FED002217