**EXHIBIT E**



1 / 5    25%

8:48
◀ Snapchat                              ••ll LTE

M    Missy Davis

PLEASE READ COMPLETELY, AND CAREFULLY BEFORE RESPONDING OR CALLING WITH QUESTIONS.. THANKS!

CONGRATULATIONS!! You've been chosen to join our team in Puerto Rico! We know you are super excited and have TONS of questions. SO, in an effort to cut down on phone calls in the office, we are going to attempt to answer some of those questions here. Rest assured, all other questions will be answered on the day of your orientation.

**Orientation is Scheduled for Tuesday, March 20th, 2018**

It will be held at **Ramada INN, Henderson, KY**. The address is below and orientation will start at 8:00 AM.

Address for hotel & orientation: - Ramada Inn- US Hwy 41 Henderson, KY

You will need to arrive at the Hotel on Monday, 3/19/18. **YOU WILL NEED TO SEND ME YOUR FLIGHT INFO SO WE CAN ARRANGE TO HAVE**

You will need to arrive at the Hotel on Monday, 3/19/18. **YOU WILL NEED TO SEND ME YOUR FLIGHT INFO SO WE CAN ARRANGE TO HAVE YOU TRANSPORTED TO THE HOTEL! If you are flying in, please use EVV airport in Evansville, IN.** You will fly out of Evansville, IN Airport on Wednesday, March 20th, (unless other prior arrangements are made) and go straight to PR. If you need to park a vehicle at our shop in Clay, KY, then please let us know that. (We recommend you use a rental car if driving, when you leave the island you can choose whatever airport you wish, so you could fly straight home instead of picking up your vehicle in Clay, KY)

Please limit luggage to 2- 75# bags and one carry-on bag. This includes your tools/climbing gear, so pack what you need but no more than you need. FR uniforms will be provided on the Island as well as gloves/sleeves if needed.

**YOU WILL NEED A DOT PHYSICAL AND CURRENT MEDICAL EXAMINER'S CARD EVEN IF YOU DO NOT YET HAVE YOUR CDL'S. PLEASE MAKE SURE YOU GET THIS BEFORE YOU COME TO ORIENTATION FRIDAY. ALSO, IF YOU HAVE A MED EX CARD ALREADY AND IT WILL EXPIRE SOON, BE SURE TO HAVE IT RENEWED BEFORE YOU LEAVE FOR PR.**

You will have an offer letter in your new hire packet that you receive at orientation. The pay scale is below.

You will have an offer letter in your new hire packet that you receive at orientation. The pay scale is below.

Foreman $1250/day     JL
$1000/day
Class A $900/day
Class B $800/day
Hot Apprentice $700/day
Groundman $600/day

The tax situation and benefits will be explained during orientation on Friday. Please bring the following with you to orientation:

- Voided check or print out from your bank with routing/account numbers for direct deposit
- Copy/picture of your social security card OR birth certificate if not already provided
- Dates of birth and Soc Sec Numbers for any dependents who need to be covered by your insurance.
- Copy of your medical examiner's card and any other training or certifications you may have.

Missy Davis

Human Resources Manager

