Exhibit H

