**EXHIBIT K**

# Earnings Statement                                                                 GERARDO GARCIA

| Pay Date: | 07/27/2018 | Company: 0UB44 - 5 STAR ELECTRIC LLC | Emp #: A4G3 |
| --- | --- | --- | --- |
| Period Start: | 07/09/2018 | 170 BEAN CEMETERY RD | Dept: PR - Puerto Rico |
| Period End: | 07/22/2018 | MADISONVILLE  KY  42431   (405) 608-8191 | Pay Basis: Hourly |

|  | Rate | Hours/Units | Current Period | Year To Date |
| --- | --- | --- | --- | --- |
| **Earnings** | | | | |
| Regular | 47.30 | 40.00 | 1892.00 | 26109.60 |
| Overtime | 70.95 | 24.00 | 1702.80 | 61868.40 |
| Day Rate | | | 405.20 | 1026.20 |
| **Gross** | | 64.00 | 4000.00 | 89004.20 |
| **W/H Taxes** | | | | |
| Medicare | | | 58.00 | 1290.56 |
| Social Security | | | 248.00 | 5518.26 |
| Puerto Rico W/H(M/0) | | | 720.00 | 16200.74 |
| Puerto Rico EE Disability Insurance | | | 0.00 | 27.00 |
| **Deductions** | | | | |
| 401k EE % | | | 400.00 | 8000.42 |
| **Net Pay** | | | 2574.00 | 57967.22  Voucher No. 144225167DD |
| **Net Pay Distribution** | | | | |
| Direct Deposit Net Check | | | 2574.00 | 57967.22  A/C:0706 |

| Employee Benefits, Allowances, and Other | Current Period | Year To Date | YTD Taken | Available |
| --- | --- | --- | --- | --- |
| 401k EE % - Match | 120.00 | 2400.11 *Company Match | | |

---

Voucher No. 144225167DD

5 STAR ELECTRIC LLC
175 State Route 109 N
Clay, KY 42404

DATE: 07/27/2018

Dept: PR

**Net Pay:**                                                                                    2574.00

Two Thousand Five Hundred Seventy Four And 00/100 Dollars

CORP REP 6-20-24 DEPOSITION
**EXHIBIT 43**
MALDONADO

For Record Purposes Only
**\*\*NON-NEGOTIABLE\*\***

CONFIDENTIAL

MAMMOTH  SAN  ANTONIO-000000133
MAMMOTH-MALDONADO-FED000133