| | |
|---|---|
| **From:** | Jeff Beagle </O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=08321DE71B7F486BABB25D4E2943F9E7-JBEAGLE> |
| **To:** | Missy Davis |
| **CC:** | Shelly Wheeler; Alexander Kalman; JD Kinsey |
| **Sent:** | 11/17/2017 8:25:36 AM |
| **Subject:** | RE: Payroll |

Great Question! Go ahead and make the correction in Paycom if you get the corrected data in the in the spreadsheet in the amount owed column put "DD Corrected" so we know it's been corrected and we can just generate a new check.

Jeff Beagle, HR Director



Phone: 405.608.8195
Fax: 405.437.2550
Email: jbeagle@mammothenergy.com

14201 Caliber Drive Ste 300, Oklahoma City, OK 73134

**From:** Missy Davis
**Sent:** Friday, November 17, 2017 8:24 AM
**To:** Jeff Beagle <jbeagle@Mammothenergy.com>
**Subject:** RE: Payroll

Quick question… do you want me to go ahead and update account numbers/routing number mistakes as I find them or just put them on the spreadsheet only?

# Missy Davis
Human Resources Manager



175 State Route 109N
Clay, KY 42404
Office: (270) 664-3011
Cell: (270) 871-3519
Fax: (270) 664-3015
missy.davis@5-starelectricllc.com

**CONFIDENTIALITY NOTICE:** This e-mail message, including any attachments, is for the sole use of the intended recipient(s) and may contain confidential and privileged information or may otherwise be protected by law. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message and any attachment thereto.

CONFIDENTIAL

MAMMOTH SAN ANTONIO-000001934
MAMMOTH-MALDONADO-FED001934

**From:** Jeff Beagle
**Sent:** Friday, November 17, 2017 8:15 AM
**To:** Missy Davis <missy.davis@5-starelectricllc.com>; Ken Kinsey <kkinsey@cobratd.com>
**Cc:** JD Kinsey <jkinsey@cobratd.com>; Shelly Wheeler <swheeler@hpeservices.net>; Alexander Kalman <akalman@Mammothenergy.com>
**Subject:** RE: Payroll

That's great Missy! We appreciate all you have done in this process and what you continue to do!

On the spreadsheets, if we could get a sheet by 12:00pm CST with the issues that we are aware of by that time, that should give us enough time to submit a payroll today for payout on Monday.

Anything we get after that noon spreadsheet is submitted if we could track on a new sheet and then we can submit that Monday for payment on Tuesday (if a second sheet is needed).

The other item will be on the gross up for pay. Since we are paying 16 hours per day to ge the daily rate for the week, as you noted depending on when the employee arrived (the day of the week) they may have been "shorted" some pay as it did not calculate out to the full day rate since it was not a full week. I am calculating that "gross up" now so any mid-week employees are made whole and we will submit that today. So if that is an issue that is brought up, know it is being resolved.



Jeff Beagle, HR Director

Phone: 405.608.8195
Fax: 405.437.2550
Email: jbeagle@mammothenergy.com

14201 Caliber Drive Ste 300, Oklahoma City, OK 73134

**From:** Missy Davis
**Sent:** Friday, November 17, 2017 7:38 AM
**To:** Ken Kinsey <kkinsey@cobratd.com>
**Cc:** Jeff Beagle <jbeagle@Mammothenergy.com>; JD Kinsey <jkinsey@cobratd.com>; Shelly Wheeler <swheeler@hpeservices.net>; Alexander Kalman <akalman@Mammothenergy.com>; Keith Ellison <kellison@Mammothenergy.com>
**Subject:** Re: Payroll

The ones I've spoken to have been reassured and are being very understanding. Thank you all for the support. Will send a spreadsheet this afternoon.

Missy Davis
5 Star Electric LLC
175 State Route 109 N
Clay, KY 42404
Phone: 270-664-3011 Ext 116
Fax: 270-664-3015
Cell: 270-871-3519

Sent from my iPhone

On Nov 17, 2017, at 7:23 AM, Ken Kinsey <kkinsey@cobratd.com> wrote:

Thank you Jeff,

I know JD is heading to the south end of the island to discuss with some of the employees, right now, we definitely need to understand what employees said they were promised and then verify that information with

CONFIDENTIAL

MAMMOTH SAN ANTONIO-000001935
MAMMOTH-MALDONADO-FED001935

Robert and Scott. This can be resolved and I know everyone will work hard and quickly to get it handled.

JD will be in a bad communication area and it may be this evening before he can respond with information.

Ken Kinsey
VP of Operations
Cell – 432-254-5783
SAT – (8816)324-11652
kkinsey@cobratd.com
Emergency email address – EMPRTOC@cobratd.com
TOC Email Distribution List – COBRAPRTOC@cobratd.com
<image003.png>

**From:** Jeff Beagle
**Sent:** Friday, November 17, 2017 9:19 AM
**To:** JD Kinsey <jkinsey@cobratd.com>; Shelly Wheeler <swheeler@hpeservices.net>; Missy Davis <missy.davis@5-starelectricllc.com>
**Cc:** Ken Kinsey <kkinsey@cobratd.com>; Alexander Kalman <akalman@Mammothenergy.com>; Keith Ellison <kellison@Mammothenergy.com>
**Subject:** Payroll

All,
We've started receiving some notice on some payroll errors. Right now it sounds like some account number issues and possibly some classification issues on titles where employees feel they should have been at a higher position.

As you receive any issues, please initially assure the employees that it will be corrected if a mistake was made and that they will NOT have to wait until next period to be paid. The soonest someone can be paid any missing dollars at this point is Monday via direct deposit.

Second, please log these issues in an excel file with the following columns:
-first name
-last name
-summary of issue
-dollars owed (unless it's an account issued then obviously the full check is owed)

This will keep us organized so we ensure no issue would be missed.

Thirdly, please remain calm and try not to get flustered. As quickly as this came together we knew there may be some issues. We had several eyes on this review process but errors can still happen. This will be the most difficult payroll we have with the standby, travel, per diem, etc. so we all just need to work together to resolve and keep improving! We got to a great spot before PR on the payroll process and we will get there with PR as well.

Thank you all for all your help in assuring our employees hey will be taken care of and resolving any issues that arise!

Sent from my iPhone

CONFIDENTIAL

MAMMOTH SAN ANTONIO-000001936
MAMMOTH-MALDONADO-FED001936