**MAMMOTH ENERGY**  
Client: (0M062)

**Time Detail Report**

Date Range (03/12/2018 - 08/27/2018)  
Freeze Time (08/02/2021 10:28:48)  
Generated (08/03/2021 13:06:29)

| Day | Type | | | Project | | Amount | Units | Hours | Approver |
|---|---|---|---|---|---|---|---|---|---|
| Fri (04/13) | Fixed: (R) | n/a | n/a | [PRJ-5 STAR ELECTRIC LLC-Unassigned---Unassigned-- | | | 16.00 | 16.00 | jkinsey (04/15/2018) |
| Sat (04/14) | Fixed: (R) | n/a | n/a | [PRJ-5 STAR ELECTRIC LLC-Unassigned---Unassigned-- | | | 16.00 | 16.00 | jkinsey (04/15/2018) |
| Sun (04/15) | Fixed: (R) | n/a | n/a | [PRJ-5 STAR ELECTRIC LLC-Unassigned---Unassigned-- | | | 16.00 | 16.00 | jkinsey (04/15/2018) |
| Total Units/Hours For Week: | | | | | | | | 112.00 | |
| Mon (04/16) | Fixed: (R) | n/a | n/a | [PRJ-5 STAR ELECTRIC LLC-Unassigned---Unassigned-- | | | 16.00 | 16.00 | jkinsey (04/29/2018) |
| Tue (04/17) | Fixed: (R) | n/a | n/a | [PRJ-5 STAR ELECTRIC LLC-Unassigned---Unassigned-- | | | 16.00 | 16.00 | jkinsey (04/29/2018) |
| Wed (04/18) | Fixed: (R) | n/a | n/a | [PRJ-5 STAR ELECTRIC LLC-Unassigned---Unassigned-- | | | 16.00 | 16.00 | jkinsey (04/29/2018) |
| Thu (04/19) | Fixed: (R) | n/a | n/a | [PRJ-5 STAR ELECTRIC LLC-Unassigned---Unassigned-- | | | 16.00 | 16.00 | jkinsey (04/29/2018) |
| Fri (04/20) | Fixed: (R) | n/a | n/a | [PRJ-5 STAR ELECTRIC LLC-Unassigned---Unassigned-- | | | 16.00 | 16.00 | jkinsey (04/29/2018) |
| Sat (04/21) | Fixed: (R) | n/a | n/a | [PRJ-5 STAR ELECTRIC LLC-Unassigned---Unassigned-- | | | 16.00 | 16.00 | jkinsey (04/29/2018) |
| Sun (04/22) | Fixed: (R) | n/a | n/a | [PRJ-5 STAR ELECTRIC LLC-Unassigned---Unassigned-- | | | 16.00 | 16.00 | jkinsey (04/29/2018) |
| Total Units/Hours For Week: | | | | | | | | 112.00 | |
| Mon (04/23) | Fixed: (R) | n/a | n/a | [PRJ-5 STAR ELECTRIC LLC-Unassigned---Unassigned-- | | | 16.00 | 16.00 | jkinsey (04/29/2018) |
| Tue (04/24) | Fixed: (R) | n/a | n/a | [PRJ-5 STAR ELECTRIC LLC-Unassigned---Unassigned-- | | | 16.00 | 16.00 | jkinsey (04/29/2018) |
| Wed (04/25) | Fixed: (R) | n/a | n/a | [PRJ-5 STAR ELECTRIC LLC-Unassigned---Unassigned-- | | | 16.00 | 16.00 | jkinsey (04/29/2018) |
| Thu (04/26) | Fixed: (R) | n/a | n/a | [PRJ-5 STAR ELECTRIC LLC-Unassigned---Unassigned-- | | | 16.00 | 16.00 | jkinsey (04/29/2018) |
| Fri (04/27) | Fixed: (R) | n/a | n/a | [PRJ-5 STAR ELECTRIC LLC-Unassigned---Unassigned-- | | | 16.00 | 16.00 | jkinsey (04/29/2018) |
| Sat (04/28) | Fixed: (R) | n/a | n/a | [PRJ-5 STAR ELECTRIC LLC-Unassigned---Unassigned-- | | | 16.00 | 16.00 | jkinsey (04/29/2018) |
