# Earnings Statement

**AARON MALDONADO**

| | | |
|---|---|---|
| Pay Date: 06/01/2018 | Company: 0UB44 - 5 STAR ELECTRIC LLC | Emp #: A4B9 |
| Period Start: 05/14/2018 | 170 BEAN CEMETERY RD | Dept: PR - Puerto Rico |
| Period End: 05/27/2018 | MADISONVILLE  KY  42431   (405) 608-8191 | Pay Basis: Hourly |

| | Rate | Hours/Units | Current Period | Year To Date |
|---|---|---|---|---|
| **Earnings** | | | | |
| Regular | 47.30 | 40.00 | 1892.00 | 15044.20 |
| Overtime | 70.95 | 72.00 | 5108.40 | 39022.50 |
| Day Rate | | | 5000.00 | 5127.70 |
| **Gross** | | 112.00 | 12000.40 | 59194.40 |
| **W/H Taxes** | | | | |
| Medicare | | | 173.85 | 857.53 |
| Social Security | | | 743.35 | 3666.69 |
| Puerto Rico W/H(S/0) | | | 2328.08 | 11483.73 |
| Puerto Rico EE Disability Insurance | | | 0.00 | 27.00 |
| **Deductions** | | | | |
| 401k EE % | | | 360.01 | 1775.82 |
| Dental | | | 0.53 | 2.65 |
| Medical Base | | | 10.31 | 51.55 |
| Voluntary Life | | | 2.08 | 10.40 |
| **Net Pay** | | | 8382.19 | 41319.03  Voucher No. 137088783DD |

**Net Pay Distribution**
Direct Deposit Net Check          8382.19     41319.03 A/C:6770

| Employee Benefits, Allowances, and Other | Current Period | Year To Date | YTD Taken | Available |
|---|---|---|---|---|
| 401k EE % - Match | 360.01 | 1775.82 *Company Match | | |

---

Voucher No. 137088783DD

5 STAR ELECTRIC LLC
175 State Route 109 N
Clay, KY 42404

DATE: 06/01/2018

Dept: PR

**Net Pay:**                                                              **8382.19**

Eight Thousand Three Hundred Eighty Two And 19/100 Dollars

CORP REP 6-20-24 DEPOSITION
**EXHIBIT 48**
MALDONADO

33974

For Record Purposes Only
**\*\*NON-NEGOTIABLE\*\***

MAMMOTH  SAN  ANTONIO-000000250
CONFIDENTIAL                                                                    MAMMOTH-MALDONADO-FED000250