| | |
|---|---|
| From: | JD Kinsey </O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=29CC5EB7E809476BA9CDDE9F34860D60-JKINSEY> |
| To: | Bethany Stone |
| CC: | Michelle Menneke |
| Sent: | 7/5/2018 4:46:28 PM |
| Subject: | Client Access |

Hey Beth, we are getting ready to transition from Day Rate to Hourly rate here in Puerto Rico. With that will come the need for the guys in the field to clock themselves in and out of paycom. However most if not all of them will have never done this before and will not have access to the Client screen. Is there a way that Michelle and I can generate those access logins for the guys in the field? We will have to start working on putting everyone in the correct work group which means those supervisors will need to be able to see them.

**JD Kinsey**
**Payroll/HR for Puerto Rico**
**Cell: 432-638-3885**
**Email: jkinsey@cobratd.com**
**Address:**
**48 Avenida Luis Munoz Rivera**
**Aqua Blue at the Golden Mile**
**San Juan, PR 00918**



CONFIDENTIAL

MAMMOTH-MALDONADO-FED001983