# EXHIBIT Q

**MAMMOTH ENERGY**
**Client: (0M062)**

**Time Detail Report**

Date Range (03/12/2018 - 08/27/2018)
Freeze Time (08/02/2021 10:28:48)
Generated (08/03/2021 13:06:29)

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Sun (05/20) | | -- | -- | | | | | | | | jkinsey (05/27/2018) |
| Total Units/Hours For Week: | | | | | | | | | | 0.00 | |
| Mon (05/21) | Fixed: (R) | n/a | n/a | [PR]-5 STAR ELECTRIC LLC-Unassigned--Unassigned-- | | | | | 16.00 | 16.00 | jkinsey (05/27/2018) |
| Tue (05/22) | Fixed: (R) | n/a | n/a | [PR]-5 STAR ELECTRIC LLC-Unassigned--Unassigned-- | | | | | 16.00 | 16.00 | jkinsey (05/27/2018) |
| Wed (05/23) | Fixed: (R) | n/a | n/a | [PR]-5 STAR ELECTRIC LLC-Unassigned--Unassigned-- | | | | | 16.00 | 16.00 | jkinsey (05/27/2018) |
| Thu (05/24) | Fixed: (R) | n/a | n/a | [PR]-5 STAR ELECTRIC LLC-Unassigned--Unassigned-- | | | | | 16.00 | 16.00 | jkinsey (05/27/2018) |
| Fri (05/25) | Fixed: (R) | n/a | n/a | [PR]-5 STAR ELECTRIC LLC-Unassigned--Unassigned-- | | | | | 16.00 | 16.00 | jkinsey (05/27/2018) |
| Sat (05/26) | Fixed: (R) | n/a | n/a | [PR]-5 STAR ELECTRIC LLC-Unassigned--Unassigned-- | | | | | 16.00 | 16.00 | jkinsey (05/27/2018) |
| Sun (05/27) | Fixed: (R) | n/a | n/a | [PR]-5 STAR ELECTRIC LLC-Unassigned--Unassigned-- | | | | | 16.00 | 16.00 | jkinsey (05/27/2018) |
| Total Units/Hours For Week: | | | | | | | | | | 112.00 | |
| Mon (05/28) | Fixed: (R) | n/a | n/a | [PR]-5 STAR ELECTRIC LLC-Unassigned--Unassigned-- | | | | | 16.00 | 16.00 | jkinsey (06/10/2018) |
| Tue (05/29) | Fixed: (R) | n/a | n/a | [PR]-5 STAR ELECTRIC LLC-Unassigned--Unassigned-- | | | | | 16.00 | 16.00 | jkinsey (06/10/2018) |
| Wed (05/30) | Fixed: (R) | n/a | n/a | [PR]-5 STAR ELECTRIC LLC-Unassigned--Unassigned-- | | | | | 16.00 | 16.00 | jkinsey (06/10/2018) |
| Thu (05/31) | Fixed: (R) | n/a | n/a | [PR]-5 STAR ELECTRIC LLC-Unassigned--Unassigned-- | | | | | 16.00 | 16.00 | jkinsey (06/10/2018) |
| Fri (06/01) | Fixed: (R) | n/a | n/a | [PR]-5 STAR ELECTRIC LLC-Unassigned--Unassigned-- | | | | | 16.00 | 16.00 | jkinsey (06/10/2018) |
| Sat (06/02) | Fixed: (R) | n/a | n/a | [PR]-5 STAR ELECTRIC LLC-Unassigned--Unassigned-- | | | | | 16.00 | 16.00 | jkinsey (06/10/2018) |
| Sun (06/03) | Fixed: (R) | n/a | n/a | [PR]-5 STAR ELECTRIC LLC-Unassigned--Unassigned-- | | | | | 16.00 | 16.00 | jkinsey (06/10/2018) |
| Total Units/Hours For Week: | | | | | | | | | | 112.00 | |
| Mon (06/04) | Fixed: (R) | n/a | n/a | [PR]-5 STAR ELECTRIC LLC-Unassigned--Unassigned-- | | | | | 16.00 | 16.00 | jkinsey (06/10/2018) |
| Tue (06/05) | Fixed: (R) | n/a | n/a | [PR]-5 STAR ELECTRIC LLC-Unassigned--Unassigned-- | | | | | 16.00 | 16.00 | jkinsey (06/10/2018) |
| Wed (06/06) | Fixed: (R) | n/a | n/a | [PR]-5 STAR ELECTRIC LLC-Unassigned--Unassigned-- | | | | | 16.00 | 16.00 | jkinsey (06/10/2018) |
