**EXHIBIT R**



Mammoth Energy Services
14201 Caliber Drive, Suite 300
Oklahoma City, OK 73134
May 7, 2018

Team members,

Part of being employed at a public company involves the security of the information you may come in contact with during the normal course of your duties. As such please see the attached Insider trading and unauthorized disclosure of information policy that every team member at Mammoth Energy is expected to follow.

If you have any questions regarding the policy please contact Don Crist, our Director of Investor Relations, at (405) 608-6048 or Dcrist@mammothenergy.com

Please click here to review and sign the insider trading and unauthorized disclosure of information policy.

Regards,

Jeff Beagle
Director of Human Resources
Mammoth Energy Services

CORP REP 6-20-24 DEPOSITION
**EXHIBIT 29**
MALDONADO

MAMMOTH SAN ANTONIO-000001007
MAMMOTH-MALDONADO-FED001007

CONFIDENTIAL

## CERTIFICATION

I hereby acknowledge receipt of the Mammoth Energy Services, Inc. Policy Prohibiting Insider Trading and Unauthorized Disclosure of Information to Others and agree to abide by its terms and conditions.

ee_A4G35b0c7ee702c8f

*[signature: Gerardo G.]*

**Signature**
GARCIA, GERARDO

_____

Print Name
05/28/2018

_____

Date of Signature

CORP REP 6-20-24 DEPOSITION
**EXHIBIT 29**
MALDONADO

MAMMOTH SAN ANTONIO-000001014
MAMMOTH-MALDONADO-FED001014

CONFIDENTIAL