| | |
|---|---|
| **From:** | Jeff Beagle </O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=08321DE71B7F486BABB25D4E2943F9E7-JBEAGLE> |
| **To:** | Scott Whitsell; Keith Ellison |
| **CC:** | Ken Kinsey |
| **Sent:** | 10/24/2017 1:55:36 PM |
| **Subject:** | Re: offer letters |
| **Attachments:** | 5 Star Offer Letter Template - Puerto Rico A CLASS.docx |

Scott,
Is this more palatable in your opinion?

Jeff Beagle, HR Director

Phone: 405.608.8195
Fax: 405.437.2550
Email: jbeagle@mammothenergy.com

14201 Caliber Drive Ste 300, Oklahoma City, OK 73134

---

**From:** Scott Whitsell
**Sent:** Tuesday, October 24, 2017 1:33 PM
**To:** Jeff Beagle; Keith Ellison
**Cc:** Ken Kinsey
**Subject:** RE: offer letters

I understand 100%. Any chance of taking the hourly rate out in the letter and stating the per day rate will show up hourly? I may be overly concerned and you all need to tell me to shut the hell up. I just have a bad feeling with the wording and how I read it. This is going to create a lot of work for admin teams and explaining. Time that they do not have.

**From:** Jeff Beagle
**Sent:** Tuesday, October 24, 2017 1:23 PM
**To:** Scott Whitsell <swhitsell@5-starelectricllc.com>; Keith Ellison <kellison@Mammothenergy.com>
**Cc:** Ken Kinsey <kkinsey@cobratd.com>
**Subject:** Re: offer letters

Scott,
I think the idea was the 16 hour shift as that is the max any one would ever work. I think the concern from Keith and Ken was if we use a 12 hour and go over, we would have to pay additional time over what was budgeted. That was the idea of paying for a 16 hour shift regardless of time worked (unless they go over 16 which I know they never would).

Jeff Beagle, HR Director

Phone: 405.608.8195
Fax: 405.437.2550
Email: jbeagle@mammothenergy.com

14201 Caliber Drive Ste 300, Oklahoma City, OK 73134

CONFIDENTIAL                                                                                                    MAMMOTH-MALDONADO-FED002331

**From:** Scott Whitsell
**Sent:** Tuesday, October 24, 2017 1:10 PM
**To:** Jeff Beagle; Keith Ellison
**Cc:** Ken Kinsey
**Subject:** RE: offer letters

This is better thank you for adding clarification. I'm still concerned. My biggest concerns are what HP and 5 star has told people and how the letter will come across. I know we can try and explain but both companies have been hiring since Thursday of last week. They have also been telling people we will be working 12hour days and not a night. I know we will be doing that but the issue some of these guys have already quit their jobs and we look like we have lied to them.

**From:** Jeff Beagle
**Sent:** Tuesday, October 24, 2017 12:53 PM
**To:** Keith Ellison <kellison@Mammothenergy.com>; Scott Whitsell <swhitsell@5-starelectricllc.com>
**Cc:** Ken Kinsey <kkinsey@cobratd.com>
**Subject:** Re: offer letters

Scott,
Are you looking at these versions where it added in the day rate and the language regarding that we will attempt to place the in non-project work?

If there are additional concerns, please call me asap.



Jeff Beagle, HR Director

Phone: 405.608.8195
Fax: 405.437.2550
Email: jbeagle@mammothenergy.com

14201 Caliber Drive Ste 300, Oklahoma City, OK 73134

---

**From:** Keith Ellison
**Sent:** Tuesday, October 24, 2017 12:19 PM
**To:** Scott Whitsell; Jeff Beagle
**Cc:** Ken Kinsey
**Subject:** Re: offer letters

Jeff,

We must adjust! Let's all circle up shortly

KE

Sent from my iPhone

On Oct 24, 2017, at 12:01 PM, Scott Whitsell <swhitsell@5-starelectricllc.com> wrote:
I am extremely concerned with these offer letters. This is in no way what HP or 5 Star has been telling anyone. Both companies have busted there ass to bring in crews. My fear is this letter misleads and turns people away. Maybe I'm overly concerned and need to go with it. I'm extremely disappointed in HR for just now getting this out. They could have worked all weekend like everyone has. I'm just venting to you two. Is the offer letter final?

**From:** Missy Davis

**Sent:** Tuesday, October 24, 2017 10:48 AM
**To:** Scott Whitsell <swhitsell@5-starelectricllc.com>
**Subject:** FW: offer letters

So we are using these, correct???

# Missy Davis

Human Resources Manager
<image002.png>
175 State Route 109N
Clay, KY 42404
Office: (270) 664-3011
Cell: (270) 871-3519
Fax: (270) 664-3015
missy.davis@5-starelectricllc.com


**CONFIDENTIALITY NOTICE:** This e-mail message, including any attachments, is for the sole use of the intended recipient(s) and may contain confidential and privileged information or may otherwise be protected by law. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message and any attachment thereto.


**From:** Alexander Kalman
**Sent:** Tuesday, October 24, 2017 10:25 AM
**To:** Missy Davis <missy.davis@5-starelectricllc.com>
**Subject:** offer letters

Hello Missy,

Attached are the offer letters and the immunization policy document for the employee's to sign.

Some things to note:

 The rate of pay does not equal the day rate via straight time, but factors in Overtime rates into the calculation per week.
 The immunization policy document discusses options via Walgreens, since you are taking care of that feel free to have the employee ignore that section.

Let me know if you have any questions and I would be happy to assist,

Alex Kalman | Payroll Coordinator
14201 Caliber Drive, Suite 300
Oklahoma City, OK 73134
Office: 405-608-8191
Cell: 405-441-0323
akalman@mammothenergy.com

<5 Star Offer Letter Template - Puerto Rico A CLASS.docx>

CONFIDENTIAL                                         MAMMOTH-MALDONADO-FED002333

<5 Star Offer Letter Template - Puerto Rico APPRENTICE - GROUNDSMAN.docx>
<5 Star Offer Letter Template - Puerto Rico B CLASS.docx>
<5 Star Offer Letter Template - Puerto Rico FOREMAN.docx>
<5 Star Offer Letter Template - Puerto Rico HOT APPRENTICE.docx>
<5 Star Offer Letter Template - Puerto Rico JOURNEYMAN LINEMAN.docx>
<Immunization Policy 10232017.docx>