| | |
|---|---|
| **From:** | Missy Davis </O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=88CD004C13E24BE5ACBB9F8D39766BC3-MISSY.DAVIS> |
| **To:** | Samantha Nall |
| **Sent:** | 11/14/2017 1:21:41 PM |
| **Subject:** | FW: Pay Rates |

Stupid...stupid....stupid

# Missy Davis
Human Resources Manager



175 State Route 109N
Clay, KY 42404
Office: (270) 664-3011
Cell: (270) 871-3519
Fax: (270) 664-3015
missy.davis@5-starelectricllc.com

**CONFIDENTIALITY NOTICE:** This e-mail message, including any attachments, is
for the sole use of the intended recipient(s) and may contain confidential
and privileged information or may otherwise be protected by law. Any
unauthorized review, use, disclosure or distribution is prohibited. If you
are not the intended recipient, please contact the sender by reply e-mail
and destroy all copies of the original message and any attachment thereto.

**From:** Jeff Beagle
**Sent:** Tuesday, November 14, 2017 1:02 PM
**To:** Missy Davis <missy.davis@5-starelectricllc.com>
**Cc:** Alexander Kalman <akalman@Mammothenergy.com>
**Subject:** RE: Pay Rates

Missy,
The plan is at the end of each hitch to run a report of wages earned vs. days worked. If there is a negative balance (i.e., it does not equal out to the day rate) it will be grossed up on their next payroll once their hitch is done.

Jeff Beagle, HR Director



Phone: 405.608.8195
Fax: 405.437.2550
Email: jbeagle@mammothenergy.com

14201 Caliber Drive Ste 300, Oklahoma City, OK 73134

**From:** Missy Davis
**Sent:** Tuesday, November 14, 2017 4:14 AM
**To:** Jeff Beagle <jbeagle@Mammothenergy.com>
**Cc:** Alexander Kalman <akalman@Mammothenergy.com>
**Subject:** Re: Pay Rates

Thank you Jeff. That does make sense. What if they come home on a Tuesday or something? How will they get their daily rate?

Missy Davis
5 Star Electric LLC
175 State Route 109 N
Clay, KY 42404
Phone: 270-664-3011 Ext 116
Fax: 270-664-3015
Cell: 270-871-3519

Sent from my iPhone

On Nov 13, 2017, at 9:10 PM, Jeff Beagle <jbeagle@Mammothenergy.com> wrote:

<image003.gif>
Missy,
Sorry for the late response.  Please find attached excel file and sheet1. IF you take the 16 hour shifts over a 7 day work week with the applicable overtime of 1.5x for anything over 40, you will see it nets out to the day rate over a week period (take that total and then divide by the 7 days). Let me know if that does not make sense. Thanks!

<image004.jpg>

**From:** Missy Davis
**Sent:** Monday, November 13, 2017 8:14 AM
**To:** Jeff Beagle <jbeagle@Mammothenergy.com>; Alexander Kalman <akalman@Mammothenergy.com>
**Subject:** Pay Rates

Can you guys give me a mathematical explanation on the PR pay rates and how we're processing that? Not because I don't trust ya, but because the men are asking me and I don't know how to tell them or explain it to them…

Missy Davis
Human Resources Manager
<image005.png>
175 State Route 109N
Clay, KY 42404
Office:  (270) 664-3011
Cell: (270) 871-3519
Fax: (270) 664-3015
missy.davis@5-starelectricllc.com


**CONFIDENTIALITY NOTICE:** This e-mail message, including any attachments, is for the sole use of the intended recipient(s) and may contain confidential and privileged information or may otherwise be protected by law. Any

unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message and any attachment thereto.

<Copy of Hourly Rate Conversions v2.xlsx>

CONFIDENTIAL

MAMMOTH SAN ANTONIO-000002025
MAMMOTH-MALDONADO-FED002025