| | |
|---|---|
| From: | jbeagle@Mammothenergy.com |
| To: | Mark Layton |
| Sent: | 11/7/2017 7:35:14 PM |
| Subject: | Re: Puerto Rico Pay |

Mark,

For the hourly employees they get an effective day rate at a 16 hour shift. For salaried employees, which is a relatively small number, it honestly varies. The "executive management group" seems to mostly have been offered base plus day rate while a handful, mostly Jason's logistics team, were only offered a day rate.

We are tying to finalize a list of all the salary personnel and what they are receiving, but are still waiting on clarification on a few pieces.

Would be more than happy to share the list once completed if needed.

Sent from my iPhone

On Nov 7, 2017, at 7:10 PM, Mark Layton <mlayton@srayenergy.com> wrote:

Jeff,

What is the deal that is in place with our employees that are in PR?

Are we paying them their base salary plus a day rate?

Thanks

Mark

CONFIDENTIAL

MAMMOTH SAN ANTONIO-000002245
MAMMOTH-MALDONADO-FED002245