**EXHIBIT X**

CONFIDENTIAL

CORP REP 6-20-24 DEPOSITION
EXHIBIT
58
MALDONADO

MAMMOTH SAN ANTONIO-0000000763
MAMMOTH-MALDONADO-FED000763

## 2018 Mammoth Energy Services, Inc. Enrollment/Change Form

**Employee Information**

Last Name: _Rivera Esanyll_    First Name: _Jorge Luir_    ☐ Single  ☐ Married

Home Address: _36 A Lindsay Way NH 03045_    City: _Lindsay_    State: _NH_    Zip: _03045_

**Enrollment Type:**  ☐ Open Enrollment   ☐ Change/Qualifying Event   ☐ New Enrollment   ☐ Cancellation

Qualifying Event Date (if applicable): _____

### All premiums listed below are the bi-weekly cost per coverage

**Medical Plan Options - BlueCross BlueShield**
Medical plan options are listed below.  *Please check box indicating the plan/coverages you are electing.*

| | | Employee Only | Employee + Spouse | Employee + Child/ren | Family |
|---|---|---|---|---|---|
| ☐ | Base Plan ($1,500 Deductible) | ☐ $10.31 | ☐ $86.89 | ☐ $74.25 | ☐ $113.61 |
| ☐ | Buy Up Plan ($500 Deductible) | ☐ $23.07 | ☐ $113.80 | ☐ $97.24 | ☐ $129.69 |
| ☐ | Spousal Surcharge - Add $75 per pay period to the *Employee & Spouse* or *Family* medical cost if your spouse has access to other coverage through his or her employer. | | | | |
| ☑ | Waive Medical Coverage | | | | |

**Flexible Spending Account (Medical & Dependent) - UnitedHealthcare**

☐  I am choosing to elect the FSA plan.

My Annual Medical FSA election amount is:  $ _____  (FSA maximum annual contribution is $2,600 for Medical/Dental/Vision)

My Annual Dependent Care election amount is:  $ _____  (FSA maximum annual contribution is $5,000 for Dependent Care)

**Dental Plan - Guardian**
Dental plan options are listed below.  *Please check box indicating the plan/coverages you are electing.*

| | | Employee Only | Employee + Spouse | Employee + Child/ren | Family |
|---|---|---|---|---|---|
| ☐ | Guardian | ☐ $0.53 | ☐ $4.15 | ☐ $5.03 | ☐ $7.02 |
| ☑ | Waive Dental Coverage | | | | |

**Vision Plan Options - VSP**
Vision plan options are listed below.  *Please check box indicating the plan/coverages you are electing.*

| | | Employee Only | Employee + Spouse | Employee + Child/ren | Family |
|---|---|---|---|---|---|
| ☐ | VSP Vision | ☐ $0.12 | ☐ $0.91 | ☐ $0.97 | ☐ $1.56 |
| ☑ | Waive Vision Coverage | | | | |

**Life Insurance - Guardian**

☒  Basic Life Insurance - 100% Employer Paid   Coverage includes 2X Annual Salary up to maximum of $500,000

**Voluntary Life Insurance - Guardian** (See page 11 of Benefit Guide for details and rate chart)

| Employee | Spouse (Limited to 50% of Employee amount) | Child(ren) (Limited to 10% of employee amount) |
|---|---|---|
| ☐ $25,000 Life/AD&D | ☐ $12,500 Life/AD&D | ☐ $2,500 Life/AD&D |
| ☐ $50,000 Life/AD&D | ☐ $25,000 Life/AD&D | ☐ $5,000 Life/AD&D |
| ☐ $75,000 Life/AD&D | ☐ $37,500 Life/AD&D | ☐ $7,500 Life/AD&D |
| ☐ $100,000 Life/AD&D | ☐ $50,000 Life/AD&D | ☐ $10.000 Life/AD&D |



## Spousal Surcharge Affidavit

**Employee Name**

Jorge Luis Rivera Espinell

If your spouse is eligible for group health insurance through his or her employer, but he or she chooses to enroll in the Mammoth Energy Services, Inc.'s group health plan, an additional cost of $75 will be applied to your pay period deductions beginning January 1, 2018. You must complete this form to indicate your spouse's eligibility for participation in Mammoth Energy Services, Inc.'s health plan.

Is your spouse employed?  ☐ Yes    ☑ No

Is your spouse eligible for coverage through his or her employer?  ☐ Yes    ☑ No

Is your spouse enrolled in a health plan through his or her employer?  ☐ Yes    ☐ No

**Spouse's Name**

Madeline Crespo

| Spouse's Date of Birth | Spouse's Social Security Number |
|---|---|
| 14-5-67 | |

**Spouse's Employer**

| Spouse's Employer's HR Contact Name | HR Phone Number |
|---|---|
| | |

I certify that the information provided above is true and correct, and I am able to provide proof of spouse's employment and/or eligibility for employer health coverage, if requested.

| Employee Signature | Date |
|---|---|
| *[signature]* | 07-04-18 |

© 2014 Dynave, Inc. All rights reserved.

CORP REP 6-20-24 DEPOSITION
**EXHIBIT**
**58**
MALDONADO

CONFIDENTIAL

MAMMOTH SAN ANTONIO-000000765
MAMMOTH-MALDONADO-FED000765