| | |
|---|---|
| From: | Ken Kinsey </O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=2516FFEB844A4C1DB03EFCAB705D6F15-KKINSEY> |
| To: | JD Kinsey; Jeff Beagle; Alexander Kalman |
| Sent: | 11/20/2017 1:48:33 PM |
| Subject: | FW: Crew Shifts for Puerto Rico |
| Attachments: | image006.png |

See below.  We need to get the pay adjusted soon.

Ken Kinsey
VP of Operations
Cell – 432-254-5783
SAT – (8816)324-11652
kkinsey@cobratd.com
Emergency email address – EMPRTOC@cobratd.com
TOC Email Distribution List – COBRAPRTOC@cobratd.com



**From:** Keith Ellison
**Sent:** Monday, November 20, 2017 3:41 PM
**To:** Ken Kinsey <kkinsey@cobratd.com>
**Subject:** Re: Crew Shifts for Puerto Rico

That is correct

Sent from my iPhone

On Nov 20, 2017, at 2:27 PM, Ken Kinsey <kkinsey@cobratd.com> wrote:

I agree, so a Superintendant and above would get base plus.

All logistics guys will be day rate only with the exception of Jason Russell.

Ken Kinsey
VP of Operations
Cell – 432-254-5783
SAT – (8816)324-11652
kkinsey@cobratd.com
Emergency email address –EMPRTOC@cobratd.com
TOC Email Distribution List –COBRAPRTOC@cobratd.com



On Nov 20, 2017, at 3:12 PM, Keith Ellison <kellison@Mammothenergy.com> wrote:

CONFIDENTIAL

MAMMOTH SAN ANTONIO-000001941
MAMMOTH-MALDONADO-FED001941

Only Management, was to ever receive base plus a day rate. All GF's and below are to be purely the day rate while on island.

Gotta get a handle on this stuff now.

KE

Sent from my iPhone

On Nov 20, 2017, at 1:54 PM, Ken Kinsey <kkinsey@cobratd.com> wrote:

Hi Keith, this pay thing is all screwed up. We have superintendents getting the same pay as GF's.

Ken Kinsey
VP of Operations
Cell – 432-254-5783
SAT – (8816)324-11652
kkinsey@cobratd.com
Emergency email address –EMPRTOC@cobratd.com
TOC Email Distribution List –COBRAPRTOC@cobratd.com



Begin forwarded message:

**From:** Robert Malcom <rm@hpeservices.net>
**Date:** November 20, 2017 at 2:52:40 PM AST
**To:** Ken Kinsey <kkinsey@cobratd.com>
**Subject: Re: Crew Shifts for Puerto Rico**

Pat walker, Aaron Blackerby, Scott Lynch, and I don't know if Ken Godwin was told or not but he is in the same type of position



Sent from my Verizon, Samsung Galaxy smartphone



-------- Original message --------
From: Ken Kinsey <kkinsey@cobratd.com>
Date: 11/20/17 12:28 PM (GMT-06:00)
To: Scott Whitsell <swhitsell@5-starelectricllc.com>, Robert Malcom <rm@hpeservices.net>
Cc: Jeff Beagle <jbeagle@Mammothenergy.com>, Keith Ellison <kellison@Mammothenergy.com>, Corey Mahan <cmahan@cobratd.com>, Alan Edwards <aedwards@cobratd.com>, JD Kinsey <jkinsey@cobratd.com>, Alexander Kalman <akalman@Mammothenergy.com>
Subject: RE: Crew Shifts for Puerto Rico

Hey Robert/Scott,

One more request on Pay, my understanding from Keith is there were a select few that would be getting base

CONFIDENTIAL

MAMMOTH SAN ANTONIO-000001942
MAMMOTH-MALDONADO-FED001942

pay plus PR pay. We are finding out there are quite a number getting both. Please help me to know who you told was getting base plus PR pay?

Thank you,

Ken Kinsey
VP of Operations
Cell – 432-254-5783
SAT – (8816)324-11652
kkinsey@cobratd.com
Emergency email address – EMPRTOC@cobratd.com
TOC Email Distribution List – COBRAPRTOC@cobratd.com
<image005.png>

**From:** Ken Kinsey
**Sent:** Sunday, November 19, 2017 3:47 PM
**To:** Scott Whitsell (swhitsell@5-starelectricllc.com) <swhitsell@5-starelectricllc.com>; Robert Malcom <rm@hpeservices.net>
**Cc:** Jeff Beagle <jbeagle@Mammothenergy.com>; Keith Ellison <kellison@Mammothenergy.com>; Corey Mahan <cmahan@cobratd.com>; Alan Edwards <aedwards@cobratd.com>; JD Kinsey <jkinsey@cobratd.com>
**Subject:** Crew Shifts for Puerto Rico

Robert/Scott,

What did you two tell your staffs they would work for a rotation here in Puerto Rico? I am hearing there was all kinds of things said and I just need to hear it from you two, so we can start working on a rotation schedules. From my understanding, everyone above a GF would have been asked to stay the duration, but I need to find out from you.

Thanks Guys,

Ken Kinsey
VP of Operations
Cell – 432-254-5783
SAT – (8816)324-11652
kkinsey@cobratd.com
Emergency email address – EMPRTOC@cobratd.com
TOC Email Distribution List – COBRAPRTOC@cobratd.com



CONFIDENTIAL

MAMMOTH SAN ANTONIO-000001943
MAMMOTH-MALDONADO-FED001943