UNITED STATES FEDERAL COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| **AARON MALDONADO,** *et al*, | § § § | |
| **Plaintiffs,** | § § | |
| v. | § § | Case No. 5:21-cv-85-OLG |
| **MAMMOTH ENERGY SERVICES, INC., COBRA ACQUISITIONS, LLC, HIGHER POWER ELECTRICAL, LLC AND 5 STAR ELECTRIC, LLC** | § § § § § § | |
| **Defendants.** | § § | |

### ORDER GRANTING PLAINTIFFS' MOTION FOR COLLATERAL ESTOPPEL

Before the Court is Plaintiffs' Motion for Collateral Estoppel. Having considered the same, and the evidence and argument presented, if any, it is the opinion of this Honorable Court that said Motion should be in all things granted.

Accordingly, it is hereby ORDERED that Defendants Mammoth Energy Services, Inc., Higher Power Electrical, LLC and 5 Star Electric, LLC are hereby precluded from contesting the *Basulto* award findings that 1) Mammoth Energy Services, Inc., Higher Power Electrical, LLC and 5 Star Electric, LLC paid Plaintiffs a day rate with no overtime in violation of the FLSA, and 2) that Mammoth Energy Services, Inc., along with Five Star Electric, LLC and Higher Power Electrical, LLC jointly employed Plaintiffs.

SIGNED this the _____ day of _____, 2024

_____
HONORABLE ORLANDO GARCIA