UNITED STATES FEDERAL COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| **AARON MALDONADO,** *et al*, | § § § | |
| **Plaintiffs,** | § § | |
| v. | § § | Case No. 5:21-cv-85-OLG |
| **MAMMOTH ENERGY SERVICES, INC., COBRA ACQUISITIONS, LLC, HIGHER POWER ELECTRICAL, LLC AND 5 STAR ELECTRIC, LLC** | § § § § § § | |
| **Defendants.** | § | |

## JOINT MOTION TO EXTEND DEADLINE
## FOR RESPONSES TO DISPOSITIVE MOTIONS

The Parties jointly request an additional seven (7) days in which to file their Responses to each other's dispositive motions [ECF Nos. 41–43], including Defendants' Response to Plaintiffs' Motion for Collateral Estoppel [ECF No. 42] (the "Dispositive Motions"). Under Western District Local Rule CV-7(d)(2), the Parties have fourteen (14) days in which to file Responses to the Dispositive Motions, which would make the deadline this Friday, August 16, 2024.

Because of the sheer volume of documents, exhibits and deposition excerpts utilized by both Parties in their Dispositive Motions, and the corresponding time it will take to analyze and prepare meaningful Responses, both Parties request that the Court allow an additional seven (7) days in which to file their Responses. This would make Responses due on or before Friday, August 23, 2024. The parties do not seek to modify any other deadlines; nor do they seek this extension for purposes of delay, but so that justice may be done.

Respectfully submitted,

/s/  Douglas B. Welmaker
Douglas B. Welmaker
Attorney-in-Charge
State Bar No. 00788641
Welmaker Law, PLLC
409 N. Fredonia, Suite 118
Longview, Texas 75601
Phone: (512) 799-2048
Email: doug@welmakerlaw.com

**ATTORNEY FOR PLAINTIFFS**

**PORTER HEDGES LLP**

/s/ William R. Stukenberg
William R. Stukenberg
Texas Bar No. 24051397
1000 Main Street, 36th Floor
Houston, Texas 77002
Telephone:(713) 226-6611
Facsimile: (713) 226-6211
wstukenberg@porterhedges.com

**ATTORNEYS FOR DEFENDANTS**