UNITED STATES FEDERAL COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| AARON MALDONADO, *et al*, | § § § | |
| Plaintiffs, | § § | |
| v. | § § | Case No. 5:21-cv-85-OLG |
| MAMMOTH ENERGY SERVICES, INC., COBRA ACQUISITIONS, LLC, HIGHER POWER ELECTRICAL, LLC AND 5 STAR ELECTRIC, LLC | § § § § § § | |
| Defendants. | § | |

## ORDER

Before the Court is the Parties' Joint Motion to extend by 7 days the deadlines by which to file Responses to Dispositive Motions. Having considered the same, and the evidence and argument presented, if any, it is the opinion of this Honorable Court that said Motion should be in all things granted. Accordingly, Responses to all Dispositive Motions are now due on or before August 23, 2024.

Dated:_____

_____
HONORABLE ORLANDO GARCIA