IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| AARON MALDONADO, *et al.*, | § |
| | § |
| *Plaintiffs*, | § |
| | § |
| v. | § Case No. 5:21-cv-85 |
| | § |
| MAMMOTH ENERGY SERVICES, INC., COBRA ACQUISITIONS, LLC, HIGHER POWER ELECTRICAL, LLC, and 5 STAR ELECTRIC, LLC, | § |
| | § |
| *Defendants*. | § |

## DEFENDANTS' UNOPPOSED MOTION FOR LEAVE TO EXCEED PAGE LIMITS

Defendants move the Court for leave to exceed the 20-page limit on responses to dispositive motions set forth by Local Rule CV-7(D)(3). On August 6, 2024, the Court granted Plaintiffs' unopposed request for leave to exceed the page limit with their Motion for Partial Summary Judgment (Dkt. 41). Defendants request leave to file a response to Plaintiffs' Motion that exceeds the page limit by eight (8) pages. Plaintiffs are unopposed.

Dated: August 23, 2024.

                                                                                                         Respectfully submitted,

                                                                                                         **PORTER HEDGES LLP**

                                                                                                       */s/ William R. Stukenberg*
                                                                                                          William R. Stukenberg
                                                                                                          Texas Bar No. 24051397
                                                                                                          1000 Main Street, 36th Floor
                                                                                                          Houston, Texas 77002
                                                                                                          Telephone: (713) 226-6611
                                                                                                           Facsimile: (713) 226-6211
                                                                                                           wstukenberg@porterhedges.com

                                                                                               **ATTORNEY-IN-CHARGE FOR DEFENDANTS**

**OF COUNSEL FOR DEFENDANTS:**

M. Harris Stamey
Texas Bar No. 24060650
**PORTER HEDGES LLP**
1000 Main Street, 36th Floor
Houston, Texas 77002
Telephone: (713) 226-6619
Facsimile: (713) 226-6219
hstamey@porterhedges.com

Jamie L. Houston
State Bar No. 24097847
PORTER HEDGES LLP
1000 Main Street, 36th Floor
Houston, Texas 77002
Telephone: (713) 226-6608
Facsimile: (713) 226-6208
jhouston@porterhedges.com

Emil M. Sadykhov
State Bar No. 24110316
Porter Hedges LLP
1000 Main Street, 36th Floor
Houston, Texas 77002
Telephone: (713) 226-6720
Facsimile: (713) 226-6320
esadykhov@porterhedges.com

*Attorneys for Defendants*
*Mammoth Energy Services, Inc.*
*d/b/a Cobra Energy, 5-Star and*
*Higher Power Electrical, LLC*

## CERTIFICATE OF CONFERENCE

I hereby certify that I conferred with counsel for Plaintiffs via email on August 23, 2024, and counsel for Plaintiffs indicated that he is unopposed to the relief requested in this motion.

/s/ *Jamie L. Houston*
Jamie L. Houston

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was served on all counsel of record via CM/ECF filing on August 23, 2024.

/s/ *Jamie L. Houston*
Jamie L. Houston

15534228v1