IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| AARON MALDONADO, *et al.*, | § |
| | § |
| *Plaintiffs*, | § |
| | § |
| v. | § Case No. 5:21-cv-85-OLG |
| | § |
| MAMMOTH ENERGY SERVICES, INC., COBRA ACQUISITIONS, LLC, HIGHER POWER ELECTRICAL, LLC, and 5 STAR ELECTRIC, LLC, | § |
| | § |
| *Defendants*. | § |

## ORDER

Pending before the Court is Defendants' Motion for Leave to Exceed Page Limits. Upon review of the motion, the Court hereby determines that it shall be GRANTED.

It is, therefore, ORDERED that Defendants are GRANTED leave to file a response to Plaintiffs' Motion for Partial Summary Judgment in excess of the page limit set forth in Local Rule CV-7(D)(3).

IT IS SO ORDERED.

 

_____
Honorable Orlando L. Garcia
UNITED STATES DISTRICT JUDGE

1