| | |
|---|---|
| **From:** | Jeff Beagle </O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=08321DE71B7F486BABB25D4E2943F9E7-JBEAGLE> |
| **To:** | SBroussard@HallEstill.com |
| **Sent:** | 10/23/2017 1:03:37 PM |
| **Subject:** | pay rates |
| **Attachments:** | Hourly Rate Conversions.xlsx |

Jeff Beagle, HR Director

Phone: 405.608.8195
Fax: 405.437.2550
Email: jbeagle@mammothenergy.com

14201 Caliber Drive Ste 300, Oklahoma City, OK 73134