Exhibit B



| Title | Days Per Week | Hours Per Day | Total Hours | Reg | OT | Adjusted OT Hour | Total Hours Adjusted | Budget Day Rate | Gross Weekly at Day R | Implied Hourly Rate | Check Figure |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Foreman | 7 | 11 | 77 | 40 | 37 | 55.5 | 95.5 | $ 1,250.00 | $ 8,750.00 | $ 91.62 | $ 8,750.00 |
| J Lineman | 7 | 11 | 77 | 40 | 37 | 55.5 | 95.5 | $ 1,000.00 | $ 7,000.00 | $ 73.30 | $ 7,000.00 |
| A Class | 7 | 11 | 77 | 40 | 37 | 55.5 | 95.5 | $ 900.00 | $ 6,300.00 | $ 65.97 | $ 6,300.00 |
| B Class | 7 | 11 | 77 | 40 | 37 | 55.5 | 95.5 | $ 800.00 | $ 5,600.00 | $ 58.64 | $ 5,600.00 |
| Hot apprentice | 7 | 11 | 77 | 40 | 37 | 55.5 | 95.5 | $ 700.00 | $ 4,900.00 | $ 51.31 | $ 4,900.00 |
| Apprentice/Groundsman | 7 | 11 | 77 | 40 | 37 | 55.5 | 95.5 | $ 600.00 | $ 4,200.00 | $ 43.98 | $ 4,200.00 |