Exhibit C

# Earnings Statement

**JORGE RIVERA**

| | | |
|---|---|---|
| Pay Date: 07/13/2018 | Company: 0UB44 - 5 STAR ELECTRIC LLC | Emp #: A4G0 |
| Period Start: 06/25/2018 | 170 BEAN CEMETERY RD | Dept: PR - Puerto Rico |
| Period End: 07/08/2018 | MADISONVILLE  KY  42431   (405) 608-8191 | Pay Basis: Hourly |

| | Rate | Hours/Units | Current Period | Year To Date |
|---|---|---|---|---|
| **Earnings** | | | | |
| Regular | 37.84 | 80.00 | 3027.20 | 19374.08 |
| Overtime | 56.76 | 144.00 | 8173.44 | 49040.64 |
| Day Rate | | | 0.00 | 388.80 |
| **Gross** | | 224.00 | 11200.64 | 68803.52 |
| **W/H Taxes** | | | | |
| Medicare | | | 161.32 | 991.42 |
| Social Security | | | 689.79 | 4239.18 |
| Puerto Rico W/H(M/0) | | | 2240.13 | 13760.71 |
| Puerto Rico EE Disability Insurance | | | 0.00 | 27.00 |
| **Deductions** | | | | |
| Medical Buy up | | | 0.00 | 129.69 |
| Spousal Surcharge | | | 75.00 | 300.00 |
| **Net Pay** | | | 8034.40 | 49355.52  Voucher No. 142411035DD |
| **Net Pay Distribution** | | | | |
| Direct Deposit Net Check | | | 8034.40 | 49355.52  A/C:9691 |

---

Voucher No. 142411035DD

5 STAR ELECTRIC LLC
175 State Route 109 N
Clay, KY 42404

DATE: 07/13/2018

Dept: PR

**Net Pay:** 8034.40

Eight Thousand Thirty Four And 40/100 Dollars

CORP REP 6-20-24 DEPOSITION
**EXHIBIT 59**
MALDONADO

3045

For Record Purposes Only
**\*\*NON-NEGOTIABLE\*\***

MAMMOTH  SAN  ANTONIO-000000601