# Earnings Statement

Exhibit D

**AARON MALDONADO**

| | | |
|---|---|---|
| Pay Date: 04/06/2018 | Company: 0UB44 - 5 STAR ELECTRIC LLC | Emp #: A4B9 |
| Period Start: 03/19/2018 | 170 BEAN CEMETERY RD | Dept: PR - Puerto Rico |
| Period End: 04/01/2018 | MADISONVILLE  KY  42431    (405) 608-8191 | Pay Basis: Hourly |

| | Rate | Hours/Units | Current Period | Year To Date |
|---|---|---|---|---|
| **Earnings** | | | | |
| Regular | 47.30 | 74.00 | 3500.20 | 3692.20 |
| Regular | 32.00(*) | 6.00 | 192.00 | 0.00 |
| Overtime | 70.95 | 118.00 | 8372.10 | 8372.10 |
| Day Rate | | | 127.70 | 127.70 |

*Denotes an override during payroll processing.*

| | | | |
|---|---|---|---|
| **Gross** | 198.00 | 12192.00 | 12192.00 |
| **W/H Taxes** | | | |
| Medicare | | 176.63 | 176.63 |
| Social Security | | 755.23 | 755.23 |
| Puerto Rico W/H(S/0) | | 2365.25 | 2365.25 |
| Puerto Rico EE Disability Insurance | | 27.00 | 27.00 |
| **Deductions** | | | |
| 401k EE % | | 365.76 | 365.76 |
| Dental | | 0.53 | 0.53 |
| Medical Base | | 10.31 | 10.31 |
| Voluntary Life | | 2.08 | 2.08 |
| **Net Pay** | | 8489.21 | 8489.21  Voucher No. 129681891DD |
| **Net Pay Distribution** | | | |
| Direct Deposit Net Check | | 8489.21 | 8489.21  A/C:6770 |

| Employee Benefits, Allowances, and Other | Current Period | Year To Date | YTD Taken | Available |
|---|---|---|---|---|
| 401k EE % - Match | 365.76 | 365.76 *Company Match | | |

---

Voucher No. 129681891DD

5 STAR ELECTRIC LLC
175 State Route 109 N
Clay, KY 42404

DATE: 04/06/2018

Dept: PR

**Net Pay:**  8489.21

Eight Thousand Four Hundred Eighty Nine And 21/100 Dollars

CORP REP 6-20-24 DEPOSITION
**EXHIBIT 48**
MALDONADO

33974

For Record Purposes Only
**\*\*NON-NEGOTIABLE\*\***

MAMMOTH  SAN  ANTONIO-000000254