# Exhibit E

**MAMMOTH ENERGY**
**Client: (0M062)**

## Time Detail Report

Date Range (03/12/2018 - 08/27/2018)
Freeze Time (08/02/2021 10:28:48)
Generated (08/03/2021 13:06:29)

**Employee:** MALDANADO, AARON DANIEL (A4B9) **Badge #:**
**Department:** Puerto Rico **Pay Class:** Hourly **Trm Gp:** Hardware Clocks
**Status:** Terminated **Hire Date:** 03/20/2018
**Home Allocation:** Puerto Rico-5 STAR ELECTRIC LLC-Unassigned-Unassigned-Unassigned-Unassigned-Unassigned-

| Date | Pay Code | IN | OUT | Allocation | Tax Profile | Missing | Dollars | Total Hrs. | Total Hrs./Day | Employee Approval | Supervisor Approval |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Mon (03/12) | | -- | -- | | | | | | | | jkinsey (04/01/2018) |
| Tue (03/13) | | -- | -- | | | | | | | | jkinsey (04/01/2018) |
| Wed (03/14) | | -- | -- | | | | | | | | jkinsey (04/01/2018) |
| Thu (03/15) | | -- | -- | | | | | | | | jkinsey (04/01/2018) |
| Fri (03/16) | | -- | -- | | | | | | | | jkinsey (04/01/2018) |
| Sat (03/17) | | -- | -- | | | | | | | | jkinsey (04/01/2018) |
| Sun (03/18) | | -- | -- | | | | | | | | jkinsey (04/01/2018) |
| Total Units/Hours For Week: | | | | | | | | | 0.00 | | |
| Mon (03/19) | Fixed: (DYR) | n/a | n/a | [PR]-5 STAR ELECTRIC LLC-Unassigned---Unassigned-- | | | $127.70 | 0.00 | 0.00 | | jkinsey (04/01/2018) |
| Tue (03/20) | | ID-08:00 AM | OD-02:00 PM | [PR]-5 STAR ELECTRIC LLC-Unassigned---Unassigned-- | | | | 6.00 | 6.00 | | jkinsey (04/01/2018) |
| Wed (03/21) | Fixed: (R) | n/a | n/a | [PR]-5 STAR ELECTRIC LLC-Unassigned---Unassigned-- | | | | 16.00 | 16.00 | | jkinsey (04/01/2018) |
| Thu (03/22) | Fixed: (R) | n/a | n/a | [PR]-5 STAR ELECTRIC LLC-Unassigned---Unassigned-- | | | | 16.00 | 16.00 | | jkinsey (04/01/2018) |
| Fri (03/23) | Fixed: (R) | n/a | n/a | [PR]-5 STAR ELECTRIC LLC-Unassigned---Unassigned-- | | | | 16.00 | 16.00 | | jkinsey (04/01/2018) |
| Sat (03/24) | Fixed: (R) | n/a | n/a | [PR]-5 STAR ELECTRIC LLC-Unassigned---Unassigned-- | | | | 16.00 | 16.00 | | jkinsey (04/01/2018) |
| Sun (03/25) | Fixed: (R) | n/a | n/a | [PR]-5 STAR ELECTRIC LLC-Unassigned---Unassigned-- | | | | 16.00 | 16.00 | | jkinsey (04/01/2018) |
| Total Units/Hours For Week: | | | | | | | | | 86.00 | | |
| Mon (03/26) | Fixed: (R) | n/a | n/a | [PR]-5 STAR ELECTRIC LLC-Unassigned---Unassigned-- | | | | 16.00 | 16.00 | | jkinsey (04/01/2018) |
| Tue (03/27) | Fixed: (R) | n/a | n/a | [PR]-5 STAR ELECTRIC LLC-Unassigned---Unassigned-- | | | | 16.00 | 16.00 | | jkinsey (04/01/2018) |
