Exhibit F



# Crew Wage Scale for 2017 Puerto Rico Storm Rates and Stand By Rates for Cobra Energy and Subsidiaries

| Position | PR Storm – Per Day | PR Storm – Per Hour | Non Puerto-Rico Wage |
|---|---|---|---|
| General Foreman | $1,400.00 | $66.22 | $38.50 |
| Foreman | $1,250.00 | $59.12 | $34.50 |
| Jorneyman Lineman | $1,000.00 | $47.30 | $32.00 |
| Class A Lineman | $900.00 | $42.57 | $30.00 |
| Class B Lineman | $800.00 | $37.84 | $28.50 |
| Hot Apprentice/Class C | $700.00 | $33.11 | $27.00 |
| Operator | $800.00 | $37.84 | $28.50 |
| Groundsman | $600.00 | $28.38 | $18.00 |
| Mechanic | $900.00 | $42.57 | $30.00 |

*Off island wages may be adjusted based off performance & experience for US based, off island, non-Puerto Rico wage. Employee will be notified of adjustments prior to them taking effect.*