# Earnings Statement

Exhibit G

**JORGE RIVERA**

| | | |
|---|---|---|
| Pay Date: 07/27/2018 | Company: 0UB44 - 5 STAR ELECTRIC LLC | Emp #: A4G0 |
| Period Start: 07/09/2018 | 170 BEAN CEMETERY RD | Dept: PR - Puerto Rico |
| Period End: 07/22/2018 | MADISONVILLE  KY  42431   (405) 608-8191 | Pay Basis: Hourly |

| | Rate | Hours/Units | Current Period | Year To Date |
|---|---|---|---|---|
| **Earnings** | | | | |
| Regular | 37.84 | 80.00 | 3027.20 | 22401.28 |
| Overtime | 56.76 | 112.00 | 6357.12 | 55397.76 |
| Day Rate | | | 215.68 | 604.48 |
| **Gross** | | 192.00 | 9600.00 | 78403.52 |
| **W/H Taxes** | | | | |
| Medicare | | | 138.11 | 1129.53 |
| Social Security | | | 590.55 | 4829.73 |
| Puerto Rico W/H(M/0) | | | 1920.00 | 15680.71 |
| Puerto Rico EE Disability Insurance | | | 0.00 | 27.00 |
| **Deductions** | | | | |
| Medical Buy up | | | 0.00 | 129.69 |
| Spousal Surcharge | | | 75.00 | 375.00 |
| **Net Pay** | | | 6876.34 | 56231.86  Voucher No. 144225348DD |
| **Net Pay Distribution** | | | | |
| Direct Deposit Net Check | | | 6876.34 | 56231.86  A/C:9691 |

---

Voucher No. 144225348DD

5 STAR ELECTRIC LLC
175 State Route 109 N
Clay, KY 42404

DATE: 07/27/2018

Dept: PR

**Net Pay:**                                                                                   **6876.34**

Six Thousand Eight Hundred Seventy Six And 34/100 Dollars

CORP REP 6-20-24 DEPOSITION
**EXHIBIT 59**
MALDONADO

3045

For Record Purposes Only
**\*\*NON-NEGOTIABLE\*\***

CONFIDENTIAL

MAMMOTH  SAN  ANTONIO-000000600