**MAMMOTH ENERGY**
Client: (0M062)

**Time Detail Report**

Date Range (04/01/2018 - 04/30/2019)
Freeze Time (Unknown)
Generated (07/30/2021 11:12:11)

| Day (Date) | Type | | | Project | | | | | Hours | Total | User (Date) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Thu (06/07) | | -- | -- | | | | | | | | jkinsey (06/10/2018) |
| Fri (06/08) | | -- | -- | | | | | | | | jkinsey (06/10/2018) |
| Sat (06/09) | | -- | -- | | | | | | | | jkinsey (06/10/2018) |
| Sun (06/10) | | -- | -- | | | | | | | | jkinsey (06/10/2018) |
| **Total Units/Hours For Week:** | | | | | | | | | | 0.00 | |
| Mon (06/11) | Fixed: (R) | n/a | n/a | [PR]-5 STAR ELECTRIC LLC-Unassigned---Unassigned-- | | | | | 16.00 | 16.00 | jkinsey (06/24/2018) |
| Tue (06/12) | Fixed: (R) | n/a | n/a | [PR]-5 STAR ELECTRIC LLC-Unassigned---Unassigned-- | | | | | 16.00 | 16.00 | jkinsey (06/24/2018) |
| Wed (06/13) | Fixed: (R) | n/a | n/a | [PR]-5 STAR ELECTRIC LLC-Unassigned---Unassigned-- | | | | | 16.00 | 16.00 | jkinsey (06/24/2018) |
| Thu (06/14) | Fixed: (R) | n/a | n/a | [PR]-5 STAR ELECTRIC LLC-Unassigned---Unassigned-- | | | | | 16.00 | 16.00 | jkinsey (06/24/2018) |
| Fri (06/15) | Fixed: (R) | n/a | n/a | [PR]-5 STAR ELECTRIC LLC-Unassigned---Unassigned-- | | | | | 16.00 | 16.00 | jkinsey (06/24/2018) |
| Sat (06/16) | Fixed: (R) | n/a | n/a | [PR]-5 STAR ELECTRIC LLC-Unassigned---Unassigned-- | | | | | 16.00 | 16.00 | jkinsey (06/24/2018) |
| Sun (06/17) | Fixed: (R) | n/a | n/a | [PR]-5 STAR ELECTRIC LLC-Unassigned---Unassigned-- | | | | | 16.00 | 16.00 | jkinsey (06/24/2018) |
| **Total Units/Hours For Week:** | | | | | | | | | | 112.00 | |
| Mon (06/18) | Fixed: (R) | n/a | n/a | [PR]-5 STAR ELECTRIC LLC-Unassigned---Unassigned-- | | | | | 16.00 | 16.00 | jkinsey (06/24/2018) |
| Tue (06/19) | Fixed: (R) | n/a | n/a | [PR]-5 STAR ELECTRIC LLC-Unassigned---Unassigned-- | | | | | 16.00 | 16.00 | jkinsey (06/24/2018) |
| Wed (06/20) | Fixed: (R) | n/a | n/a | [PR]-5 STAR ELECTRIC LLC-Unassigned---Unassigned-- | | | | | 16.00 | 16.00 | jkinsey (06/24/2018) |
| Thu (06/21) | Fixed: (R) | n/a | n/a | [PR]-5 STAR ELECTRIC LLC-Unassigned---Unassigned-- | | | | | 16.00 | 16.00 | jkinsey (06/24/2018) |
| Fri (06/22) | Fixed: (R) | n/a | n/a | [PR]-5 STAR ELECTRIC LLC-Unassigned---Unassigned-- | | | | | 16.00 | 16.00 | jkinsey (06/24/2018) |
| Sat (06/23) | Fixed: (R) | n/a | n/a | [PR]-5 STAR ELECTRIC LLC-Unassigned---Unassigned-- | | | | | 16.00 | 16.00 | jkinsey (06/24/2018) |
| Sun (06/24) | Fixed: (R) | n/a | n/a | [PR]-5 STAR ELECTRIC LLC-Unassigned---Unassigned-- | | | | | 16.00 | 16.00 | jkinsey (06/24/2018) |
| **Total Units/Hours For Week:** | | | | | | | | | | 112.00 | |
