UNITED STATES FEDERAL COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| **AARON MALDONADO**, *et al*, | § § § | |
| **Plaintiffs,** | § § | |
| v. | § § | Case No. 5:21-cv-85-OLG |
| **MAMMOTH ENERGY SERVICES, INC., COBRA ACQUISITIONS, LLC, HIGHER POWER ELECTRICAL, LLC AND 5 STAR ELECTRIC, LLC** | § § § § § § | |
| **Defendants.** | § § | |

## ORDER

Before the Court is Defendants' Motion for Summary Judgment. Having considered the same, and the evidence and argument presented, if any, it is the opinion of this Honorable Court that said Motion should be in all things denied.

Accordingly, it is hereby ORDERED that Defendants' Motion for Summary Judgment is DENIED.

SIGNED this the _____ day of _____, 2024.

_____
HONORABLE ORLANDO L. GARCIA