IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| AARON MALDONADO, *et al.*, | § | |
| | § | |
| *Plaintiffs*, | § | |
| | § | |
| v. | § | |
| | § | Case No. 5:21-cv-00085 |
| MAMMOTH ENERGY SERVICES, INC., COBRA ACQUISITIONS, LLC, HIGHER POWER ELECTRICAL, LLC, and 5 STAR ELECTRIC, LLC, | § § § § | |
| | § | |
| *Defendants*. | § | |
| | § | |

**APPENDIX TO DEFENDANTS' RESPONSE TO
PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT**

Dated this 23rd day of August, 2024.

**PORTER HEDGES LLP**

William R. Stukenberg
Texas Bar No. 24051397
Federal ID No. 55792
1000 Main Street, 36th Floor
Houston, Texas  77002
Telephone: (713) 226-6611
Facsimile: (713) 226-6211
Email: wstukenberg@porterhedges.com

*Attorney-in-charge for Defendants
Mammoth Energy Services, Inc.,
Cobra Acquisitions, LLC,
Higher Power Electrical, LLC, and 5 Star
Electric, LLC*

15527099

Pursuant to Local Rule CV-7(c), Defendants file this Appendix to Defendants' Response to Plaintiffs' Motion for Partial Summary Judgment.

**Index of Exhibits to Defendants' Response to
Plaintiffs' Motion for Partial Summary Judgment**

Declaration of Mark Layton ................................................................................... Exhibit 1

Excerpts from Mark Layton's Deposition ............................................................. Exhibit 2

Email correspondence, October 2017 .................................................................... Exhibit 3

Excerpts from Keith Ellison's Deposition ............................................................. Exhibit 4

Declaration of Steven Broussard ............................................................................ Exhibit 5

Excerpts from Steven Broussard's Deposition ..................................................... Exhibit 6

Excerpts from Jeffrey Beagle's Deposition ........................................................... Exhibit 7

Excerpts from Aaron Blackerby's Deposition ...................................................... Exhibit 8

Emails Regarding Day Rates and Hourly Rates ................................................... Exhibit 9

Excerpts from Alexander Neil Kalman's Deposition .......................................... Exhibit 10

Excerpts from Missy Davis' Deposition ............................................................... Exhibit 11

Cobra Puerto Rico Storm Pay Scale ..................................................................... Exhibit 12

Emails Regarding Puerto Rico Storm Restoration ............................................... Exhibit 13

Declaration of Jeffrey Beagle ................................................................................ Exhibit 14

Paystubs .................................................................................................................. Exhibit 15

Paystubs and Paystubs Analyses ........................................................................... Exhibit 16

Excerpt from Mark Layton's Deposition ............................................................. Exhibit 17

Maldonado Offer Letter ......................................................................................... Exhibit 18

Excerpts from Jose Aponte's Deposition ............................................................. Exhibit 19

Excerpts from Aaron Maldonado's Deposition ................................................... Exhibit 20

Excerpts from Donald Roberts' Deposition .................................................................. Exhibit 21

Excerpts from James Kinsey's Deposition .................................................................... Exhibit 22

Excerpts from Gerardo Garcia's Deposition.................................................................. Exhibit 23

Donald Roberts' Pay Stub.............................................................................................. Exhibit 24

Juan Santiago's Pay Stub .............................................................................................. Exhibit 25

**DATED:** August 23, 2024.

Respectfully submitted,

By: */s/ William R. Stukenberg*
William R. Stukenberg, *Attorney-in-Charge*
Texas Bar No. 24051397
Federal I.D. No. 55792
**PORTER HEDGES LLP**
1000 Main Street, 36th Floor
Houston, Texas 77002
Telephone: (713) 226-6611
Facsimile: (713) 226-6211
wstukenberg@porterhedges.com

***Attorney-in-Charge for Defendants
Mammoth Energy Services, Inc.
d/b/a Cobra Energy, 5-Star and
Higher Power Electrical, LLC***

Of Counsel:

M. Harris Stamey
State Bar No. 24060650
Porter Hedges LLP
1000 Main Street, 36th Floor
Houston, Texas 77002
Telephone: (713) 226-6619
Facsimile: (713) 226-6219
hstamey@porterhedges.com

Jamie L. Houston
State Bar No. 24097847
Porter Hedges LLP
1000 Main Street, 36th Floor
Houston, Texas 77002
Telephone: (713) 226-6608
Facsimile: (713) 226-6208
jhouston@porterhedges.com

15527099

Emil M. Sadykhov
State Bar No. 24110316
Porter Hedges LLP
1000 Main Street, 36th Floor
Houston, Texas 77002
Telephone: (713) 226-6720
Facsimile: (713) 226-6320
esadykhov@porterhedges.com
**ATTORNEYS FOR DEFENDANTS**

## CERTIFICATE OF SERVICE

      I certify that I filed the foregoing document in accordance with the protocols for e-filing through the CM/ECF system in the United States District Court for the Western District of Texas, San Antonio Division, on August 23, 2024, and therefore has been served upon all counsel of record in accordance with such e-filing protocols.

*/s/ William R.Stukenberg*
William R. Stukenberg