EXHIBIT 5

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| AARON MALDONADO, *et al.*, | § |
| *Plaintiffs*, | § |
| v. | § Case No. 5:21-cv-85 |
| MAMMOTH ENERGY SERVICES, INC., COBRA ACQUISITIONS, LLC, HIGHER POWER ELECTRICAL, LLC, and 5 STAR ELECTRIC, LLC, | § |
| *Defendants*. | § |

## DECLARATION OF STEVEN BROUSSARD

I, Steven Broussard, declare as follows:

1. My name is Steven Broussard. I am over the age of eighteen (18). I have never been convicted of a felony or crime involving moral turpitude. I am fully competent to make this declaration. I have personal knowledge of all the facts stated herein or have derived these facts from a review of business records, and the statements herein are true and correct.

2. I am a lawyer and member of the Hall Estill firm located in Tulsa, Oklahoma where I have practiced law for the past 36 years. My Curriculum Vitae can be accessed at https://www.hallestill.com/our-team/steven-a-broussard. As a member of the Labor & Employment Law Section of the firm, I specialize in employment matters ranging from labor disputes to discrimination claims. One of my areas of specialty is representing employers with respect to wage and hour issues and disputes.

3. Following the two hurricanes, Irma and Maria, that devastated Puerto Rico in September 2017, I was contacted by Mr. Jeff Beagle, the HR Director for Mammoth Energy Services, Inc. ("Mammoth") on October 18, 2017. He advised me that one of the Mammoth subsidiaries had entered a contract with the Puerto Rico Electrical Power Authority ("PREPA") to restore power to the island. He contacted me for assistance in developing a pay plan for the workers that was compliant with the Federal Labor Standards Act ("FLSA") and Puerto Rico law.

4. Over the next weeks, Mr. Beagle and I, and, at least on one occasion, along with Mark Layton, the CFO for Mammoth, discussed and evaluated pay plans.

EXHIBIT 4

Beagle initially indicated that the Defendants were interested in paying employees on a day rate basis. I responded that they could do so but would need to pay overtime on top of the day rate and explained how such a calculation was done. We also discussed an hourly pay rate approach. I understood that Beagle and Layton were intent on adopting a pay plan, possibly based on a day or hourly rate, compliant with the FLSA.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct.

Executed this 30th day of July 2024.

_____
Steven Broussard

2