| | |
|---|---|
| **From:** | jbeagle@Mammothenergy.com |
| **To:** | JD Kinsey |
| **CC:** | Alexander Kalman |
| **Sent:** | 11/18/2017 12:06:26 PM |
| **Subject:** | Re: information |

**EXHIBIT 9**

If you take the 16 hour days with 7 days in a work week you'll get 112 hours. Anything over 40 in a workweek is time and a a half. So if you take for the week 40 hours times the base and then 72 hours times the base times 1.5 you'll get the equivalent of the day rate times 7.

Sent from my iPhone

On Nov 18, 2017, at 12:02 PM, JD Kinsey <jkinsey@cobratd.com> wrote:

I was doing 8 hours of regular rate plus 8 hours of overtime(time and a half). Is that what the overtime is or is it different after so many hours of overtime. That may be where my mistake is. I had a crewmen ask me yesterday about how breakdown worked and I wanted to be able to answer any future questions like that.

**JD Kinsey**
**Payroll/HR Manager**
**Cell: 432-638-3885**
**Email: jkinsey@cobratd.com**

**From:** Jeff Beagle
**Sent:** Saturday, November 18, 2017 1:58 PM
**To:** JD Kinsey <jkinsey@cobratd.com>
**Cc:** Alexander Kalman <akalman@Mammothenergy.com>
**Subject:** Re: information

Are you accounting for overtime over 40 hours?

Sent from my iPhone

On Nov 18, 2017, at 11:50 AM, JD Kinsey <jkinsey@cobratd.com> wrote:

Hey Alex, I was doing some math based on a breakdown that you've given me. It was the breakdown of what the guys were supposed to make per day and the breakdown per hour. If the breakdown per hour is correct it doesn't match up to the day rate. I was just hoping that you could help me to better understand the math part. I'm attaching the file that I was looking at.

**JD Kinsey**
**Payroll/HR Manager**
**Cell: 432-638-3885**
**Email: jkinsey@cobratd.com**

<Crew Wage Scale for 2017 Puerto Rico Storm Rates and Stand By Rates for ....docx>

**PLAINTIFF'S EXHIBIT 176** 5:19-cv-615