ALEXANDER NEIL KALMAN  -  April 21, 2022

EXHIBIT 10

Page 1

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| FRANCISCO CANTU and NORBERTO ELIZONDO, individually and on behalf of all others similarly situated, § § § § § | CIV A. NO:   5:19-cv-00615<br><br>JURY TRIAL DEMANDED<br><br>CLASS/COLLECTIVE ACTION |
| Plaintiffs, § § | PURSUANT TO 29 U.S.C. § 216(b)/ FED. R. CIV. P.23 |
| -vs- § § | |
| MAMMOTH ENERGY SERVICES, INC. § d/b/a, COBRA ENERGY and § HIGHER POWER ELECTRICAL, LLC, § § | |
| Defendants. § | |

ORAL DEPOSITION
ALEXANDER NEIL KALMAN
APRIL 21, 2022

ORAL VIDEOTAPED DEPOSITION OF ALEXANDER NEIL KALMAN, produced as a witness at the instance of the Plaintiffs and duly sworn, was taken in the above-styled and numbered cause on April 21, 2022, from 9:32 a.m. to 1:13 p.m., before Trena K. Bloye, Certified Shorthand Reporter in and for the State of Oklahoma, reported by computerized stenotype machine at the offices of D&R Reporting & Video, Inc., 400 N. Walker Ave., Ste. 160, Oklahoma City, Oklahoma 73102, pursuant to the Federal Rules of Civil Procedure and under the following agreement of counsel for the respective parties that:

The deposition may be signed by the witness before any notary public or officer authorized to administer oath.

```
                                                              Page 84
 1    specific user access groups, which are not shown on time
 2    card information.
 3        Q   Can you think of a reason why -- let's look --
 4    before I do that, so in this Exhibit 170, I'm scrolling
 5    down to Mammoth 23, that's the Bates number.  And it's a
 6    pay stub for Robby Alvear from May -- I'm sorry.  April
 7    30th to May 13 is the pay period.  Do you see that?
 8        A   Yes.
 9        Q   Okay.  We see here another instance where it's
10    just a straight day rate amount entered here.  Do you
11    see that?
12        A   Yes.
13        Q   Okay.  This is a different type.  It's not the
14    gross up or true up type of day rate adjustment.  This
15    is just plain day rates entered into the system;
16    correct?
17        A   Correct.
18        Q   Okay.  Let's take a look at the time detail
19    report.  So it's the pay period April 30th to May 13th,
20    so it looks like it's the first one.  April 30th to May
21    13th.  Can you see here that there are eight days
22    entered at $800 per day?
23        A   Yes.
24        Q   Okay.  And this was approved by JD Kinsey;
25    right?
```

ALEXANDER NEIL KALMAN   -   April 21, 2022

Page 85

1     A    That's Correct.

2     Q    Is JD Kinsey when he's entering this, is he
3  doing it wrong or is there something with Paycom that
4  made it difficult for him to be able to do it in, like,
5  with the 16th that we're seeing down here below?  Do you
6  know anything about this?

7     A    I do not recall anything with regards to this.
8  I would -- I would not have suggested using the 800 or
9  the fixed dollar amount.

10    Q    Why not?

11    A    Well, because then we're just paying them day
12 rates and that's against FSLA standards as far as I'm
13 aware.

14    Q    Oh, I see. Okay.  Did you review -- with the
15 true ups that were done that we see, did you view that
16 as being a way of paying day rates or did you do it
17 differently?

18    A    Are you asking for my professional opinion?
19    Q    Yes.
20    A    My professional opinion is yes, they were
21 paying day rates and they were finding a way around it.

22    Q    Okay.  And why do you feel that way?
23    A    Because Keith said that this is what we were
24 paying them as day rates, and then we were required to
25 find a way around that.