Case 5:21-cv-00085-OLG   Document 56-11   Filed 08/23/24   Page 1 of 6
Case 5:19-cv-00615-DAE   Document 121-3   Filed 06/15/22   Page 2 of 27

Page 1

MISSY DAVIS - April 19, 2022                    EXHIBIT 11

UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF TEXAS

CASE NO. 5:19-CV-00615


FRANCISCO CANTU, ET AL.,

Plaintiffs


V.


MAMMOTH ENERGY SERVICES, INC., ET AL.,

Defendants


DEPONENT:  MISSY DAVIS

DATE:      APRIL 19, 2022

REPORTER:  SOPHIE JONES

Case 5:21-cv-00085-OLG   Document 56-11   Filed 08/23/24   Page 2 of 6
Case 5:19-cv-00615-DAE   Document 121-3   Filed 06/15/22   Page 15 of 27

Page 39

**MISSY DAVIS - April 19, 2022**

```
 1  thing, yes.
 2       Q    Okay.  We also -- again, we see the same pay
 3  scale that we've been looking at in the recruiting
 4  e-mails, correct?
 5       A    That's correct, and it states that "You'll
 6  have an offer letter in your new hire packet that you
 7  receive at orientation.  The pay scale is below.  The
 8  tax situation and benefits will be explained during
 9  orientation and please bring the following with you to
10  orientation," letting them know what documents we would
11  need to process them.
12       Q    Okay.  A new recruit at this point, by the
13  time he's getting this letter and he's about to
14  potentially fly to Kentucky and then go to Puerto Rico,
15  is pretty well committed to this job at this point.
16            MS. STAMEY:  Objection, form.
17       A    I would assume that they would be.
18       Q    All right.  If they were already working,
19  they probably would've already given notice or left that
20  job, like we saw in one of the recruiting e-mails,
21  correct?
22            MS. STAMEY:  Objection, form.
23       A    Some of them just went on leave, to be honest,
24  on their current jobs and then with intent of going back
25  to their job, but yes.
```

Case 5:21-cv-00085-OLG   Document 56-11   Filed 08/23/24   Page 3 of 6
Case 5:19-cv-00615-DAE   Document 121-3   Filed 06/15/22   Page 16 of 27

Page 43

MISSY DAVIS - April 19, 2022

```
 1  different positions that we've been seeing in the
 2  recruiting e-mails, and also in the orientation letter,
 3  correct?
 4       A    I believe so.
 5       Q    Right.  Then we also see -- under the
 6  "PR Storm Per Day," we see the same rates that were
 7  discussed in -- in the recruitment e-mails, and also the
 8  orientation letter, correct?
 9       A    I believe so.
10       Q    All right.  The new one here is the "PR Storm
11  Per Hour," right?
12       A    That's right.
13       Q    That's something that we haven't seen on the
14  previous documents yet, correct?
15       A    That's correct.
16            MS. STAMEY:  Objection form.
17       Q    Now, Ms. Davis, do you know who came up with
18  the PR storm per hour rates?
19       A    Specifically, no.
20       Q    Okay.  Did you ever consider what happens when
21  someone, say, doesn't work a full week?
22       A    We did.
23       Q    Okay.  Can you explain to me what the issue
24  was?
25       A    We realized early on that if someone did not
```

Case 5:21-cv-00085-OLG   Document 56-11   Filed 08/23/24   Page 4 of 6
Case 5:19-cv-00615-DAE   Document 121-3   Filed 06/15/22   Page 17 of 27

Page 44

MISSY DAVIS - April 19, 2022

```
 1   work the full seven days a week, 16-hour days, seven
 2   days a week, that the per hour calculations for overtime
 3   and straight time wouldn't necessarily meet the per day
 4   rate that we had given to the employees.  We would have
 5   to make -- I don't know if you'd call it gross up or
 6   adjustments -- or some kind of adjustment to the
 7   employee's paychecks to help bring them up to their
 8   day-rate amounts that we had advertised.
 9        Q    Okay.  Just to kind of give a simple example
10   on this Exhibit 151 -- I mean, I just love math, so I
11   can't help myself.  But let's take that $1,000 day rate
12   that's associated with the 47.30 hourly rate.  Do you
13   see that?
14        A    Uh-huh.
15        Q    To kind of give an example of what I think
16   you're talking about, if you had a guy, for example, who
17   worked one day that he would get paid hourly at 16 hours
18   would be 47.3 times 16, right?
19        A    If that was his only day worked that week,
20   correct.
21        Q    Right.  I'll represent to you because I just
22   did the math on my calculator, that figure is $756.80
23   cents, correct?
24             MS. STAMEY:  Objection, form.
25        A    I have to take your word for it.  I don't have
```

Case 5:21-cv-00085-OLG   Document 56-11   Filed 08/23/24   Page 5 of 6
Case 5:19-cv-00615-DAE   Document 121-3   Filed 06/15/22   Page 26 of 27

Page 90

MISSY DAVIS - April 19, 2022

1  hours that they are available to work, which is
2  generally 16 hours, to comply with the OT regulation and
3  that sort of thing.
4       Q    And when this offer letter got finalized with
5  Mr. Whitsell, was this what you ultimately used at the
6  orientations with the guys?
7            MR. MOULTON:  Objection, form.
8       A    I believe so.
9       Q    Anthony, if you could scroll down so we can
10 see the section in the table.  "Your Puerto Rico storm
11 rate," it says "$900 per day that will be broken down
12 hourly over 16 hours daily."  What did you explain to
13 people at the orientation about how that pay was going
14 to work?
15           MR. MOULTON:  Objection, form.
16      A    To -- to my knowledge, what we would always
17 explain to them was, yes, here's how the math works.
18 We would even -- I think we even had maybe a dry erase
19 board in the orientations that we could do the math for
20 them on the board or show them how the math worked.
21 If you worked 16 hours a day -- or you were paid 16
22 hours a day, seven days a week, that it worked out to be
23 the 900, the 1,000, the 1250, whatever.  And then we
24 also -- if you notice there's a starting hourly rate
25 that's blank in this letter, we wanted them to know if

Case 5:21-cv-00085-OLG Document 56-11 Filed 08/23/24 Page 6 of 6
Case 5:19-cv-00615-DAE Document 121-3 Filed 06/15/22 Page 27 of 27

Page 91

MISSY DAVIS - April 19, 2022

```
 1  they came back to work for us stateside, or if they had
 2  standby pay before they left, or at any time that they
 3  were here stateside, that it would be a different hourly
 4  rate than their hourly rate for Puerto Rico.
 5       Q    Anthony, can you bring up  Exhibit 52?
 6  Actually, never mind scratch that, Anthony.  You talked
 7  a little bit with Mr. Moulton about orientations and
 8  presenting, and I believe you mentioned some people that
 9  were at the orientations, I didn't hear Mr. Whitesell's
10  name.  Was Mr. Whitsell ever at the orientations?
11       A    Yes, initially he was at every orientation.
12  At some point it got to be -- we were having them so
13  often and he was very busy at that point.  So he would
14  send -- another member of the management team would
15  always be present with me during that time whether it
16  was Scott Shoulders, or himself, or another -- Jeremy,
17  any of those folks that were a part of the -- the
18  management team, if he was not there.  That first
19  orientation, it was an all hands-on deck, because it was
20  huge.
21          MR. STAMEY:  Anthony, if you could bring up
22      Exhibit 188.
23          MR. ARTEAGA:  Okay, 188.  I don't have 188.
24      That's a new exhibit.
25          MR. STAMEY:  Okay.  That would -- Anthony, that
```