**EXHIBIT 15**

## Earnings Statement

**DENNIS MOORE JR**

| Pay Date: | 07/13/2018 | Company: 0UB44 - 5 STAR ELECTRIC LLC | | | Emp #: A40L |
|---|---|---|---|---|---|
| Period Start: | 06/25/2018 | 170 BEAN CEMETERY RD | | | Dept: PR - Puerto Rico |
| Period End: | 07/08/2018 | MADISONVILLE KY 42431 (405) 608-8191 | | | Pay Basis: Hourly |

| | | Rate | Hours/Units | Current Period | Year To Date |
|---|---|---|---|---|---|
| **Earnings** | | | | | |
| Regular | | 59.12 | 40.00 | 2364.80 | 44794.30 |
| Overtime | | 88.68 | 56.00 | 4966.08 | 117981.99 |
| Day Rate | | | | 169.12 | 1588.48 |
| | **Gross** | | 96.00 | 7500.00 | 164364.77 |

EXHIBIT 9

CONFIDENTIAL

MAMMOTH-MALDONADO-FED002636

## Earnings Statement — DENNIS MOORE JR

| | | | | |
|---|---|---|---|---|
| Pay Date: | 07/13/2018 | Company: 0UB44 - 5 STAR ELECTRIC LLC | | Emp #: A40L |
| Period Start: | 06/25/2018 | 170 BEAN CEMETERY RD | | Dept: PR - Puerto Rico |
| Period End: | 07/08/2018 | MADISONVILLE KY 42431   (405) 608-8191 | | Pay Basis: Hourly |

| Earnings | Rate | Hours/Units | Current Period | Year To Date |
|---|---|---|---|---|
| Regular | 59.12 | 40.00 | 2364.80 | 44794.30 |
| Overtime | 88.68 | 56.00 | 4966.08 | 117981.99 |
| Day Rate | | | 169.12 | 1588.48 |
| Gross | | 96.00 | 7500.00 | 164364.77 |

## Earnings Statement — BARNER, COREY SCOTT

| | | | | |
|---|---|---|---|---|
| Pay Date: | 12/15/2017 | Company: 0QE99 - HIGHER POWER ELECTRICAL LLC | | Emp #: A3GW |
| Period Start: | 11/27/2017 | PO BOX 130 | | Dept: PR - Puerto Rico |
| Period End: | 12/10/2017 | PLAINVIEW TX 79073   (405) 226-0963 | | Pay Basis: Hourly |

| Earnings | Rate | Hours/Units | Current Period | Year To Date |
|---|---|---|---|---|
| Regular | 37.84 | 40.00 | 1513.60 | 6556.80 |
| Overtime | 56.76 | 56.00 | 3178.56 | 13168.32 |
| Per Diem | | | 0.00 | 420.00 |
| Stand by | 37.84 | 0.00 | 0.00 | 605.44 |
| Gross | | 96.00 | 4692.16 | 20750.56 |

CONFIDENTIAL

MAMMOTH-MALDONADO-FED002637

**Earnings Statement**                                                                                      **DENNIS MOORE JR**

| Pay Date: | 05/18/2018 | Company: 0UB44 - 5 STAR ELECTRIC LLC | | | | Emp #: A40L |
| Period Start: | 04/30/2018 | 170 BEAN CEMETERY RD | | | | Dept: PR - Puerto Rico |
| Period End: | 05/13/2018 | MADISONVILLE  KY  42431   (405) 608-8191 | | | | Pay Basis: Hourly |

| | Rate | Hours/Units | Current Period | Year To Date |
|---|---|---|---|---|
| **Earnings** | | | | |
| Regular | 59.12 | 80.00 | 4729.60 | 32970.30 |
| Overtime | 88.68 | 128.00 | 11351.04 | 87476.07 |
| Day Rate | | | 169.36 | 169.36 |
| **Gross** | | **208.00** | **16250.00** | **120615.73** |

