EXHIBIT 17

1

```
                    UNITED STATES FEDERAL COURT
                    WESTERN DISTRICT OF TEXAS
                       SAN ANTONIO DIVISION

AARON MALDONADO, et al      )
                            )
VS.                         )  Cause No. 5:21-cv-85-OLG
                            )
MAMMOTH ENERGY SERVICES, INC.,)
COBRA ACQUISITIONS, LLC,    )
HIGHER POWER ELECTRICAL, LLC,)
AND 5 STAR ELECTRIC, LLC    )
```

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

ORAL DEPOSITION

DEFENDANTS' DESIGNATED REPRESENTATIVE

MARK LAYTON

JUNE 20, 2024

VOLUME 1

(REPORTED REMOTELY)

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

ORAL DEPOSITION of MARK LAYTON, produced as a witness at the instance of the Plaintiffs, and duly sworn, was taken in the above-styled and numbered cause on the 20th day of June, 2024, from 9:41 a.m. to 5:33 p.m., before Rhonda K. Ashman, CSR, RPR, in and for the State of Texas, reported by stenographic means via Zoom, in Oklahoma City, Oklahoma, pursuant to the Federal Rules of Civil Procedure and the provisions stated on the record or attached hereto.

NELL McCALLUM & ASSOCIATES, INC.

EXHIBIT 6-A

Case 5:21-cv-00085-OLG   Document 56-17   Filed 08/23/24   Page 2 of 2
Case 5:21-cv-00085-OLG   Document 44   Filed 08/02/24   Page 147 of 192

115

```
 1   to work while in Puerto Rico.
 2        Q.  All right.  I have just a ridiculous amount of
 3   exhibits, but I'm going to try to reduce what I'm going to ask
 4   you about just in the interest of time.
 5             The next document I'm showing you has been
 6   marked as Exhibit 15.
 7             (Exhibit 15 marked.)
 8        Q.  (BY MR. WELMAKER)  Hang on a second.  Let me just --
 9   I'm trying to make it so that it's bigger.  Okay.  It is just
10   two pages, so tell me, Mr. Layton, when you're ready to move to
11   the bottom part.
12        A.  Okay.  Okay.
13        Q.  So I'm drawing your attention to the highlighted
14   part.  Missy Davis, HR manager for 5 Star saying:  There are
15   many times we entered day rates for the guys in payroll rather
16   than entering their 16 hours each day.
17             Was that normal policy, to enter in day rates as
18   opposed to 16 hours a day?
19        A.  The policy was 16 hours per day.  Based on my review
20   of the records, this would appear to be an instance where Missy
21   Davis is raising an issue in relation to JD Kinsey inputting
22   hard coded amounts as opposed to hours which causes an issue
23   for her hours reporting.  This is one of the issues that
24   Mr. Kinsey was counseled on and ultimately led to his
25   termination I think a couple of months after this email.
```