

EXHIBIT 18

Re: Offer of Employment

Dear **Aaron Maldonado**

Thank you for your interest in employment with 5 Star Electric LLC. We are pleased that you have accepted the position of Journeyman Lineman. You have been hired to work on a special assignment repairing infrastructure in Puerto Rico, which is expected to be completed within one (1) year. Our goal is to work 12 hours a day and not to work at night. As many of you know and are accustomed to with storms, certain situations may arise that could require longer hours, but will not exceed 16 hours. Although the company will attempt to place you in non-project related work please understand that this is a project-based position and 5 Star cannot guarantee continued employment after the project has concluded. **Additionally, this position is "at-will" and we recognize** that you retain the option, as does 5 Star, of ending your employment with 5 Star at any time, with or without notice and with or without cause. Finally, your employment relationship with 5 Star Electric LLC will be governed by the OKLAHOMA law.

This letter will serve as written confirmation of our discussions regarding your employment with the Company. This offer of employment is contingent upon the successful completion of all pre-employment requirements including but not limited to background screens, MVRs, and drug screens.

The Company intends to move quickly to fill this position. Below is the framework for the proposed employment offer. Please note that the offer assumes your willingness to relocate to travel to work locations.

| Start Date | TBD- The day of your flight down to Puerto Rico |
|---|---|
| Starting Hourly Rate | $32.00 |
| Puerto Rico Storm Rate | **$1000.00 per day that will be broken down hourly over 16 hours daily. Hourly $47.30** |
| Medical/Dental/Vision Insurance | Eligible first of the month following start of employment. |
| Additional Benefits | 401(k) plan (~~company contribution currently suspended~~); company paid life insurance at two times earnings, short and long term disability – eligible first of month following start of employment |

This offer is also contingent upon your representation by signing below that as of your first day of employment you are not subject to a non-compete, non-solicitation or any other type of agreement that would preclude your employment with or impact the performance of your job responsibilities with the Company.

**Your employment with the Company is "at will", which means that either you or the Company may terminate your employment relationship at any time, without notice or cause.** This offer of employment is not intended to create a contract between you and the Company.

Regards,

Please sign below in the space provide to acknowledge you have read this acknowledgment and agree with its terms. If you have any questions, please contact Human Resources.

Agreed By: _____ 3/20/18
**Signature & Date**

EXHIBIT 14

5 Star Electric LLC – 14201 Caliber Drive Suite 300 – Oklahoma City, OK 73134