```
 1                IN THE UNITED STATES DISTRICT COURT
                   FOR THE WESTERN DISTRICT OF TEXAS
 2                        SAN ANTONIO DIVISION
 3   AARON MALDONADO, ET AL    )
                               )
 4   vs.                       ) CASE NO. 5:21-cv-85
                               )
 5   MAMMOTH ENERGY SERVICES,  )
     INC., COBRA ACQUISITIONS, )
 6   LLC, HIGHER POWER         )
     ELECTRICAL, LLC and 5 STAR)
 7   ELECTRIC, LLC             )
 8
 9                          ORAL DEPOSITION
10                       JOSE RODRIGUEZ APONTE
11                            May 3, 2024
12
13       ORAL DEPOSITION OF JOSE RODRIGUEZ APONTE,
14   produced as a witness at the instance of the
15   Defendant and duly sworn, was taken remotely by Zoom
16   in the above-styled and numbered cause on the 3rd day
17   of May, 2024, from 2:05 p.m. to 6:05 p.m., before
18   Shauna Foreman, Certified Shorthand Reporter in and
19   for the State of Texas, reported by computerized
20   stenotype machine, pursuant to the Federal Rules of
21   Civil Procedure and the provisions stated on the
22   record or attached hereto.
23
24
25

                                                      Page 1
```

1     A.    No, no.
2     Q.    Do you recall filling out paperwork at the
3  orientation?
4     A.    I don't remember.
5     Q.    Okay.  Did they ever discuss your shifts or
6  how many hours you would be working at the
7  orientation?
8     A.    They didn't talk about a shift.  They just
9  said about re-establishing the electrical service
10 and, once done, taking the day off.
11    Q.    I'm sorry.  Say that last part again.
12    A.    And once it was done, taking the day off.
13    Q.    Got it.  So what you mean is at the end of
14 the day when you were done working for the day, you
15 were free to go is what you're saying?
16    A.    Well, we would work until, you know, the
17 visibility or the weather would, you know -- as much
18 as it would allow us.
19    Q.    Is it fair to say that your shift was sun
20 up to sun down?
21    A.    You could say yes.
22    Q.    Did you have a certain set shift schedule?
23 Did you have to be there at a certain time and end at
24 a certain time?
25    A.    Only to start work at 6:00 in the morning.

Page 39

```
 1        Q.   Got it.  I'm just trying to go through and
 2   cut out some of these questions.
 3             What was -- what was your -- so, I
 4   guess, did you ever work more than 16 hours in a day,
 5   to your recollection?
 6        A.   More than 16 hours?  No.
 7        Q.   What would you say is the maximum number of
 8   hours in a day that you had to work when you were
 9   employed by Cobra?
10        A.   16.
11        Q.   Okay.  So 16 was the maximum?
12        A.   If I'm not mistaken, I think the most that
13   we worked were 16.
14        Q.   Because you mentioned that you would start
15   at 6:00 a.m.  And so, 12 hours of work would be
16   6:00 p.m.  And 16 hours of work, that means you would
17   be getting off at 10:00 p.m.
18             Does that sound familiar?
19        A.   Yes, up until 10:00.
20        Q.   Thank you for clarifying that.  I
21   appreciate it.
22             And did you work seven days a week?
23        A.   Yes.
24        Q.   At the end of the day -- actually, sorry.
25   Let me ask this.
```

```
 1   on standby, never.
 2        Q.   What do you mean by it was spoken of?
 3        A.   Well, I actually never heard them say
 4   anything.  I know that in our line of work they do
 5   have some workers that they put on standby for
 6   electrical.  But me myself, nor any group that I
 7   worked close with, Cobra told us that we were on
 8   standby or told them that they were on standby.
 9        Q.   I understand that no one told you that you
10   were on standby, but my question was a little bit
11   different.
12             My question was:  You understood, did
13   you not, that after your shift if you were called
14   back for emergency that you would be expected to go
15   back, correct?
16        A.   Well, in our line of work, that is done.
17   But I was never told before going home to be ready to
18   turn back around to come back to work.
19        Q.   I understand that you were never told that.
20   And again, that's not what I was asking.  That will
21   be a question for later.
22             What I'm asking is:  You understood,
23   did you not, that if there was an emergency, you
24   might be required to go back to work?
25        A.   Yes, yes.
```

Page 44