UNITED STATES FEDERAL COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| AARON MALDONADO, *et al*, | § |
| | § |
| Plaintiffs, | § |
| | § |
| v. | § Case No. 5:21-cv-85-OLG |
| | § |
| MAMMOTH ENERGY SERVICES, INC., | § |
| COBRA ACQUISITIONS, LLC, HIGHER | § |
| POWER ELECTRICAL, LLC AND 5 STAR | § |
| ELECTRIC, LLC | § |
| | § |
| Defendants. | § |

## ORDER

Before the Court is Plaintiffs' Motion to Strike all employment records from all individuals who are not a party to this lawsuit. Plaintiffs also seek to strike all references to such records, including ¶¶ 11-14 of the Declaration of Jeffrey Beagle, and Exhibits 9-12 of Defendants' Motion for Summary Judgment.

Plaintiffs further seek to strike ¶¶ 5-7 of the Declaration of Jeffrey Beagle. Having considered the same, and the evidence and argument presented, if any, it is the opinion of this Honorable Court that said Motion should be in all things granted.

Accordingly, it is hereby ORDERED that all employment records from individuals not a party to this suit are hereby stricken, and that ¶¶ 5-7 of Jeffrey Beagle's Declaration are stricken.

SIGNED this the _____ day of _____, 2024.

_____
HONORABLE ORLANDO L. GARCIA