| | |
|---|---|
| From: | Jeff Beagle </O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=08321DE71B7F486BABB25D4E2943F9E7-JBEAGLE> |
| To: | SBroussard@HallEstill.com |
| Sent: | 10/23/2017 1:03:37 PM |
| Subject: | pay rates |
| Attachments: | Hourly Rate Conversions.xlsx |

**EXHIBIT A**

Jeff Beagle, HR Director



Phone: 405.608.8195
Fax: 405.437.2550
Email: jbeagle@mammothenergy.com

14201 Caliber Drive Ste 300, Oklahoma City, OK 73134

CONFIDENTIAL                                                                                                                   MAMMOTH-MALDONADO-FED002312

**Produced in Native Format**

Hourly Rate Conversions.xlsx

9 KB

CONFIDENTIAL MAMMOTH-MALDONADO-FED002313

| Title | Days Per Week | Hours Per Day | Total Hours | Reg | OT | Adjusted OT Hours | Total Hours Adjusted | Budget Day Rate | Gross Weekly at Day Rate | Implied Hourly Rate | Check Figure |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Foreman | 7 | 11 | 77 | 40 | 37 | 55.5 | 95.5 | $ 1,250.00 | $ 8,750.00 | $ 91.62 | $ 8,750.00 |
| J Lineman | 7 | 11 | 77 | 40 | 37 | 55.5 | 95.5 | $ 1,000.00 | $ 7,000.00 | $ 73.30 | $ 7,000.00 |
| A Class | 7 | 11 | 77 | 40 | 37 | 55.5 | 95.5 | $ 900.00 | $ 6,300.00 | $ 65.97 | $ 6,300.00 |
| B Class | 7 | 11 | 77 | 40 | 37 | 55.5 | 95.5 | $ 800.00 | $ 5,600.00 | $ 58.64 | $ 5,600.00 |
| Hot apprentice | 7 | 11 | 77 | 40 | 37 | 55.5 | 95.5 | $ 700.00 | $ 4,900.00 | $ 51.31 | $ 4,900.00 |
| Apprentice/Groundsman | 7 | 11 | 77 | 40 | 37 | 55.5 | 95.5 | $ 600.00 | $ 4,200.00 | $ 43.98 | $ 4,200.00 |