IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| AARON MALDONADO, *et al.*, | § |
| *Plaintiffs*, | § |
| v. | § Case No. 5:21-cv-00085-OLG |
| MAMMOTH ENERGY SERVICES, INC., COBRA ACQUISITIONS, LLC, HIGHER POWER ELECTRICAL, LLC, and 5 STAR ELECTRIC, LLC, | § |
| *Defendants*. | § |

## ORDER

Pending before the Court is Plaintiffs' Motion to Strike Defendants' Summary Judgment Evidence (Dkt. 57). Upon review, the Court determines that the Motion should be DENIED. It is, therefore, ORDERED that Plaintiffs' Motion to Strike Defendants Summary Judgment Evidence (Dkt. 57) is hereby DENIED.

DATED: _____

_____
Honorable Orlando L. Garcia
UNITED STATES DISTRICT JUDGE