UNITED STATES FEDERAL COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| **AARON MALDONADO**, *et al*, | § | |
| | § | |
| **Plaintiffs**, | § | |
| | § | |
| v. | § | Case No. 5:21-cv-85-OLG |
| | § | |
| **MAMMOTH ENERGY SERVICES, INC.,** | § | |
| **COBRA ACQUISITIONS, LLC, HIGHER** | § | |
| **POWER ELECTRICAL, LLC AND 5 STAR** | § | |
| **ELECTRIC, LLC** | § | |
| | § | |
| **Defendants.** | § | |

## NOTICE OF APPEARANCE OF JOSEF F. BUENKER

Please take notice that Josef F. Buenker, hereby makes an appearance as counsel of record for plaintiffs in this case. Mr. Buenker will be co-counsel for Douglas B. Welmaker; Douglas B. Welmaker will remain attorney-in-charge.

Respectfully Submitted

THE BUENKER LAW FIRM

*/s/ Josef F. Buenker*
By: Josef F. Buenker
TBA No. 03316860
P.O. Box 10099
Houston, Texas 77206
713-868-3388 Telephone
713-683-9940 Facsimile
jbuenker@buenkerlaw.com
**COUNSEL FOR PLAINTIFFS**

## CERTIFICATE OF SERVICE

I hereby certify that on November 15, 2024, I caused a copy of the foregoing document to be filed with the Court using ECF, which will serve all counsel of record.

*/s/ Josef F. Buenker*
Josef F. Buenker