**FILED**
November 22, 2024
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _____NM_____
DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| **AARON MALDONADO, ET AL.** § § § | |
| § | **CIVIL NO. SA-21-CV-00085-OLG** |
| **v.** § § § | |
| **MAMMOTH ENERGY SERVICES, INC., ET AL.** § § | |

## ORDER RESETTING TRIAL AND PRETRIAL CONFERENCE

IT IS HEREBY ORDERED that the above entitled and numbered case is reset for **BENCH TRIAL** in Courtroom C, on the 2nd Floor of the United States Federal Courthouse, 262 W. Nueva Street, San Antonio, TX, on **Monday, April 28, 2025, at 9:30 A.M.** All parties and counsel must appear.

IT IS FURTHER ORDERED that the **PRETRIAL CONFERENCE** is reset for **Wednesday, April 16, 2025, at 10:30 A.M.** at the same location.

It is so **ORDERED**.

**SIGNED** this 22nd day of November 2024.

_____
ORLANDO L. GARCIA
UNITED STATES DISTRICT JUDGE