FILED
May 12, 2025
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: \_\_\_\_\_NM\_\_\_\_\_
DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| **AARON MALDONADO *et al.*,** § | |
| § | |
| **Plaintiffs,** § | |
| § | |
| v. § | **CIVIL NO. SA-21-CV-85-OLG** |
| § | |
| **MAMMOTH ENERGY SERVICES,** § | |
| **INC. *et al.*,** § | |
| § | |
| **Defendants.** § | |

**O R D E R**

The Court is considering several motions pending in this matter, including Plaintiffs' Motion for Collateral Estoppel (the "Motion") (Dkt. No. 42). *See* Dkt. Nos. 38; 41–43; 57. In the Motion, Plaintiffs argue that, under the doctrine of non-mutual issue preclusion, Defendants should be prevented from relitigating two issues which were conclusively resolved in a related arbitration proceeding. *See* Dkt. No. 42. In their response, Defendants assert that the application of issue preclusion would be unfair because they prevailed in several similar arbitration proceedings. *See* Dkt. No. 53 at 1–2. Due to confidentiality agreements reached in those cases, Defendants did not attach the prior arbitral orders. *Id.* at 2 n.1. However, Defendants represent that they are willing to provide those orders for the Court's review. *Id.*

Under well-established law, "[a]llowing offensive collateral estoppel may . . . be unfair to a defendant if the judgment relied upon as a basis for the estoppel is itself inconsistent with one or more previous judgments in favor of the defendant." *See Parklane Hosiery Co. v. Shore*, 439 U.S. 322, 330 & n.14 (1979). Thus, any prior inconsistent arbitral orders would be highly relevant to determining whether the application of issue preclusion is unfair to Defendants.

**IT IS THEREFORE ORDERED** that Defendants shall file any prior inconsistent arbitral orders **EX PARTE** and **UNDER SEAL** no later than **Monday, May 19, 2025**. Defendants shall highlight any purportedly inconsistent language contained therein.

**IT IS SO ORDERED**.

**SIGNED** this 12th day May, 2025.

_____
ORLANDO L. GARCIA
United States District Judge