IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| AARON MALDONADO, *et al.*, § <br> §<br>*Plaintiffs*, §<br>§<br>v. §<br>§<br>MAMMOTH ENERGY SERVICES, §<br>INC., COBRA ACQUISITIONS, LLC, §<br>HIGHER POWER ELECTRICAL, LLC, §<br>and 5 STAR ELECTRIC, LLC, §<br>§<br>*Defendants*. § | Case No. 5:21-cv-00085-OLG |

**DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME**

Defendants request an additional eleven (11) days to submit arbitral awards the Court ordered Defendants to file. Plaintiffs are not opposed.

On May 13, 2025, the Court ordered Defendants to file any prior arbitral orders that are inconsistent with the arbitral award that made the basis of Plaintiffs' Motion for Collateral Estoppel by May 19, 2025. (Dkt. 65). On May 14, 2025, Plaintiffs motioned the Court to require Defendants to produce arbitral orders—both consistent and inconsistent—for the Court's consideration (Dkt. 66). The Court granted Plaintiffs' motion and ordered Defendants to produce the awards, which increased the documents that must be reviewed. The deadline to do so was not enlarged.

Notably, in some arbitrations, Defendants were represented by counsel other than those from Porter Hedges LLP (the undersigned law firm). Counsel for Defendants estimate that there were more than one-hundred (100) arbitrations filed, and Porter Hedges represented Defendants in some of those but not others. As such, Defendants' counsel in this case have to coordinate with Defendants' other lawyers to gather files that are potentially responsive. To ensure that all

17233385

responsive documents are collected and filed with the Court, Defendants request that the original deadline—May 19, 2025—be enlarged by eleven (11) days, making Defendants' submission due on May 30, 2025.

This request is not for the purpose of delay but so that Defendants are permitted time to fully comply with the Court's order.  Plaintiffs are unopposed to the relief Defendants seek.

          Respectfully submitted,

By: /s/ William R. Stukenberg
William R. Stukenberg
Attorney-in-Charge
Texas Bar No. 24051397
Federal I.D. No. 55792
**PORTER HEDGES LLP**
1000 Main Street, 36th Floor
Houston, Texas 77002
Telephone: (713) 226-6611
Facsimile: (713) 226-6211
wstukenberg@porterhedges.com

*Attorney-in-Charge for Defendants Mammoth Energy Services, Inc. d/b/a Cobra Energy, 5-Star and Higher Power Electrical, LLC*

OF COUNSEL:

Eugene M. Nettles
State Bar No. 14927300
Telephone: (713) 226-6609
Facsimile: (713) 226-6209
enettles@porterhedges.com
M. Harris Stamey
State Bar No. 24060650
Telephone: (713) 226-6619
Facsimile: (713) 226-6219
hstamey@porterhedges.com
Jamie L. Houston
State Bar No. 24097847

17233385

Telephone: (713) 226-6608
Facsimile: (713) 226-6208
jhouston@porterhedges.com
**PORTER HEDGES LLP**
1000 Main Street, 36th Floor
Houston, Texas 77002

*Attorneys for Defendants*
*Mammoth Energy Services, Inc.*
*d/b/a Cobra Energy, 5-Star and*
*Higher Power Electrical, LLC*

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was served on all counsel of record via CM/ECF filing on May 14, 2025.

/s/ Jamie Houston<br>Jamie L. Houston

CERTIFICATE OF CONFERENCE

I certify that I conferred with counsel for Plaintiffs, Douglas Welmaker, who indicated that Plaintiffs are not opposed to the relief sought herein.

/s/ Jamie Houston<br>Jamie L. Houston

17233385