**FILED**
June 17, 2025
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _____NM_____
DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| AARON MALDONADO *et al.* § | |
| § | |
| v. § | CIVIL NO. SA-21-CV-85-OLG |
| § | |
| MAMMOTH ENERGY SERVICES, § | |
| INC. *et al.* § | |

## ORDER SETTING TRIAL AND PRETRIAL CONFERENCE

**IT IS HEREBY ORDERED** that the above entitled and numbered case is set for **BENCH TRIAL** in Courtroom C, on the 2nd Floor of the United States Federal Courthouse, 262 W. Nueva Street, San Antonio, TX, on **Monday, September 8, 2025, at 9:30 A.M.** All parties and counsel must appear.

**IT IS FURTHER ORDERED** that the **PRETRIAL CONFERENCE** is set for **Wednesday, September 3, 2025, at 10:30 A.M.** at the same location.

**IT IS FURTHER ORDERED** that the stay is hereby **LIFTED**.

**IT IS SO ORDERED**.

**SIGNED** this 17th day of June, 2025.

_____
ORLANDO L. GARCIA
UNITED STATES DISTRICT JUDGE