| Sun (04/29) | Fixed: (R) | n/a | n/a | [PRJ-5 STAR ELECTRIC LLC-Unassigned---Unassigned-- | | | 16.00 | 16.00 | jkinsey (04/29/2018) |
| Total Units/Hours For Week: | | | | | | | | 112.00 | |
| Mon (04/30) | Fixed: (R) | n/a | n/a | [PRJ-5 STAR ELECTRIC LLC-Unassigned---Unassigned-- | | | 16.00 | 16.00 | jkinsey (05/13/2018) |
| Tue (05/01) | Fixed: (R) | n/a | n/a | [PRJ-5 STAR ELECTRIC LLC-Unassigned---Unassigned-- | | | 16.00 | 16.00 | jkinsey (05/13/2018) |
| Wed (05/02) | Fixed: (R) | n/a | n/a | [PRJ-5 STAR ELECTRIC LLC-Unassigned---Unassigned-- | | | 16.00 | 16.00 | jkinsey (05/13/2018) |
| Thu (05/03) | Fixed: (R) | n/a | n/a | [PRJ-5 STAR ELECTRIC LLC-Unassigned---Unassigned-- | | | 16.00 | 16.00 | jkinsey (05/13/2018) |
| Fri (05/04) | Fixed: (R) | n/a | n/a | [PRJ-5 STAR ELECTRIC LLC-Unassigned---Unassigned-- | | | 16.00 | 16.00 | jkinsey (05/13/2018) |
| Sat (05/05) | Fixed: (R) | n/a | n/a | [PRJ-5 STAR ELECTRIC LLC-Unassigned---Unassigned-- | | | 16.00 | 16.00 | jkinsey (05/13/2018) |
| Sun (05/06) | Fixed: (R) | n/a | n/a | [PRJ-5 STAR ELECTRIC LLC-Unassigned---Unassigned-- | | | 16.00 | 16.00 | jkinsey (05/13/2018) |
| Total Units/Hours For Week: | | | | | | | | 112.00 | |
| Mon (05/07) | | -- | -- | | | | | | jkinsey (05/13/2018) |
| Tue (05/08) | | -- | -- | | | | | | jkinsey (05/13/2018) |
| Wed (05/09) | | -- | -- | | | | | | jkinsey (05/13/2018) |
| Thu (05/10) | | -- | -- | | | | | | jkinsey (05/13/2018) |
| Fri (05/11) | | -- | -- | | | | | | jkinsey (05/13/2018) |
| Sat (05/12) | | -- | -- | | | | | | jkinsey (05/13/2018) |
| Sun (05/13) | | -- | -- | | | | | | jkinsey (05/13/2018) |
| Total Units/Hours For Week: | | | | | | | | 0.00 | |
| Mon (05/14) | Fixed: (DYR) | n/a | n/a | [PRJ-5 STAR ELECTRIC LLC-Unassigned---Unassigned-- | | $1000.00 | 0.00 | 0.00 | jkinsey (05/27/2018) |
| Tue (05/15) | Fixed: (DYR) | n/a | n/a | [PRJ-5 STAR ELECTRIC LLC-Unassigned---Unassigned-- | | $1000.00 | 0.00 | 0.00 | jkinsey (05/27/2018) |
| Wed (05/16) | Fixed: (DYR) | n/a | n/a | [PRJ-5 STAR ELECTRIC LLC-Unassigned---Unassigned | | $1000.00 | 0.00 | 0.00 | jkinsey (05/27/2018) |
| Thu (05/17) | Fixed: (DYR) | n/a | n/a | [PRJ-5 STAR ELECTRIC LLC-Unassigned--Unassigned | | $1000.00 | 0.00 | 0.00 | jkinsey (05/27/2018) |
| Fri (05/18) | Fixed: (DYR) | n/a | n/a | [PRJ-5 STAR ELECTRIC LLC-Unassigned---Unassigned | | $1000.00 | 0.00 | 0.00 | jkinsey (05/27/2018) |
| Sat (05/19) | | -- | -- | | | | | | jkinsey (05/27/2018) |

CORP REP 6-20-24 DEPOSITION  
**EXHIBIT 49**  
MALDONADO



2 of 6 pages

CONFIDENTIAL

MAMMOTH SAN ANTONIO-000000256  
MAMMOTH-MALDONADO-FED000256