| Thu (06/07) | Fixed: (R) | n/a | n/a | [PR]-5 STAR ELECTRIC LLC-Unassigned--Unassigned-- | | | | | 16.00 | 16.00 | jkinsey (06/10/2018) |
| Fri (06/08) | Fixed: (R) | n/a | n/a | [PR]-5 STAR ELECTRIC LLC-Unassigned--Unassigned-- | | | | | 16.00 | 16.00 | jkinsey (06/10/2018) |
| Sat (06/09) | Fixed: (R) | n/a | n/a | [PR]-5 STAR ELECTRIC LLC-Unassigned--Unassigned-- | | | | | 16.00 | 16.00 | jkinsey (06/10/2018) |
| Sun (06/10) | Fixed: (R) | n/a | n/a | [PR]-5 STAR ELECTRIC LLC-Unassigned--Unassigned-- | | | | | 16.00 | 16.00 | jkinsey (06/10/2018) |
| Total Units/Hours For Week: | | | | | | | | | | 112.00 | |
| Mon (06/11) | Fixed: (R) | n/a | n/a | [PR]-5 STAR ELECTRIC LLC-Unassigned--Unassigned-- | | | | | 16.00 | 16.00 | jkinsey (06/24/2018) |
| Tue (06/12) | Fixed: (R) | n/a | n/a | [PR]-5 STAR ELECTRIC LLC-Unassigned--Unassigned-- | | | | | 16.00 | 16.00 | jkinsey (06/24/2018) |
| Wed (06/13) | Fixed: (R) | n/a | n/a | [PR]-5 STAR ELECTRIC LLC-Unassigned--Unassigned-- | | | | | 16.00 | 16.00 | jkinsey (06/24/2018) |
| Thu (06/14) | Fixed: (R) | n/a | n/a | [PR]-5 STAR ELECTRIC LLC-Unassigned--Unassigned-- | | | | | 16.00 | 16.00 | jkinsey (06/24/2018) |
| Fri (06/15) | Fixed: (R) | n/a | n/a | [PR]-5 STAR ELECTRIC LLC-Unassigned--Unassigned-- | | | | | 16.00 | 16.00 | jkinsey (06/24/2018) |
| Sat (06/16) | Fixed: (R) | n/a | n/a | [PR]-5 STAR ELECTRIC LLC-Unassigned--Unassigned-- | | | | | 16.00 | 16.00 | jkinsey (06/24/2018) |
| Sun (06/17) | Fixed: (R) | n/a | n/a | [PR]-5 STAR ELECTRIC LLC-Unassigned--Unassigned-- | | | | | 16.00 | 16.00 | jkinsey (06/24/2018) |
| Total Units/Hours For Week: | | | | | | | | | | 112.00 | |
| Mon (06/18) | Fixed: (R) | n/a | n/a | [PR]-5 STAR ELECTRIC LLC-Unassigned--Unassigned-- | | | | | 16.00 | 16.00 | jkinsey (06/24/2018) |
| Tue (06/19) | Fixed: (R) | n/a | n/a | [PR]-5 STAR ELECTRIC LLC-Unassigned--Unassigned-- | | | | | 16.00 | 16.00 | jkinsey (06/24/2018) |
| Wed (06/20) | Fixed: (R) | n/a | n/a | [PR]-5 STAR ELECTRIC LLC-Unassigned--Unassigned-- | | | | | 16.00 | 16.00 | jkinsey (06/24/2018) |
| Thu (06/21) | Fixed: (R) | n/a | n/a | [PR]-5 STAR ELECTRIC LLC-Unassigned--Unassigned-- | | | | | 16.00 | 16.00 | jkinsey (06/24/2018) |
| Fri (06/22) | Fixed: (R) | n/a | n/a | [PR]-5 STAR ELECTRIC LLC-Unassigned--Unassigned-- | | | | | 16.00 | 16.00 | jkinsey (06/24/2018) |
| Sat (06/23) | Fixed: (R) | n/a | n/a | [PR]-5 STAR ELECTRIC LLC-Unassigned--Unassigned-- | | | | | 16.00 | 16.00 | jkinsey (06/24/2018) |
| Sun (06/24) | Fixed: (R) | n/a | n/a | [PR]-5 STAR ELECTRIC LLC-Unassigned--Unassigned-- | | | | | 16.00 | 16.00 | jkinsey (06/24/2018) |
| Total Units/Hours For Week: | | | | | | | | | | 112.00 | |

CORP REP 6-20-24 DEPOSITION
**EXHIBIT**
**49**
MALDONADO



CONFIDENTIAL

MAMMOTH SAN ANTONIO-000000257
MAMMOTH-MALDONADO-FED000257