| Wed (03/28) | Fixed: (R) | n/a | n/a | [PR]-5 STAR ELECTRIC LLC-Unassigned---Unassigned-- | | | | 16.00 | 16.00 | | jkinsey (04/01/2018) |
| Thu (03/29) | Fixed: (R) | n/a | n/a | [PR]-5 STAR ELECTRIC LLC-Unassigned---Unassigned-- | | | | 16.00 | 16.00 | | jkinsey (04/01/2018) |
| Fri (03/30) | Fixed: (R) | n/a | n/a | [PR]-5 STAR ELECTRIC LLC-Unassigned---Unassigned-- | | | | 16.00 | 16.00 | | jkinsey (04/01/2018) |
| Sat (03/31) | Fixed: (R) | n/a | n/a | [PR]-5 STAR ELECTRIC LLC-Unassigned---Unassigned-- | | | | 16.00 | 16.00 | | jkinsey (04/01/2018) |
| Sun (04/01) | Fixed: (R) | n/a | n/a | [PR]-5 STAR ELECTRIC LLC-Unassigned---Unassigned-- | | | | 16.00 | 16.00 | | jkinsey (04/01/2018) |
| Total Units/Hours For Week: | | | | | | | | | 112.00 | | |
| Mon (04/02) | Fixed: (R) | n/a | n/a | [PR]-5 STAR ELECTRIC LLC-Unassigned---Unassigned-- | | | | 16.00 | 16.00 | | jkinsey (04/15/2018) |
| Tue (04/03) | Fixed: (R) | n/a | n/a | [PR]-5 STAR ELECTRIC LLC-Unassigned---Unassigned-- | | | | 16.00 | 16.00 | | jkinsey (04/15/2018) |
| Wed (04/04) | Fixed: (R) | n/a | n/a | [PR]-5 STAR ELECTRIC LLC-Unassigned---Unassigned-- | | | | 16.00 | 16.00 | | jkinsey (04/15/2018) |
| Thu (04/05) | Fixed: (R) | n/a | n/a | [PR]-5 STAR ELECTRIC LLC-Unassigned---Unassigned-- | | | | 16.00 | 16.00 | | jkinsey (04/15/2018) |
| Fri (04/06) | Fixed: (R) | n/a | n/a | [PR]-5 STAR ELECTRIC LLC-Unassigned---Unassigned-- | | | | 16.00 | 16.00 | | jkinsey (04/15/2018) |
| Sat (04/07) | Fixed: (R) | n/a | n/a | [PR]-5 STAR ELECTRIC LLC-Unassigned---Unassigned-- | | | | 16.00 | 16.00 | | jkinsey (04/15/2018) |
| Sun (04/08) | Fixed: (R) | n/a | n/a | [PR]-5 STAR ELECTRIC LLC-Unassigned---Unassigned-- | | | | 16.00 | 16.00 | | jkinsey (04/15/2018) |
| Total Units/Hours For Week: | | | | | | | | | 112.00 | | |
| Mon (04/09) | Fixed: (R) | n/a | n/a | [PR]-5 STAR ELECTRIC LLC-Unassigned---Unassigned-- | | | | 16.00 | 16.00 | | jkinsey (04/15/2018) |
| Tue (04/10) | Fixed: (R) | n/a | n/a | [PR]-5 STAR ELECTRIC LLC-Unassigned---Unassigned-- | | | | 16.00 | 16.00 | | jkinsey (04/15/2018) |
| Wed (04/11) | Fixed: (R) | n/a | n/a | [PR]-5 STAR ELECTRIC LLC-Unassigned---Unassigned-- | | | | 16.00 | 16.00 | | jkinsey (04/15/2018) |
| Thu (04/12) | Fixed: (R) | n/a | n/a | [PR]-5 STAR ELECTRIC LLC-Unassigned---Unassigned-- | | | | 16.00 | 16.00 | | jkinsey (04/15/2018) |

**CORP REP 6-20-24 DEPOSITION**
**EXHIBIT 49**
**MALDONADO**



1 of 6 pages

MAMMOTH SAN ANTONIO-000000255
MAMMOTH MALDONADO FED000005

CONFIDENTIAL