| Mon (06/25) | Fixed: (R) | n/a | n/a | [PR]-5 STAR ELECTRIC LLC-Unassigned---Unassigned-- | | | | | 16.00 | 16.00 | jkinsey (07/08/2018) |
| Tue (06/26) | Fixed: (R) | n/a | n/a | [PR]-5 STAR ELECTRIC LLC-Unassigned---Unassigned-- | | | | | 16.00 | 16.00 | jkinsey (07/08/2018) |
| Wed (06/27) | Fixed: (R) | n/a | n/a | [PR]-5 STAR ELECTRIC LLC-Unassigned---Unassigned-- | | | | | 16.00 | 16.00 | jkinsey (07/08/2018) |
| Thu (06/28) | Fixed: (R) | n/a | n/a | [PR]-5 STAR ELECTRIC LLC-Unassigned---Unassigned-- | | | | | 16.00 | 16.00 | jkinsey (07/08/2018) |
| Fri (06/29) | Fixed: (R) | n/a | n/a | [PR]-5 STAR ELECTRIC LLC-Unassigned---Unassigned-- | | | | | 16.00 | 16.00 | jkinsey (07/08/2018) |
| Sat (06/30) | Fixed: (R) | n/a | n/a | [PR]-5 STAR ELECTRIC LLC-Unassigned---Unassigned-- | | | | | 16.00 | 16.00 | jkinsey (07/08/2018) |
| Sun (07/01) | Fixed: (R) | n/a | n/a | [PR]-5 STAR ELECTRIC LLC-Unassigned---Unassigned-- | | | | | 16.00 | 16.00 | jkinsey (07/08/2018) |
| **Total Units/Hours For Week:** | | | | | | | | | | 112.00 | |
| Mon (07/02) | Fixed: (R) | n/a | n/a | [PR]-5 STAR ELECTRIC LLC-Unassigned---Unassigned-- | | | | | 16.00 | 16.00 | jkinsey (07/08/2018) |
| Tue (07/03) | Fixed: (R) | n/a | n/a | [PR]-5 STAR ELECTRIC LLC-Unassigned---Unassigned-- | | | | | 16.00 | 16.00 | jkinsey (07/08/2018) |
| Wed (07/04) | Fixed: (R) | n/a | n/a | [PR]-5 STAR ELECTRIC LLC-Unassigned---Unassigned-- | | | | | 16.00 | 16.00 | jkinsey (07/08/2018) |
| Thu (07/05) | Fixed: (R) | n/a | n/a | [PR]-5 STAR ELECTRIC LLC-Unassigned---Unassigned-- | | | | | 16.00 | 16.00 | jkinsey (07/08/2018) |
| Fri (07/06) | Fixed: (R) | n/a | n/a | [PR]-5 STAR ELECTRIC LLC-Unassigned---Unassigned-- | | | | | 16.00 | 16.00 | jkinsey (07/08/2018) |
| Sat (07/07) | Fixed: (R) | n/a | n/a | [PR]-5 STAR ELECTRIC LLC-Unassigned---Unassigned-- | | | | | 16.00 | 16.00 | jkinsey (07/08/2018) |
| Sun (07/08) | Fixed: (R) | n/a | n/a | [PR]-5 STAR ELECTRIC LLC-Unassigned---Unassigned-- | | | | | 16.00 | 16.00 | jkinsey (07/08/2018) |
| **Total Units/Hours For Week:** | | | | | | | | | | 112.00 | |
| Mon (07/09) | Fixed: (R) | n/a | n/a | [PR]-5 STAR ELECTRIC LLC-Unassigned---Unassigned-- | | | | | 16.00 | | jkinsey (07/22/2018) |
| Mon (07/09) | Fixed: (DYR) | n/a | n/a | [PR]-5 STAR ELECTRIC LLC-Unassigned---Unassigned-- | | | $215.68 | 0.00 | 16.00 | | jkinsey (07/22/2018) |
| Tue (07/10) | Fixed: (R) | n/a | n/a | [PR]-5 STAR ELECTRIC LLC-Unassigned---Unassigned-- | | | | | 16.00 | 16.00 | jkinsey (07/22/2018) |
| Wed (07/11) | Fixed: (R) | n/a | n/a | [PR]-5 STAR ELECTRIC LLC-Unassigned---Unassigned-- | | | | | 16.00 | 16.00 | jkinsey (07/22/2018) |
| Thu (07/12) | Fixed: (R) | n/a | n/a | [PR]-5 STAR ELECTRIC LLC-Unassigned---Unassigned-- | | | | | 16.00 | 16.00 | jkinsey (07/22/2018) |