CONFIDENTIAL

MAMMOTH-MALDONADO-FED002638

## Earnings Statement — DENNIS MOORE JR

| Pay Date: | 05/18/2018 | Company: 0UB44 - 5 STAR ELECTRIC LLC | | | Emp #: A40L |
|---|---|---|---|---|---|
| Period Start: | 04/30/2018 | 170 BEAN CEMETERY RD | | | Dept: PR - Puerto Rico |
| Period End: | 05/13/2018 | MADISONVILLE KY 42431   (405) 608-8191 | | | Pay Basis: Hourly |

| Earnings | Rate | Hours/Units | Current Period | Year To Date |
|---|---|---|---|---|
| Regular | 59.12 | 80.00 | 4729.60 | 32970.30 |
| Overtime | 88.68 | 128.00 | 11351.04 | 87476.07 |
| Day Rate |  |  | 169.36 | 169.36 |
| **Gross** |  | 208.00 | 16250.00 | 120615.73 |

## Earnings Statement — CODY JOHNSON

| Pay Date: | 01/12/2018 | Company: 0QE99 - HIGHER POWER ELECTRICAL LLC | | | Emp #: A3C4 |
|---|---|---|---|---|---|
| Period Start: | 12/25/2017 | PO BOX 130 | | | Dept: PR - Puerto Rico |
| Period End: | 01/07/2018 | PLAINVIEW TX 79073   (405) 226-0963 | | | Pay Basis: Hourly |

| Earnings | Rate | Hours/Units | Current Period | Year To Date |
|---|---|---|---|---|
| Regular | 37.84 | 80.00 | 3027.20 | 3027.20 |
| Overtime | 56.76 | 128.00 | 7265.28 | 7265.28 |
| **Gross** |  | 208.00 | 10292.48 | 10292.48 |

CONFIDENTIAL

MAMMOTH-MALDONADO-FED002639

## Earnings Statement — DENNIS MOORE JR

| Pay Date: | 05/18/2018 | Company: 0UB44 - 5 STAR ELECTRIC LLC | | | Emp #: A40L |
|---|---|---|---|---|---|
| Period Start: | 04/30/2018 | 170 BEAN CEMETERY RD | | | Dept: PR - Puerto Rico |
| Period End: | 05/13/2018 | MADISONVILLE KY 42431  (405) 608-8191 | | | Pay Basis: Hourly |

| Earnings | Rate | Hours/Units | Current Period | Year To Date |
|---|---|---|---|---|
| Regular | 59.12 | 80.00 | 4729.60 | 32970.30 |
| Overtime | 88.68 | 128.00 | 11351.04 | 87476.07 |
| Day Rate | | | 169.36 | 169.36 |
| **Gross** | | 208.00 | 16250.00 | 120615.73 |

## Earnings Statement — MANTILLA, YARIEL

| Pay Date: | 12/29/2017 | Company: 0QE99 - HIGHER POWER ELECTRICAL LLC | | | Emp #: A3FB |
|---|---|---|---|---|---|
| Period Start: | 12/11/2017 | PO BOX 130 | | | Dept: PR - Puerto Rico |
| Period End: | 12/24/2017 | PLAINVIEW TX 79073  (405) 226-0963 | | | Pay Basis: Hourly |

| Earnings | Rate | Hours/Units | Current Period | Year To Date |
|---|---|---|---|---|
| Regular | 59.12 | 80.00 | 4729.60 | 16564.80 |
| Overtime | 88.68 | 128.00 | 11351.04 | 36890.88 |
| Per Diem | | | 0.00 | 455.00 |
| Stand by | 59.12 | 0.00 | 0.00 | 1891.84 |
| **Gross** | | 208.00 | 16080.64 | 55802.52 |

CONFIDENTIAL

MAMMOTH-MALDONADO-FED002640

## Earnings Statement — DENNIS MOORE JR

| | | | | | |
|---|---|---|---|---|---|
| Pay Date: | 05/18/2018 | Company: 0UB44 - 5 STAR ELECTRIC LLC | | | Emp #: A40L |
| Period Start: | 04/30/2018 | 170 BEAN CEMETERY RD | | | Dept: PR - Puerto Rico |
| Period End: | 05/13/2018 | MADISONVILLE KY 42431   (405) 608-8191 | | | Pay Basis: Hourly |

| Earnings | Rate | Hours/Units | Current Period | Year To Date |
|---|---|---|---|---|
| Regular | 59.12 | 80.00 | 4729.60 | 32970.30 |
| Overtime | 88.68 | 128.00 | 11351.04 | 87476.07 |
| Day Rate | | | 169.36 | 169.36 |
| **Gross** | | 208.00 | 16250.00 | 120615.73 |