CORP REP 6-20-24 DEPOSITION
**EXHIBIT 60**
MALDONADO



3 of 15 pages

CONFIDENTIAL

MAMMOTH SAN ANTONIO-000000610
MAMMOTH-MALDONADO-FED000610

**MAMMOTH ENERGY**  
Client: (0M062)

# Time Detail Report

Date Range (04/01/2018 - 04/30/2019)  
Freeze Time (Unknown)  
Generated (07/30/2021 11:12:11)

| Day | Type | | | Project | | | Amount | Hours | Total | User (Date) |
|---|---|---|---|---|---|---|---|---|---|---|
| Fri (07/13) | Fixed: (R) | n/a | n/a | [PR]-5 STAR ELECTRIC LLC-Unassigned---Unassigned-- | | | | 16.00 | 16.00 | jkinsey (07/22/2018) |
| Sat (07/14) | Fixed: (R) | n/a | n/a | [PR]-5 STAR ELECTRIC LLC-Unassigned---Unassigned-- | | | | 16.00 | 16.00 | jkinsey (07/22/2018) |
| Sun (07/15) | Fixed: (R) | n/a | n/a | [PR]-5 STAR ELECTRIC LLC-Unassigned---Unassigned-- | | | | 16.00 | 16.00 | jkinsey (07/22/2018) |
| Total Units/Hours For Week: | | | | | | | | | 112.00 | |
| Mon (07/16) | Fixed: (R) | n/a | n/a | [PR]-5 STAR ELECTRIC LLC-Unassigned---Unassigned-- | | | | 16.00 | 16.00 | jkinsey (07/22/2018) |
| Tue (07/17) | Fixed: (R) | n/a | n/a | [PR]-5 STAR ELECTRIC LLC-Unassigned---Unassigned-- | | | | 16.00 | 16.00 | jkinsey (07/22/2018) |
| Wed (07/18) | Fixed: (R) | n/a | n/a | [PR]-5 STAR ELECTRIC LLC-Unassigned---Unassigned-- | | | | 16.00 | 16.00 | jkinsey (07/22/2018) |
| Thu (07/19) | Fixed: (R) | n/a | n/a | [PR]-5 STAR ELECTRIC LLC-Unassigned---Unassigned-- | | | | 16.00 | 16.00 | jkinsey (07/22/2018) |
| Fri (07/20) | Fixed: (R) | n/a | n/a | [PR]-5 STAR ELECTRIC LLC-Unassigned---Unassigned-- | | | | 16.00 | 16.00 | jkinsey (07/22/2018) |
| Sat (07/21) | | -- | -- | | | | | | | jkinsey (07/22/2018) |
| Sun (07/22) | | -- | -- | | | | | | | jkinsey (07/22/2018) |
| Total Units/Hours For Week: | | | | | | | | | 80.00 | |
| Mon (07/23) | | -- | -- | | | | | | | jkinsey (08/05/2018) |
| Tue (07/24) | | -- | -- | | | | | | | jkinsey (08/05/2018) |
| Wed (07/25) | | -- | -- | | | | | | | jkinsey (08/05/2018) |
| Thu (07/26) | | -- | -- | | | | | | | jkinsey (08/05/2018) |
| Fri (07/27) | | -- | -- | | | | | | | jkinsey (08/05/2018) |
| Sat (07/28) | | -- | -- | | | | | | | jkinsey (08/05/2018) |
| Sun (07/29) | | -- | -- | | | | | | | jkinsey (08/05/2018) |
| Total Units/Hours For Week: | | | | | | | | | 0.00 | |
| Mon (07/30) | Fixed: (R) | n/a | n/a | [PR]-5 STAR ELECTRIC LLC-Unassigned---Unassigned-- | | | | 12.00 | | jkinsey (08/05/2018) |
| Mon (07/30) | Fixed: (PDM) | n/a | n/a | [PR]-5 STAR ELECTRIC LLC-Unassigned---Unassigned-- | | | $150.00 | 0.00 | 12.00 | jkinsey (08/05/2018) |
| Tue (07/31) | Fixed: (R) | n/a | n/a | [PR]-5 STAR ELECTRIC LLC-Unassigned---Unassigned-- | | | | 12.00 | | jkinsey (08/05/2018) |