## Earnings Statement — MUNOZ, JORGE RAIMUNDO

| | | | | | |
|---|---|---|---|---|---|
| Pay Date: | 12/29/2017 | Company: 0QE99 - HIGHER POWER ELECTRICAL LLC | | | Emp #: A3H3 |
| Period Start: | 12/11/2017 | PO BOX 130 | | | Dept: PR - Puerto Rico |
| Period End: | 12/24/2017 | PLAINVIEW TX 79073   (405) 226-0963 | | | Pay Basis: Hourly |

| Earnings | Rate | Hours/Units | Current Period | Year To Date |
|---|---|---|---|---|
| Regular | 37.84 | 80.00 | 3027.20 | 9620.80 |
| Overtime | 56.76 | 128.00 | 7265.28 | 22931.04 |
| Day Rate | | | 0.00 | 3037.76 |
| Per Diem | | | 0.00 | 420.00 |
| Stand by | 28.38 | 0.00 | 0.00 | 454.08 |
| **Gross** | | 208.00 | 10292.48 | 36463.68 |

CONFIDENTIAL

MAMMOTH-MALDONADO-FED002641

## Earnings Statement

**DENNIS MOORE JR**

| Pay Date: | 05/18/2018 | Company: 0UB44 - 5 STAR ELECTRIC LLC | Emp #: A40L |
| Period Start: | 04/30/2018 | 170 BEAN CEMETERY RD | Dept: PR - Puerto Rico |
| Period End: | 05/13/2018 | MADISONVILLE  KY  42431   (405) 608-8191 | Pay Basis: Hourly |

| | Rate | Hours/Units | Current Period | Year To Date |
|---|---|---|---|---|
| **Earnings** | | | | |
| Regular | 59.12 | 80.00 | 4729.60 | 32970.30 |
| Overtime | 88.68 | 128.00 | 11351.04 | 87476.07 |
| Day Rate | | | 169.36 | 169.36 |
| **Gross** | | 208.00 | 16250.00 | 120615.73 |

## Earnings Statement

**NEGRIN RODRIGUEZ, DANIEL**

| Pay Date: | 12/29/2017 | Company: 0QE99 - HIGHER POWER ELECTRICAL LLC | Emp #: A3GO |
| Period Start: | 12/11/2017 | PO BOX 130 | Dept: PR - Puerto Rico |
| Period End: | 12/24/2017 | PLAINVIEW  TX  79073   (405) 226-0963 | Pay Basis: Hourly |

| | Rate | Hours/Units | Current Period | Year To Date |
|---|---|---|---|---|
| **Earnings** | | | | |
| Regular | 42.57 | 80.00 | 3405.60 | 12304.80 |
| Overtime | 63.86 | 128.00 | 8173.44 | 28607.04 |
| Per Diem | | | 0.00 | 420.00 |
| Stand by | 42.57 | 0.00 | 0.00 | 681.12 |
| **Gross** | | 208.00 | 11579.04 | 42012.96 |

CONFIDENTIAL

MAMMOTH-MALDONADO-FED002642

## Earnings Statement

**DENNIS MOORE JR**

| Pay Date: | 05/18/2018 | Company: 0UB44 - 5 STAR ELECTRIC LLC | | | | Emp #: A40L |
| Period Start: | 04/30/2018 | 170 BEAN CEMETERY RD | | | | Dept: PR - Puerto Rico |
| Period End: | 05/13/2018 | MADISONVILLE KY 42431 | (405) 608-8191 | | | Pay Basis: Hourly |

| | Rate | Hours/Units | Current Period | Year To Date |
|---|---|---|---|---|
| **Earnings** | | | | |
| Regular | 59.12 | 80.00 | 4729.60 | 32970.30 |
| Overtime | 88.68 | 128.00 | 11351.04 | 87476.07 |
| Day Rate | | | 169.36 | 169.36 |
| **Gross** | | 208.00 | 16250.00 | 120615.73 |