| Tue (07/31) | Fixed: (PDM) | n/a | n/a | [PR]-5 STAR ELECTRIC LLC-Unassigned---Unassigned-- | | | $150.00 | 0.00 | 12.00 | jkinsey (08/05/2018) |
| Wed (08/01) | Fixed: (R) | n/a | n/a | [PR]-5 STAR ELECTRIC LLC-Unassigned---Unassigned-- | | | | 12.00 | | jkinsey (08/05/2018) |
| Wed (08/01) | Fixed: (PDM) | n/a | n/a | [PR]-5 STAR ELECTRIC LLC-Unassigned---Unassigned-- | | | $150.00 | 0.00 | 12.00 | jkinsey (08/05/2018) |
| Thu (08/02) | Fixed: (R) | n/a | n/a | [PR]-5 STAR ELECTRIC LLC-Unassigned---Unassigned-- | | | | 12.00 | | jkinsey (08/05/2018) |
| Thu (08/02) | Fixed: (PDM) | n/a | n/a | [PR]-5 STAR ELECTRIC LLC-Unassigned---Unassigned-- | | | $150.00 | 0.00 | 12.00 | jkinsey (08/05/2018) |
| Fri (08/03) | Fixed: (R) | n/a | n/a | [PR]-5 STAR ELECTRIC LLC-Unassigned---Unassigned-- | | | | 12.00 | | jkinsey (08/05/2018) |
| Fri (08/03) | Fixed: (PDM) | n/a | n/a | [PR]-5 STAR ELECTRIC LLC-Unassigned---Unassigned-- | | | $150.00 | 0.00 | 12.00 | jkinsey (08/05/2018) |
| Sat (08/04) | Fixed: (R) | n/a | n/a | [PR]-5 STAR ELECTRIC LLC-Unassigned---Unassigned-- | | | | 12.00 | | jkinsey (08/05/2018) |
| Sat (08/04) | Fixed: (PDM) | n/a | n/a | [PR]-5 STAR ELECTRIC LLC-Unassigned---Unassigned-- | | | $150.00 | 0.00 | 12.00 | jkinsey (08/05/2018) |
| Sun (08/05) | Fixed: (PDM) | n/a | n/a | [PR]-5 STAR ELECTRIC LLC-Unassigned---Unassigned-- | | | $150.00 | 0.00 | 0.00 | jkinsey (08/05/2018) |
| Total Units/Hours For Week: | | | | | | | | | 72.00 | |
| Mon (08/06) | Fixed: (R) | n/a | n/a | [PR]-5 STAR ELECTRIC LLC-Unassigned---Unassigned-- | | | | 12.00 | | jkinsey (08/19/2018) |
| Mon (08/06) | Fixed: (PDM) | n/a | n/a | [PR]-5 STAR ELECTRIC LLC-Unassigned---Unassigned-- | | | $150.00 | 0.00 | 12.00 | jkinsey (08/19/2018) |
| Tue (08/07) | Fixed: (R) | n/a | n/a | [PR]-5 STAR ELECTRIC LLC-Unassigned---Unassigned-- | | | | 12.00 | | jkinsey (08/19/2018) |
| Tue (08/07) | Fixed: (PDM) | n/a | n/a | [PR]-5 STAR ELECTRIC LLC-Unassigned---Unassigned-- | | | $150.00 | 0.00 | 12.00 | jkinsey (08/19/2018) |
| Wed (08/08) | Fixed: (R) | n/a | n/a | [PR]-5 STAR ELECTRIC LLC-Unassigned---Unassigned-- | | | | 12.00 | | jkinsey (08/19/2018) |
| Wed (08/08) | Fixed: (PDM) | n/a | n/a | [PR]-5 STAR ELECTRIC LLC-Unassigned---Unassigned-- | | | $150.00 | 0.00 | 12.00 | jkinsey (08/19/2018) |
| Thu (08/09) | Fixed: (R) | n/a | n/a | [PR]-5 STAR ELECTRIC LLC-Unassigned---Unassigned-- | | | | 12.00 | | jkinsey (08/19/2018) |

**CORP REP 6-20-24 DEPOSITION**  
**EXHIBIT 60**  
**MALDONADO**



paycom

4 of 15 pages

MAMMOTH SAN ANTONIO-000000611

CONFIDENTIAL