## Earnings Statement

**NUTTALL, ETHEN COLT**

| Pay Date: | 12/29/2017 | Company: 0QE99 - HIGHER POWER ELECTRICAL LLC | | | | Emp #: A3H8 |
| Period Start: | 12/11/2017 | PO BOX 130 | | | | Dept: PR - Puerto Rico |
| Period End: | 12/24/2017 | PLAINVIEW TX 79073 | (405) 226-0963 | | | Pay Basis: Hourly |

| | Rate | Hours/Units | Current Period | Year To Date |
|---|---|---|---|---|
| **Earnings** | | | | |
| Regular | 59.12 | 80.00 | 4729.60 | 9178.10 |
| Overtime | 88.68 | 128.00 | 11351.04 | 12211.29 |
| Holiday | 31.00 | 0.00 | 0.00 | 496.00 |
| Holiday Bonus | | | 1111.11 | 1111.11 |
| Per Diem | | | 0.00 | 700.00 |
| Stand by | 34.00 | 0.00 | 0.00 | 544.00 |
| **Gross** | | 208.00 | 17191.75 | 24240.50 |

CONFIDENTIAL

MAMMOTH-MALDONADO-FED002643

## Earnings Statement

**DENNIS MOORE JR**

| Pay Date: | 05/18/2018 | Company: 0UB44 - 5 STAR ELECTRIC LLC | Emp #: A40L |
| Period Start: | 04/30/2018 | 170 BEAN CEMETERY RD | Dept: PR - Puerto Rico |
| Period End: | 05/13/2018 | MADISONVILLE KY 42431  (405) 608-8191 | Pay Basis: Hourly |

| | Rate | Hours/Units | Current Period | Year To Date |
|---|---|---|---|---|
| **Earnings** | | | | |
| Regular | 59.12 | 80.00 | 4729.60 | 32970.30 |
| Overtime | 88.68 | 128.00 | 11351.04 | 87476.07 |
| Day Rate | | | 169.36 | 169.36 |
| **Gross** | | 208.00 | 16250.00 | 120615.73 |

## Earnings Statement

**BELL, JEREMY E**

| Pay Date: | 01/12/2018 | Company: 0QE99 - HIGHER POWER ELECTRICAL LLC | Emp #: A3DG |
| Period Start: | 12/25/2017 | PO BOX 130 | Dept: PR - Puerto Rico |
| Period End: | 01/07/2018 | PLAINVIEW TX 79073  (405) 226-0963 | Pay Basis: Hourly |

| | Rate | Hours/Units | Current Period | Year To Date |
|---|---|---|---|---|
| **Earnings** | | | | |
| Regular | 66.22 | 80.00 | 5297.60 | 5297.60 |
| Overtime | 99.33 | 128.00 | 12714.24 | 12714.24 |
| **Gross** | | 208.00 | 18011.84 | 18011.84 |

CONFIDENTIAL

MAMMOTH-MALDONADO-FED002644

## Earnings Statement — DENNIS MOORE JR

| | | | | |
|---|---|---|---|---|
| Pay Date: | 05/18/2018 | Company: 0UB44 - 5 STAR ELECTRIC LLC | | Emp #: A40L |
| Period Start: | 04/30/2018 | 170 BEAN CEMETERY RD | | Dept: PR - Puerto Rico |
| Period End: | 05/13/2018 | MADISONVILLE KY 42431 (405) 608-8191 | | Pay Basis: Hourly |

| Earnings | Rate | Hours/Units | Current Period | Year To Date |
|---|---|---|---|---|
| Regular | 59.12 | 80.00 | 4729.60 | 32970.30 |
| Overtime | 88.68 | 128.00 | 11351.04 | 87476.07 |
| Day Rate | | | 169.36 | 169.36 |
| **Gross** | | 208.00 | 16250.00 | 120615.73 |

## Earnings Statement — BYLUND, LARS HAGAN

| | | | | |
|---|---|---|---|---|
| Pay Date: | 12/29/2017 | Company: 0QE99 - HIGHER POWER ELECTRICAL LLC | | Emp #: A3HY |
| Period Start: | 12/11/2017 | PO BOX 130 | | Dept: PR - Puerto Rico |
| Period End: | 12/24/2017 | PLAINVIEW TX 79073 (405) 226-0963 | | Pay Basis: Hourly |

| Earnings | Rate | Hours/Units | Current Period | Year To Date |
|---|---|---|---|---|
| Regular | 47.30 | 80.00 | 3784.00 | 13584.00 |
| Overtime | 70.95 | 128.00 | 9081.60 | 31785.60 |
| Per Diem | | | 0.00 | 420.00 |
| Stand by | 47.30 | 0.00 | 0.00 | 756.80 |
| **Gross** | | 208.00 | 12865.60 | 46546.40 |

CONFIDENTIAL

MAMMOTH-MALDONADO-FED002645

## Earnings Statement — DENNIS MOORE JR

| Pay Date: | 05/18/2018 | Company: 0UB44 - 5 STAR ELECTRIC LLC | | | | Emp #: A40L |
| --- | --- | --- | --- | --- | --- | --- |
| Period Start: | 04/30/2018 | 170 BEAN CEMETERY RD | | | | Dept: PR - Puerto Rico |
| Period End: | 05/13/2018 | MADISONVILLE KY 42431   (405) 608-8191 | | | | Pay Basis: Hourly |

| Earnings | Rate | Hours/Units | Current Period | Year To Date |
| --- | --- | --- | --- | --- |
| Regular | 59.12 | 80.00 | 4729.60 | 32970.30 |
| Overtime | 88.68 | 128.00 | 11351.04 | 87476.07 |
| Day Rate | | | 169.36 | 169.36 |
| **Gross** | | 208.00 | 16250.00 | 120615.73 |

## Earnings Statement — CARDENAS, OSCAR ALONSO

| Pay Date: | 12/29/2017 | Company: 0QE99 - HIGHER POWER ELECTRICAL LLC | | | | Emp #: A3HH |
| --- | --- | --- | --- | --- | --- | --- |
| Period Start: | 12/11/2017 | PO BOX 130 | | | | Dept: PR - Puerto Rico |
| Period End: | 12/24/2017 | PLAINVIEW TX 79073   (405) 226-0963 | | | | Pay Basis: Hourly |

| Earnings | Rate | Hours/Units | Current Period | Year To Date |
| --- | --- | --- | --- | --- |
| Regular | 42.57 | 80.00 | 3405.60 | 12304.80 |
| Overtime | 63.86 | 128.00 | 8173.44 | 28607.04 |
| Day Rate | | | 0.00 | 1500.00 |
| Per Diem | | | 0.00 | 420.00 |
| Stand by | 42.57 | 0.00 | 0.00 | 681.12 |
| **Gross** | | 208.00 | 11579.04 | 43512.96 |

CONFIDENTIAL

MAMMOTH-MALDONADO-FED002646

**Earnings Statement** — **DENNIS MOORE JR**

| Pay Date: | 05/18/2018 | Company: 0UB44 - 5 STAR ELECTRIC LLC | | | | Emp #: A40L |
| Period Start: | 04/30/2018 | 170 BEAN CEMETERY RD | | | | Dept: PR - Puerto Rico |
| Period End: | 05/13/2018 | MADISONVILLE  KY  42431   (405) 608-8191 | | | | Pay Basis: Hourly |

| Earnings | Rate | Hours/Units | Current Period | Year To Date |
|---|---|---|---|---|
| Regular | 59.12 | 80.00 | 4729.60 | 32970.30 |
| Overtime | 88.68 | 128.00 | 11351.04 | 87476.07 |
| Day Rate | | | 169.36 | 169.36 |
| **Gross** | | 208.00 | 16250.00 | 120615.73 |

**Earnings Statement** — **DE CARDENAS, ADDIEL**

| Pay Date: | 12/29/2017 | Company: 0QE99 - HIGHER POWER ELECTRICAL LLC | | | | Emp #: A3F8 |
| Period Start: | 12/11/2017 | PO BOX 130 | | | | Dept: PR - Puerto Rico |
| Period End: | 12/24/2017 | PLAINVIEW  TX  79073   (405) 226-0963 | | | | Pay Basis: Hourly |

| Earnings | Rate | Hours/Units | Current Period | Year To Date |
|---|---|---|---|---|
| Regular | 42.57 | 80.00 | 3405.60 | 12448.80 |
| Overtime | 63.86 | 128.00 | 8173.44 | 26563.68 |
| Per Diem | | | 0.00 | 455.00 |
| Stand by | 42.57 | 0.00 | 0.00 | 1362.24 |
| **Gross** | | 208.00 | 11579.04 | 40829.72 |

CONFIDENTIAL

MAMMOTH-MALDONADO-FED002647

Case 5:21-cv-00085-OLG   Document 47   Filed 08/02/24   Page 159 of 195

## Earnings Statement — DENNIS MOORE JR

| Pay Date: | 05/18/2018 | Company: 0UB44 - 5 STAR ELECTRIC LLC | | | | Emp #: A40L |
| Period Start: | 04/30/2018 | 170 BEAN CEMETERY RD | | | | Dept: PR - Puerto Rico |
| Period End: | 05/13/2018 | MADISONVILLE KY 42431   (405) 608-8191 | | | | Pay Basis: Hourly |

| Earnings | Rate | Hours/Units | Current Period | Year To Date |
|---|---|---|---|---|
| Regular | 59.12 | 80.00 | 4729.60 | 32970.30 |
| Overtime | 88.68 | 128.00 | 11351.04 | 87476.07 |
| Day Rate | | | 169.36 | 169.36 |
| **Gross** | | **208.00** | **16250.00** | **120615.73** |

## Earnings Statement — DURAN HERNANDEZ, HECKSON

| Pay Date: | 12/29/2017 | Company: 0QE99 - HIGHER POWER ELECTRICAL LLC | | | | Emp #: A3DW |
| Period Start: | 12/11/2017 | PO BOX 130 | | | | Dept: PR - Puerto Rico |
| Period End: | 12/24/2017 | PLAINVIEW TX 79073   (405) 226-0963 | | | | Pay Basis: Hourly |

| Earnings | Rate | Hours/Units | Current Period | Year To Date |
|---|---|---|---|---|
| Regular | 59.12 | 80.00 | 4729.60 | 16420.80 |
| Overtime | 88.68 | 128.00 | 11351.04 | 39161.28 |
| Day Rate | | | 0.00 | 229.60 |
| Per Diem | | | 0.00 | 420.00 |
| Stand by | 59.12 | 0.00 | 0.00 | 945.92 |
| **Gross** | | **208.00** | **16080.64** | **57177.60** |

CONFIDENTIAL

MAMMOTH-MALDONADO-FED002648

**Earnings Statement**  **DENNIS MOORE JR**

| Pay Date: | 05/18/2018 | Company: 0UB44 - 5 STAR ELECTRIC LLC | | | | Emp #: A40L |
| Period Start: | 04/30/2018 | 170 BEAN CEMETERY RD | | | | Dept: PR - Puerto Rico |
| Period End: | 05/13/2018 | MADISONVILLE KY 42431   (405) 608-8191 | | | | Pay Basis: Hourly |

| | Rate | Hours/Units | Current Period | Year To Date |
|---|---|---|---|---|
| **Earnings** | | | | |
| Regular | 59.12 | 80.00 | 4729.60 | 32970.30 |
| Overtime | 88.68 | 128.00 | 11351.04 | 87476.07 |
| Day Rate | | | 169.36 | 169.36 |
| **Gross** | | 208.00 | 16250.00 | 120615.73 |

**Earnings Statement**  **ESPINOSA, ALEJANDRO A**

| Pay Date: | 12/29/2017 | Company: 0QE99 - HIGHER POWER ELECTRICAL LLC | | | | Emp #: A3F9 |
| Period Start: | 12/11/2017 | PO BOX 130 | | | | Dept: PR - Puerto Rico |
| Period End: | 12/24/2017 | PLAINVIEW TX 79073   (405) 226-0963 | | | | Pay Basis: Hourly |

| | Rate | Hours/Units | Current Period | Year To Date |
|---|---|---|---|---|
| **Earnings** | | | | |
| Regular | 37.84 | 80.00 | 3027.20 | 11097.60 |
| Overtime | 56.76 | 128.00 | 7265.28 | 25428.48 |
| Per Diem | | | 0.00 | 420.00 |
| Stand by | 37.84 | 0.00 | 0.00 | 605.44 |
| **Gross** | | 208.00 | 10292.48 | 37551.52 |

CONFIDENTIAL

MAMMOTH-MALDONADO-FED002649

## Earnings Statement — DENNIS MOORE JR

| Pay Date: | 05/18/2018 | Company: 0UB44 - 5 STAR ELECTRIC LLC | | | | Emp #: A40L |
| --- | --- | --- | --- | --- | --- | --- |
| Period Start: | 04/30/2018 | 170 BEAN CEMETERY RD | | | | Dept: PR - Puerto Rico |
| Period End: | 05/13/2018 | MADISONVILLE KY 42431   (405) 608-8191 | | | | Pay Basis: Hourly |

| Earnings | Rate | Hours/Units | Current Period | Year To Date |
| --- | --- | --- | --- | --- |
| Regular | 59.12 | 80.00 | 4729.60 | 32970.30 |
| Overtime | 88.68 | 128.00 | 11351.04 | 87476.07 |
| Day Rate | | | 169.36 | 169.36 |
| **Gross** | | 208.00 | 16250.00 | 120615.73 |

## Earnings Statement — GARCIA ABRAHANTES, YOSLANDI

| Pay Date: | 12/29/2017 | Company: 0QE99 - HIGHER POWER ELECTRICAL LLC | | | | Emp #: A3C6 |
| --- | --- | --- | --- | --- | --- | --- |
| Period Start: | 12/11/2017 | PO BOX 130 | | | | Dept: PR - Puerto Rico |
| Period End: | 12/24/2017 | PLAINVIEW TX 79073   (405) 226-0963 | | | | Pay Basis: Hourly |

| Earnings | Rate | Hours/Units | Current Period | Year To Date |
| --- | --- | --- | --- | --- |
| Regular | 37.84 | 80.00 | 3027.20 | 11321.60 |
| Overtime | 56.76 | 128.00 | 7265.28 | 25428.48 |
| Per Diem | | | 0.00 | 455.00 |
| Stand by | 37.84 | 0.00 | 0.00 | 605.44 |
| **Gross** | | 208.00 | 10292.48 | 37810.52 |

CONFIDENTIAL                                                                                                      MAMMOTH-MALDONADO-FED002650

## Earnings Statement

**DENNIS MOORE JR**

| Pay Date: | 05/18/2018 | Company: 0UB44 - 5 STAR ELECTRIC LLC | Emp #: A40L |
| Period Start: | 04/30/2018 | 170 BEAN CEMETERY RD | Dept: PR - Puerto Rico |
| Period End: | 05/13/2018 | MADISONVILLE KY 42431  (405) 608-8191 | Pay Basis: Hourly |

|  | Rate | Hours/Units | Current Period | Year To Date |
|---|---|---|---|---|
| **Earnings** | | | | |
| Regular | 59.12 | 80.00 | 4729.60 | 32970.30 |
| Overtime | 88.68 | 128.00 | 11351.04 | 87476.07 |
| Day Rate | | | 169.36 | 169.36 |
| **Gross** | | 208.00 | 16250.00 | 120615.73 |

## Earnings Statement

**GONZALES, ZACARY ISABEL**

| Pay Date: | 06/29/2018 | Company: 0QE99 - HIGHER POWER ELECTRICAL LLC | Emp #: A4BY |
| Period Start: | 06/11/2018 | PO BOX 130 | Dept: PR - Puerto Rico |
| Period End: | 06/24/2018 | PLAINVIEW TX 79073  (405) 226-0963 | Pay Basis: Hourly |

|  | Rate | Hours/Units | Current Period | Year To Date |
|---|---|---|---|---|
| **Earnings** | | | | |
| Regular | 42.57 | 80.00 | 3405.60 | 22035.84 |
| Overtime | 63.86 | 128.00 | 8173.44 | 55170.72 |
| Per Diem | | | 0.00 | 35.00 |
| Stand by | 30.00 | 0.00 | 0.00 | 240.00 |
| *Denotes an override during payroll processing.* | | | | |
| **Gross** | | 208.00 | 11579.04 | 77481.56 |

CONFIDENTIAL

MAMMOTH-MALDONADO-FED002651

## Earnings Statement — DENNIS MOORE JR

| Pay Date: | 05/18/2018 | Company: 0UB44 - 5 STAR ELECTRIC LLC | | | | Emp #: A40L |
| Period Start: | 04/30/2018 | 170 BEAN CEMETERY RD | | | | Dept: PR - Puerto Rico |
| Period End: | 05/13/2018 | MADISONVILLE KY 42431   (405) 608-8191 | | | | Pay Basis: Hourly |

| Earnings | Rate | Hours/Units | Current Period | Year To Date |
|---|---|---|---|---|
| Regular | 59.12 | 80.00 | 4729.60 | 32970.30 |
| Overtime | 88.68 | 128.00 | 11351.04 | 87476.07 |
| Day Rate | | | 169.36 | 169.36 |
| **Gross** | | 208.00 | 16250.00 | 120615.73 |

## Earnings Statement — HAWTHORNE, PHILLIP M

| Pay Date: | 01/26/2018 | Company: 0QE99 - HIGHER POWER ELECTRICAL LLC | | | | Emp #: A3H5 |
| Period Start: | 01/08/2018 | PO BOX 130 | | | | Dept: PR - Puerto Rico |
| Period End: | 01/21/2018 | PLAINVIEW TX 79073   (405) 226-0963 | | | | Pay Basis: Hourly |

| Earnings | Rate | Hours/Units | Current Period | Year To Date |
|---|---|---|---|---|
| Regular | 47.30 | 80.00 | 3784.00 | 7568.00 |
| Overtime | 70.95 | 128.00 | 9081.60 | 15892.80 |
| **Gross** | | 208.00 | 12865.60 | 23460.80 |

CONFIDENTIAL

MAMMOTH-MALDONADO-FED002652

## Earnings Statement — DENNIS MOORE JR

| Pay Date: | 05/18/2018 | Company: 0UB44 - 5 STAR ELECTRIC LLC | Emp #: A40L |
| --- | --- | --- | --- |
| Period Start: | 04/30/2018 | 170 BEAN CEMETERY RD | Dept: PR - Puerto Rico |
| Period End: | 05/13/2018 | MADISONVILLE KY 42431  (405) 608-8191 | Pay Basis: Hourly |

| Earnings | Rate | Hours/Units | Current Period | Year To Date |
| --- | --- | --- | --- | --- |
| Regular | 59.12 | 80.00 | 4729.60 | 32970.30 |
| Overtime | 88.68 | 128.00 | 11351.04 | 87476.07 |
| Day Rate | | | 169.36 | 169.36 |
| **Gross** | | 208.00 | 16250.00 | 120615.73 |

## Earnings Statement — HILL, PRESTON WILEY

| Pay Date: | 01/26/2018 | Company: 0QE99 - HIGHER POWER ELECTRICAL LLC | Emp #: A3QU |
| --- | --- | --- | --- |
| Period Start: | 01/08/2018 | PO BOX 130 | Dept: PR - Puerto Rico |
| Period End: | 01/21/2018 | PLAINVIEW TX 79073  (405) 226-0963 | Pay Basis: Hourly |

| Earnings | Rate | Hours/Units | Current Period | Year To Date |
| --- | --- | --- | --- | --- |
| Regular | 42.57 | 80.00 | 3405.60 | 6811.20 |
| Overtime | 63.86 | 128.00 | 8173.44 | 17368.56 |
| **Gross** | | 208.00 | 11579.04 | 24179.76 |

CONFIDENTIAL

MAMMOTH-MALDONADO-FED002653